31775/13442/JAF



## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: |
| BRUCE ROGERS | Judge: |
| v. | Magistrate Judge: |
| ROTHBART PROPERTIES, et al. | |

KC FILED
FEB 07 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FEB 07 2008

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**SWIFT TRANSPORTATION COMPANY, INC.**

| | |
|---|---|
| NAME | Matthew W. Miller |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | /s/ Matthew W. Miller |
| FIRM | CASSIDAY SCHADE LLP |
| STREET ADDRESS | 20 North Wacker Drive, #1040 |
| CITY/STATE/ZIP | Chicago, IL 60606-2903 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6280632 | TELEPHONE NUMBER (312) 469-5130 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ YES  ■ NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ YES  ■ NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ YES  ■ NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ YES  ■ NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL  ☐ | APPOINTED COUNSEL  ☐ |

7084829 MMILLER;BWEEKS

08CV822
JUDGE GOTTSCHALL
MAGISTRATE JUDGE DENLOW