## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 822 | **DATE** | 2/15/2008 |
| **CASE TITLE** | Rogers vs. Rothbart Properties et al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, defendant Swift Transportation Company, Inc. is granted 10 days to file an amended petition for removal.

■[ For further details see text below.]                                                                Docketing to mail notices.

## STATEMENT

The court has reviewed the Petition for Removal filed in this case by defendant Swift Transportation Company, Inc. It apparently bases removal on diversity of citizenship, 28 U.S.C. § 1332(a), yet consistently refers to the defendants' *residence*, not their *citizenship*. Residence has no meaning in terms of establishing federal jurisdiction over this case. *See Tylka v. Gerber Prods. Co.*, 211 F.3d 445, 448 (7th Cir. 2000) (noting that the party seeking removal bears the burden of demonstrating diversity jurisdiction exists and that the court must dismiss the suit when the parties only allege residence).

If defendant can allege citizenship rather than residency, which it appears likely it can, it may file an Amended Petition for Removal within 10 days. If no Amended Petition is received, this case will be remanded to the Circuit Court of Cook County for lack of federal jurisdiction.

| | Courtroom Deputy Initials: | RJ/DAM |
|---|---|---|