# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE:  In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of | Case Number:  08 C 0822 |
| BRUCE ROGERS | JUDGE GOTSCHALL |
| v. | MAGISTRATE JUDGE DENLOW |

ROTHBART PROPERTIES, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SWIFT TRANSPORTATION COMPANY, INC.

| | |
|---|---|
| NAME | James A. Foster |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ James A. Foster |
| FIRM | CASSIDAY SCHADE LLP |
| STREET ADDRESS | 20 North Wacker Drive, #1040 |
| CITY/STATE/ZIP | Chicago, IL  60606-2903 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6185413 | TELEPHONE NUMBER<br>(312) 444-2479 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☒ YES   ☐ NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ YES   ☒ NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☒ YES   ☐ NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☒ YES   ☐ NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL   ☐ | APPOINTED COUNSEL   ☐ |

7089314EBILSHAU;PSANDERS