31775/13442/JAF/EVB                                        ARDC # 6277138

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **BRUCE ROGERS,** )<br>)<br>        **Plaintiff,** )<br>)<br>    v. )<br>)<br>**ROTHBART PROPERTIES, PRECISION** )<br>**LABORATORIES, INC., ROTHBART** )<br>**REALTY COMPANY, 977 NORTHPOINT** )<br>**VENTURES, LLC a/k/a 977 NORTHPOINT** )<br>**VENTURES FUND, SLJ PROPERTIES, L.L.C.** )<br>**ROTHBART CONSTRUCTION COMPANY** )<br>**and ROTHBART CONSTRUCTION COMPANY,** )<br>**INC. a/k/a ROTHBART CONSTRUCTION** )<br>**REALTY,** )<br>)<br>        **Defendants.** )<br>_____ )<br>**ROTHBART CONSTRUCTION COMPANY,** )<br>**INC.** )<br>)<br>        **Third-Party Plaintiff,** )<br>)<br>    v. )<br>)<br>**SWIFT TRANSPORTATION COMPANY, INC.** )<br>)<br>        **Third-Party Defendant.** ) | **Judge GOTTSCHALL**<br><br>**Magistrate Judge DENLOW**<br><br>**Case No. 08 C 0822** |

## AMENDED PETITION FOR REMOVAL

NOW COMES Third-Party Defendant, SWIFT TRANSPORTATION COMPANY, INC., by its attorneys, CASSIDAY SCHADE LLP, in the above entitled cause, seeking removal to this court and in support thereof, states as follows:

1. This action was commenced in the Circuit Court of Cook County, Illinois, on May 23, 2006. (See Copy of Plaintiff's *Complaint at Law* attached hereto as Exhibit "1").

2. Defendant, ROTHBART CONSTRUCTION COMPANY, filed a Third-Party Complaint against SWIFT TRANSPORTATION COMPANY on January 3, 2008. A copy of the Third-Party Complaint was served on the petitioner on January 10, 2008. (See Copy of Third-Party Plaintiff's *Third-Party Complaint* and *Service of Process Transmittal* attached hereto as Exhibits "2" and "3" respectively). The original notice was filed within thirty (30) days after service of the Third-Party Complaint on SWIFT TRANSPORTATION COMPANY. (See Copy of original Petition for Removal attached hereto as exhibit "11").

3. At the time the action was commenced, and since then, SWIFT TRANSPORTATION COMPANY, INC., was and is a corporation organized and existing under the laws of the State of Arizona with its principal place of business in Arizona. (See Illinois Secretary of State Corporation File Detail Report attached hereto as Exhibit "4").

4. Upon information and belief, at the time the action was commenced, and since then, Defendant, 977 NORTHPOINT VENTURES L.L.C. was a citizen of the State of Illinois. (See Illinois Secretary of State Corporation File Detail Report attached hereto as Exhibit "5")

5. Upon information and belief, at the time the action was commenced, and since then, Defendant, PRECISION LABORATORIES was a citizen of the State of Illinois. (See Illinois Secretary of State Corporation File Detail Report attached hereto as Exhibit "6")

6. Upon information and belief, at the time the action was commenced, and since then, Defendant, ROTHBART CONSTRUCTION COMPANY, INC. was a citizen of the State of

Illinois. (See Illinois Secretary of State Corporation File Detail Report attached hereto as Exhibit "7")

7. Upon information and belief, at the time the action was commenced, and since then, Defendant, ROTHBART REALTY COMPANY was a citizen of the State of Illinois. (See Illinois Secretary of State Corporation File Detail Report attached hereto as Exhibit "8")

8. Upon information and belief, at the time the action was commenced, and since then, Defendant, ROTHBART PROPERTIES was a citizen of the State of Illinois. This information is based on the ownership of the other "ROTHBART" entities as the Illinois Secretary of State does not have a listing for ROTHBART PROPERTIES. (See Illinois Secretary of State Corporation File Detail Report attached hereto as Exhibit "9"; See also generally Exhibits "7" and "8" respectively)

9. Upon information and belief, at the time the action was commenced, and since then, Defendant, SLJ PROPERTIES, L.L.C was a citizen of the State of Illinois. (See Illinois Secretary of State Corporation File Detail Report attached hereto as Exhibit "10")

10. The Plaintiff was and is a citizen of the State of New Mexico. (See Paragraph 4 of Plaintiff's *Complaint at Law* previously attached hereto as Exhibit "1")

11. The amount in controversy exceeds Seventy Five Thousand ($75,000.00) Dollars, exclusive of interests and costs, as appears from the nature of the Plaintiff's *Complaint at Law*, a copy of which is attached to and incorporated by reference in this notice. (See the February 6, 2008 correspondence attached hereto as Exhibit "11"; See also generally Exhibit "1")

13. This action is a civil one in which the United States District Courts have original jurisdiction under 28 USC 1332.

14. Third-Party Defendant attached to the original notice copies of all process, pleadings and orders that have been served on it.

WHEREFORE, the Defendant prays that this cause be removed to the United States District Court for the Northern District of Illinois.

Respectfully Submitted,

CASSIDAY SCHADE, LLP

By: s/Ehren V. Bilshausen_____
Attorneys for SWIFT TRANSPORTATION COMPANY, INC.

James A. Foster
Ehren V. Bilshausen
Cassiday Schade, LLP
20 North Wacker Drive, Ste. 1040
Chicago, IL  60606
312.641.3100

7089132 EBILSHAU; PSANDERS