31775/13442/JAF/EVB                                                                                              ARDC# 6277138

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **BRUCE ROGERS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| ROTHBART PROPERTIES, PRECISION ) | |
| LABORATORIES, INC., ROTHBART ) | |
| REALTY COMPANY, 977 NORTHPOINT ) | |
| VENTURES, LLC a/k/a 977 NORTHPOINT ) | |
| VENTURES FUND, SLJ PROPERTIES, L.L.C. ) | |
| ROTHBART CONSTRUCTION COMPANY ) | |
| and ROTHBART CONSTRUCTION COMPANY, ) | |
| INC. a/k/a ROTHBART CONSTRUCTION ) | **Judge GOTTSCHALL** |
| REALTY, ) | |
| ) | **Magistrate Judge DENLOW** |
| **Defendants.** ) | |
| _____ ) | **Case No. 08 C 0822** |
| ) | |
| ROTHBART CONSTRUCTION COMPANY, INC. ) | |
| ) | |
| **Third-Party Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| SWIFT TRANSPORTATION COMPANY, INC. ) | |
| ) | |
| **Third-Party Defendant.** ) | |
| ) | |
| ) | |
| ) | |
| ) | |

**NOTICE OF FILING**

TO:   See Attached Service List

**PLEASE TAKE NOTICE** that we have on February 20, 2008 filed *Third-Party Defendant, SWIFT TRANSPORTATION COMPANY, INC.'s Amended Petition For Remov*al with the Clerk of the United States District Court for the Northern District of Illinois, a copy of which is herewith served upon you.

By:  _s/Ehren V. Bilshausen_____
       One of the Attorneys for SWIFT TRANSPORTATION COMPANY, INC.

James A. Foster
Ehren V. Bilshausen
CASSIDAY SCHADE LLP
20 N. Wacker Drive - Ste. 1040
Chicago, Illinois  60606-2903

(312) 641-3100

    The undersigned certifies that on February 21, 2008, the following described documents were served upon all Filing Users pursuant to General Order on Electronic Case Filing, and upon all Non-Filing Users pursuant to LR 5.5. Under penalties provided by law, pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements made herein are true and correct.

                                                          s/Ehren V. Bilshausen_____

31775/13442/JAF/EVB
Bruce Rogers v. Swift Transportation Company, Inc.

## SERVICE LIST

Steven Tefft
Donna Bucko
Adams Swatek, LLC
22 W. State Street
Geneva IL 60134
(630) 232-6440


Edwin J. Hull, III
Cutler & Hull
70 West Madison Street
Suite 3750
Chicago, IL 60602
(312) 726-0777


ATTORNEYS FOR ROTHBART PROPERTIES,
977 NORTHPOINT VENTURES a/k/a 977 NORTHPOINT VENTURES FUND,
SLJ PROPERTIES, LLC
John Potter
Law Offices of Bruno Para
225 West Washington St.
Suite 1400
Chicago, IL 60606


7089362 EBILSHAU;PSANDERS