31775/13442/JAF/EVB

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **BRUCE ROGERS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **ROTHBART PROPERTIES, PRECISION** | ) | |
| **LABORATORIES, INC., ROTHBART** | ) | |
| **REALTY COMPANY, 977 NORTHPOINT** | ) | |
| **VENTURES, LLC a/k/a 977 NORTHPOINT** | ) | |
| **VENTURES FUND, SLJ PROPERTIES, L.L.C.** | ) | |
| **ROTHBART CONSTRUCTION COMPANY** | ) | |
| **and ROTHBART CONSTRUCTION COMPANY, INC.** | ) | |
| **a/k/a ROTHBART CONSTRUCTION REALTY,** | ) | **Judge GOTTSCHALL** |
| | ) | |
| **Defendants.** | ) | **Magistrate Judge DENLOW** |
| _____ | ) | |
| | ) | **Case No. 08 C 0822** |
| **ROTHBART CONSTRUCTION COMPANY, INC.** | ) | |
| | ) | |
| **Third-Party Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **SWIFT TRANSPORTATION COMPANY, INC.** | )) | |
| | ) | |
| **Third-Party Defendant.** | ) | |

**CERTIFICATE OF SERVICE - ELECTRONIC/U.S. MAIL/FAX**

The undersigned certifies that on February 21, 2008, the following described document(s) was served upon all Filing Users pursuant to General Order on Electronic Case Filing, and upon all Non-Filing Users pursuant to LR 5.5:

DOCUMENT DESCRIPTION:          Attorney Appearance – James A. Foster
                               Attorney Appearance – Ehren V. Bilshausen
                               Amended Petition for Removal
                               Amended Notice of Filing

ADDRESSED AS FOLLOWS:          Steven Tefft
                               Donna Bucko
                               Adams Swatek, LLC
                               22 W. State Street
                               Geneva IL 60134
                               (630) 232-6440

Under penalties provided by law, pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements made herein are true and correct.

s/Ehren V. Bilshausen                              
One of the Attorneys for Defendant(s), SWIFT
TRANSPORTATION COMPANY, INC.

Ehren V. Bilshausen
ARDC #: 6277138
CASSIDAY SCHADE LLP
20 N. Wacker Dr., #1040
Chicago, IL 60606
(312) 641-3100

7089571 EBILSHAU;PSANDERS