U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number: 08 C 0822

Bruce Rogers, -                         Plaintiff
vs.
Rothbart Properties, Precision Laboratories, Inc., Rothbart Realty Company, 977 Northpoint Ventures, LLC a/k/a Northpoint et al., -                    Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ROTHBART REALTY COMPANY, 977 NORTHPOINT VENTURES, LLC. and SLJ PROPERTIES, LLC.

| |
|---|
| NAME (Type or print) <br> John W. Potter |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ John W. Potter |
| FIRM <br> Law Offices of Bruno G. Para |
| STREET ADDRESS <br> 225 W. Washington Street, Suite 1400 |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6216706 | TELEPHONE NUMBER <br> (312)827-2300 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐