JWP/rm/3/10/08　　　　　　　　　　　　　　　　　　　　　　Attorney No. 6216706

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRUCE ROGERS,<br><br>　　Plaintiff,<br><br>vs.<br>ROTHBART PROPERTIES, PRECISION LABORATORIES, INC., ROTHBART REALTY COMPANY, 977 NORTHPOINT VENTURES, LLC., a/k/a 977 NORTHPOINT VENTURES FUND, SLJ PROPERTIES, LLC, ROTHBART CONSTRUCTION COMPANY, INC. and ROTHBART CONSTRUCTION COMPANY, INC. a/k/a ROTHBART CONSTRUCTION REALTY,<br><br>　　Defendants,<br>-----------------------------------------------------------<br>ROTHBART CONSTRUCTION COMPANY, INC.<br><br>　　Third-Party Plaintiff,<br><br>vs.<br><br>SWIFT TRANSPORTATION COMPANY, INC.<br><br>　　Third-Party Defendant. | NO. 08 C 0822 |

## JURY DEMAND

.

　　The undersigned demands a Jury of twelve persons

　　　　　　　　　　　　　　　LAW OFFICES OF BRUNO G. PARA


　　　　　　　　　　By:　　s/ John W. Potter
　　　　　　　　　　　　　　John W. Potter, Esq.
　　　　　　　　　　　　　　Attorney for Defendants, Rothbart Realty Company,
　　　　　　　　　　　　　　977 Northpoint Ventures LLC. and SLJ Properties, LLC.

John W. Potter, Esq.
LAW OFFICES OF BRUNO G. PARA
225 West Washington Street, Suite 1400
Chicago, Illinois 60606
(312) 827-2300