JWP/rm/3/10/08                                                            Attorney No. 6216706

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BRUCE ROGERS,

    Plaintiff,

vs.

ROTHBART PROPERTIES, PRECISION LABORATORIES, INC., ROTHBART REALTY COMPANY, 977 NORTHPOINT VENTURES, LLC., a/k/a 977 NORTHPOINT VENTURES FUND, SLJ PROPERTIES, LLC, ROTHBART CONSTRUCTION COMPANY, INC. and ROTHBART CONSTRUCTION COMPANY, INC. a/k/a ROTHBART CONSTRUCTION REALTY,

    Defendants,
-----------------------------------------------------------
ROTHBART CONSTRUCTION COMPANY, INC.

    Third-Party Plaintiff,

vs.

SWIFT TRANSPORTATION COMPANY, INC.

    Third-Party Defendant.

NO. 08 C 0822

## **NOTICE OF ELECTRONIC FILING**

To:     Edwin J. Hull, Esq.
          c/o Cutler & Hull
          70 W. Madison St., Suite 3750
          Chicago, Illinois 60602

          Steven Tefft, Esq.
          Adams Swatek, L.L.C.
          22 West State Street
          Geneva, Illinois 60134

          James A. Foster, Esq.
          Matthew W. Miller, Esq.
          c/o Cassiday Schade, LLP
          20 North Wacker Drive, Suite 1040
          Chicago, Illinois 60606

1

2

      **PLEASE TAKE NOTICE** that on **March 13, 2008**, Defendants/Third Party Plaintiffs, **Rothbart Realty Company, 977 Northpoint Ventures, LLC. and SLJ Properties, LLC.' Notice and Appearance and Jury Demand** were electronically filed with the Clerk of the Court, Dirksen Building, 219 S. Dearborn Street, Chicago, IL 60604, copies of which are attached hereto.

By: <u>s/ John W. Potter</u>

LAW OFFICES OF BRUNO G. PARA
225 West Washington Street, Suite 1400
Chicago, IL 60606
(312) 827-2300

<b><u>PROOF OF SERVICE</u></b>

      The undersigned an attorney, under oath, certifies that he served this Notice of Filing and Defendants' documents referred to therein on the attorney(s) of record pursuant to ECF as to Filing Users.

      Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth are true and correct.

Date: <u>03/13/08</u>     <u>s/ John W. Potter</u>

2