IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRUCE ROGERS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROTHBART PROPERTIES; PRECISION LABORATORIES, INC.; **ROTHBART REALTY COMPANY**; 977 NORTHPOINT VENTURES, L.L.C., a/k/a 977 NORTHPOINT VENTURES FUND; SLJ PROPERTIES, L.L.C; **ROTHBART CONSTRUCTION COMPANY, INC.;** and ROTHBART CONSTRUCTION COMPANY, INC. a/k/a ROTHBART CONSTRUCTION REALTY,<br><br>　　　　Defendants.<br>―――――――――――――――――――<br>ROTHBART CONSTRUCTION COMPANY, INC.<br><br>　　　　Third-Party Plaintiff,<br>v.<br><br>SWIFT TRANSPORT COMPANY, INC.<br><br>　　　　Third-Party Defendant. | Judge GOTTSCHALL<br><br>Magistrate Judge DENLOW<br><br>Case No. 08 C 0822 |

## JURY DEMAND

The defendants in the above-entitled cause demand a jury for the trial of said cause.

　　　　　　　　　　By:　　　/s/ Steven M. Tefft
　　　　　　　　　　　　　Steven M. Tefft (smt@AdamsSwatek.com)
　　　　　　　　　　　　　Donna M. Bucko (dmb@AdamsSwatek.com)
　　　　　　　　　　　　　Attorneys for Defendants/Third-Party Plaintiff
　　　　　　　　　　　　　Rothbart Construction Company, Inc. and
　　　　　　　　　　　　　Rothbart Realty Company

　　　　　　　　　　　　　ADAMS SWATEK, L.L.C.
　　　　　　　　　　　　　22 W. State Street
　　　　　　　　　　　　　Geneva, IL 60134
　　　　　　　　　　　　　Telephone: (630) 232-6440
　　　　　　　　　　　　　Facsimile: (630) 232-6450
　　　　　　　　　　　　　ARDC#: 6183917

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **April 1, 2008**, I electronically filed the foregoing **Jury Demand**, with the Clerk of the United States District Court, Northern District of Illinois for the Eastern Division, using the CM/ECF system, that I have served all CM/ECF Registered Participants as reflected on the Notice of Electronic Filing and that I have served all non CM/ECF participants by mailing a copy via first class U.S. Mail, with proper postage prepaid and affixed thereon, on **April 1, 2008**.

By: /s/ Steven M. Tefft
Steven M. Tefft (smt@AdamsSwatek.com)
Donna M. Bucko (dmb@AdamsSwatek.com)
Attorneys for Defendants/Third-Party Plaintiff
Rothbart Construction Company, Inc. and
Rothbart Realty Company

ADAMS SWATEK, L.L.C.
22 W. State Street
Geneva, IL 60134
Telephone: (630) 232-6440
Facsimile: (630) 232-6450
ARDC#: 6183917