## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

BRUCE ROGERS
v.
ROTHBART PROPERTIES, et al.

Case Number: 08 C 00822

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ROTHBART REALTY COMPANY
ROTHBART CONSTRUCTION COMPANY, INC.

| NAME (Type or print) |
| --- |
| Donna M. Bucko |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Donna M. Bucko |

| FIRM |
| --- |
| Adams Swatek, LLC |

| STREET ADDRESS |
| --- |
| 22 W. State Street |

| CITY/STATE/ZIP |
| --- |
| Geneva, IL 60134 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6278997 | 630-232-6440 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐