# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 822 | **DATE** | 4/23/2008 |
| **CASE TITLE** | Rogers vs. Rothbart Properties | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 6/25/2008 at 9:30AM. Defendant, Precision Laboratories, Inc. is given leave to file contribution counterclaim by 5/7/2008. Third-Party Defendant, Swift Transportation Co, Inc. to answer or otherwise plead on or before 5/7/2008.

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | RJ |
|---|---|---|