31775/13442/JAF/EVB

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRUCE ROGERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 822 |
| | ) | |
| ROTHBART PROPERTIES, et al., | ) | Judge: Honorable Joan B. Gottschall |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE - ELECTRONIC/U.S. MAIL/FAX

The undersigned certifies that on May 5, 2008, the following described document(s) was served upon all Filing Users pursuant to General Order on Electronic Case Filing, and upon all Non-Filing Users pursuant to LR 5.5:

DOCUMENT DESCRIPTION:   Swift Transportation Company's Answer and Affirmative Defenses to Third Party Complaint Issued By Rothbart Construction Company, Inc.

Swift Transportation Company's Answer and Affirmative Defenses to Third Party Complaint Issued By Rothbart Realty Commpany, 977 Northpoint Ventures, LLC and SLJ Properties, LLC

ADDRESSED AS FOLLOWS:   Steven Tefft
Donna Bucko
Adams Swatek, LLC
22 W. State Street
Geneva IL 60134
(630) 232-6440


Edwin J. Hull III, Esq.
Cutler & Hull
Three First National

  Plaza
70 West Madison Street
Suite 3750
Chicago IL 60602
(312) 726-0777

ATTORNEYS FOR ROTHBART PROPERTIES, 977 NORTHPOINT VENTURES a/k/a 977 NORTHPOINT VENTURES FUND, SLJ PROPERTIES, LLC:
John Potter, Esq.
Law Offices of Bruno Para
225 W. Washington Street
Suite 1400
Chicago IL 60606

ATTORNEYS FOR ROTHBART CONSTRUCTION COMPANY, INC.:
Steven Tefft
Donna Bucko
Adams Swatek, LLC
22 W. State Street
Geneva IL 60134
(630) 232-6440

      Under penalties provided by law, pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements made herein are true and correct.

                                                                          s/Ehren V. Bilshausen_____
                                                            One of the Attorneys for Defendant SWIFT TRANSPORTATION COMPANY, INC.

Ehren V. Bilshausen
ARDC #:  6277138
CASSIDAY SCHADE LLP
20 N. Wacker Dr., #1040
Chicago, IL  60606
(312) 641-3100

7115308 EBILSHAU;PSANDERS