31775/13442/JAF/EVB                                                                    ARDC# 6277138

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

BRUCE ROGERS,                           )
                                        )
                    Plaintiff,          )
                                        )
        v.                              )          No. 08 C 822
                                        )
ROTHBART PROPERTIES, et al.,            )          Judge:  Honorable Joan B. Gottschall
                                        )
                    Defendants.         )

### NOTICE OF FILING

TO:     See Attached Service List

        **PLEASE TAKE NOTICE** that we have on May 5, 2008 filed *(1) Swift Transportation Company's Answer and Affirmative Defenses to Third Party Complaint Issued by Rothbart Construction Company, Inc.*, and *(2) Swift Transportation Company's Answer and Affirmative Defense to Third Party Complaint Issued By Rothbart Realty Company, 977 Northpoint Ventures, LLC and SLJ Properties, LLC* with the Clerk of the United States District Court for the Northern District of Illinois, a copy of which is herewith served upon you.


                                        By:   ___s/Ehren V. Bilshausen_____   _____
                                              One     of    the    Attorneys    for    SWIFT
                                              TRANSPORTATION COMPANY, INC.

James A. Foster
Ehren V. Bilshausen
CASSIDAY SCHADE LLP
20 N. Wacker Drive - Ste. 1040
Chicago, Illinois  60606-2903
(312) 641-3100


        The undersigned certifies that on May 5, 2008, the following described documents were served upon all Filing Users pursuant to General Order on Electronic Case Filing, and upon all Non-Filing Users pursuant to LR 5.5.  Under penalties provided by law, pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements made herein are true and correct.


                                        s/Ehren V. Bilshausen_____

31775/13442/JAF/EVB
Bruce Rogers v. Swift Transportation Company, Inc.

## <u>SERVICE LIST</u>

Steven Tefft
Donna Bucko
Adams Swatek, LLC
22 W. State Street
Geneva IL 60134
(630) 232-6440


Edwin J. Hull III, Esq.
Cutler & Hull
Three First National
  Plaza
70 West Madison Street
Suite 3750
Chicago IL 60602
(312) 726-0777

ATTORNEYS FOR ROTHBART PROPERTIES, 977 NORTHPOINT VENTURES a/k/a 977 NORTHPOINT
VENTURES FUND, SLJ PROPERTIES, LLC:
John Potter, Esq.
Law Offices of Bruno Para
225 W. Washington Street
Suite 1400
Chicago IL 60606

ATTORNEYS FOR ROTHBART CONSTRUCTION COMPANY, INC.:
Steven Tefft
Donna Bucko
Adams Swatek, LLC
22 W. State Street
Geneva IL 60134
(630) 232-6440

7115269 EBILSHAU;PSANDERS