IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRUCE ROGERS,<br><br>  Plaintiff,<br>v.<br><br>ROTHBART PROPERTIES; PRECISION LABORATORIES, INC.; **ROTHBART REALTY COMPANY**; 977 NORTHPOINT VENTURES, L.L.C., a/k/a 977 NORTHPOINT VENTURES FUND; SLJ PROPERTIES, L.L.C; **ROTHBART CONSTRUCTION COMPANY, INC.**; and ROTHBART CONSTRUCTION COMPANY, INC. a/k/a ROTHBART CONSTRUCTION REALTY,<br><br>  Defendants. | Judge GOTTSCHALL<br><br>Magistrate Judge DENLOW<br><br>Case No. 08 C 0822 |
| **ROTHBART CONSTRUCTION COMPANY, INC.**<br><br>  Third-Party Plaintiff,<br>v.<br><br>SWIFT TRANSPORT COMPANY, INC.<br><br>  Third-Party Defendant. | |
| **ROTHBART CONSTRUCTION COMPANY, INC**<br><br>  Cross-Plaintiff,<br>v.<br><br>PRECISION LABORATORIES, INC.<br><br>  Cross-Defendant. | |

## NOTICE OF FILING

To: Edwin J. Hull, IIII, Cutler & Hull, 70 W. Madison, Suite 3750, Chicago, IL 60602
   Daniel Cray, Iwan Cray, 303 W. Madison, Suite 2206, Chicago, IL 60606
   James A. Foster, Ehren V. Bilshausen, Cassidy Schade LLP, 20 N. Wacker Drive, Suite 1040 Chicago, IL 60606-2903
   John W. Potter, Law Offices of Bruno G. Para, 225 W. Washington, Suite 1400, Chicago, IL 60606

  **I HEREBY CERTIFY** that on **May 5, 2008**, I electronically filed the foregoing **Crossclaim for Contribution**, with the Clerk of the United States District Court, Northern District of Illinois for the Eastern Division, using the CM/ECF system, that I have served all CM/ECF Registered Participants as reflected on the Notice of Electronic Filing and that I have served all non CM/ECF participants by mailing a copy via first class U.S. Mail, with proper postage prepaid and affixed thereon, on **May 5, 2008**.

By:     /s/ Steven M. Tefft
Steven M. Tefft (smt@AdamsSwatek.com)
Donna M. Bucko (dmb@AdamsSwatek.com)
Attorneys for Defendants/Third-Party Plaintiff
Rothbart Construction Company, Inc. and
Rothbart Realty Company

ADAMS SWATEK, L.L.C.
22 W. State Street
Geneva, IL 60134
Telephone: (630) 232-6440
Facsimile: (630) 232-6450
ARDC#: 6183917