U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of    Case Number: 08 CV 0822
BRUCE ROGERS
VS.
ROTHBART PROPERTIS, PRECISION LABORATORIES, INC., ROTBHART REALTY CO., 977 NORTHPOINT VENTURES, ET AL.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ROTHBART REALTY COMPANY, 977 NORTHPOINT VENTURES, LLC. AND SLJ PROPERTIES, LLC.

| | |
|---|---|
| NAME (Type or print) <br> EDWARD J. RAMPSON | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ EDWARD J. RAMPSON | |
| FIRM <br> Law Offices of Bruno G. Para | |
| STREET ADDRESS <br> 225 W. Washington Street, Suite 1400 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> (312)827-2300 (EDWARD RAMPSON) |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |