**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Bruce Rogers
Plaintiff,
v.
Rothbart Properties, et al.
Defendant.

Case No.: 1:08−cv−00822
Honorable Joan B. Gottschall

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 15, 2008:

MINUTE entry before Judge Honorable Joan B. Gottschall:Motion to amend/correct [27] is denied without prejudice. Motion to amend/correct [28] is denied without prejudice. Motion to amend/correct [29] is denied without prejudice. Movant failed to deliver courtesy copies of motions to Chambers. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.