JWP/rm/5/15/08                                                  Attorney No. 6216706

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRUCE ROGERS,<br><br>    Plaintiff,<br><br>vs.<br><br>ROTHBART PROPERTIES, PRECISION LABORATORIES, INC., ROTHBART REALTY COMPANY, 977 NORTHPOINT VENTURES, LLC., a/k/a 977 NORTHPOINT VENTURES FUND, SLJ PROPERTIES, LLC, ROTHBART CONSTRUCTION COMPANY, INC. and ROTHBART CONSTRUCTION COMPANY, INC. a/k/a ROTHBART CONSTRUCTION REALTY,<br><br>    Defendants, | NO. 08 CV 0822<br><br>JUDGE GOTSCHALL<br><br>MAGISTRATE JUDGE DENLOW |
| ROTHBART REALTY COMPANY, 977 NORTHPOINT VENTURES, LLC. AND SLJ PROPERTIES, LLC.<br><br>    Third-Party Plaintiff,<br>vs.<br><br>SWIFT TRANSPORTATION COMPANY, INC.<br><br>    Third-Party Defendant. | |
| ROTHBART REALTY COMPANY, 977 NORTHPOINT VENTURES, LLC. AND SLJ PROPERTIES, LLC.<br><br>    Third Party Plaintiffs,<br>vs.<br><br>PRECISION LABORATORIES, INC.<br><br>    Third Party Defendant. | |

## NOTICE OF MOTION

TO:   Edwin J. Hull, Esq.
      c/o Cutler & Hull
      70 W. Madison St., Suite 3750
      Chicago, Illinois 60602

Steven M. Tefft, Esq.
Donna Marie Bucko, Esq.
Adams Swatek, L.L.C.
1250 Executive Place, Suite 201
Geneva, Illinois 60134

Ehren Vaughn Bilshausen, Esq.
James Foster, Esq.
Cassiday Schade LLP
20 North Wacker Drive, 10th Floor
Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that on **MAY 29, 2008** at **9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge GOTSCHALL** or any judge sitting in her stead, in the courtroom usually occupied by her in **Room 2525** of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present the attached **Defendants/Third Party Plaintiffs' Motion to File Amended Third Party Complaint For Contribution against PRECISION LABORATORIES, INC. and correct the record.**

LAW OFFICES OF BRUNO G. PARA

s/ John W. Potter

LAW OFFICES OF BRUNO G. PARA
225 West Washington Street - Suite 1400
Chicago, Illinois 60606
(312) 827-2300

### PROOF OF SERVICE

The undersigned certifies that May 15, 2008, she served this Notice of Motion and Motion referred to were served upon all Filing Users pursuant to General Order on Electronic Case Filing, and upon all Non-Filing Users pursuant to LR 5.5. Under penalties provided by law, pursuant to 735 ILCS 5/1-109, the undersigned certifies that the statements made herein are true and correct.

Date: 5/15/08                    s/ John W. Potter