1750007022

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRUCE ROGERS, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Gottschall |
| | ) | |
| v. | ) | Magistrate Judge Denlow |
| | ) | |
| ROTHBART PROPERTIES, et al. | ) | Case No. 08 C 0822 |
| | ) | |
| Defendants. | ) | |

**CROSS-DEFENDANT PRECISION LABORATORIES, INC.'S**
**MOTION TO DISMISS CROSSCLAIMS PURSUANT TO RULE 12(b)(5) & (6)**

Cross-Defendant PRECISION LABORATORIES, INC. by and through its attorneys, CRAY HUBER HORSTMAN HEIL & VanAUSDAL LLC, hereby moves this Honorable Court to dismiss the Crossclaims for Contribution filed by ROTHBART CONSTRUCTION COMPANY, INC., ROTHBART REALTY COMPANY, 977 NORTHPOINT VENTURES, LLC and SLJ PROPERTIES, LLC, pursuant to Federal Rule of Civil Procedure 12(b)(5) on the grounds that service on cross-defendant was improper; and pursuant to Federal Rule of Civil Procedure 12(b)(6) on the grounds that there is a failure to state a claim upon which relief can be granted.

In support of this Motion to Dismiss, the defendant submits the attached Memorandum of Law.

Respectfully submitted,

CRAY HUBER HORSTMAN HEIL
& VanAUSDAL LLC

By: _____
Adam C. Carter
ARDC # 6274669

CRAY HUBER HORSTMAN HEIL
& VanAUSDAL LLC
303 W. Madison Street
Suite # 2200
Chicago, IL 60606
(312) 332-8450
Attorneys for PRECISION LABORATORIES, INC.