Order

CCG N002-300M-2/24/05

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

_B. Rogers_

v.                                      } No. _06 L 5376_

_Precision Laboratories, Inc. et al_

### ORDER

This cause coming to be heard on Precision Laboratories, Inc.'s Motion to Dismiss, pursuant to 735 ILCS 5/2-615(a) and 735 ILCS 5/2-619(a)(9), the motion having been fully briefed and the Court having heard oral arguments,

It is hereby ordered:

1) Precision Laboratories, Inc.'s Motion to Dismiss Counts III and IV of Plaintiff's Complaint is granted pursuant to 735 ILCS 5/2-619. Counts III and IV of Plaintiff's Complaint are dismissed with prejudice. Precision Laboratories, Inc. owed no duty to plaintiff as to plaintiff's fall or the common area since said area was not located on the defendant Precision Laboratories, Inc.'s premises.

Atty. No.: _36699_
Name: _Iwer Gray_
Atty. for: _Precision Laboratories, Inc._
Address: _303 W. Madison #2200_
City/State/Zip: _Chicago IL 6060X_
Telephone: _312 332-8450_

ENTERED: Assoc. Judge Ronald S. Davis

Dated: MAY 0 4 2007

Circuit Court - 553

Judge                Judge's No.

EXHIBIT A

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS