Order             CCG N002-300M-2/24/05 (　　　　　　)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Rogers

v.

Precision et al

No. 06-L-5376

### ORDER

This matter coming to be heard on Plaintiff's Motion to Reconsider all parties having notice & the Court being fully advised in the premises

IT IS HEREBY ORDERED:

(1) Plaintiff's Motion to Re-consider is denied;

(2) the original order dated May 4, 2007 to stand.

Assoc. Judge Ronald S. Davis

Atty. No.: 33718
Name: Cothern Hull
Atty. for: Plaintiff
Address: 70 W Madison
City/State/Zip: Chi, IL 60602
Telephone: 312-726-0722

ENTERED: JUL 12 2007

Dated: Circuit Court - 553

EXHIBIT B

Judge        Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**