1750007022

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRUCE ROGERS, | ) | |
| | ) | |
| Plaintiff, | ) | Judge Gottschall |
| | ) | |
| v. | ) | Magistrate Judge Denlow |
| | ) | |
| ROTHBART PROPERTIES, et al. | ) | Case No. 08 C 0822 |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

**TO:** See Certificate of Service

On June 5, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Gottschall, or any judge sitting in that judge's stead, in the courtroom usually occupied by her in the Northern District of Illinois, and shall then and there move the Court for the entry for an order pursuant to the Cross-Defendant Precision Laboratories, Inc.'s Motion To Dismiss Crossclaims Pursant to Rule 12(b)(5) and (6), a copy of which is attached hereto.

Respectfully submitted,

CRAY HUBER HORSTMAN HEIL
& VanAUSDAL LLC

By: _____
Adam C. Carter
ARDC # 6274669

CRAY HUBER HORSTMAN HEIL
& VanAUSDAL LLC
303 W. Madison Street, Suite 2200
Chicago, IL 60606
(312) 332-8450
Attorneys for PRECISION LABORATORIES, INC.