UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Bruce Rogers
                      Plaintiff,

v.                                             Case No.: 1:08−cv−00822
                                                Honorable Joan B. Gottschall

Rothbart Properties, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 5, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall: Briefing as to MOTION by Cross Defendants Precision Laboratories, Inc., Precision Laboratories, Inc. to dismiss Crossclaims Pursuant to Rule 12(b)(5) and (6) [37] :( Responses due by 6/19/2008, Replies due by 6/30/2008.) Ruling by mail. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.