BRUCE ROGERS, NOVEMBER 13, 2007

1  The pipe doesn't go all the way to the concrete.

2      MR. POTTER:  Okay.

3  BY MR. POTTER:

4      Q.    In any of these photos before you, can

5  you see the location where you would have stepped

6  when your foot slipped?  Take your time, you can go

7  through them all.  You can use the photo from your

8  attorney.  How about close up like that in reference

9  to the pipe?  Let me ask this way.  Can you tell me

10  how far your foot was when it slipped, how far it

11  was from the white PVC pipe?

12      A.    No, I don't know.  All I know is I was

13  walking around that area (indicating).

14      Q.    Looking at Culp Exhibit 2, can you see

15  where you would have stepped when your foot slipped?

16      A.    Inside of this circle right here

17  (indicating).

18      Q.    Right inside of the circle drawn by the

19  prior deponent?

20      A.    Right.

21      Q.    All right.

22      MR. HULL:  With the initials "TLC."

23  BY MR. POTTER:

24      Q.    Did you have Medicare or Medicaid?  How

BRUCE ROGERS,  NOVEMBER 13, 2007

1  were your bills paid?

2       A.    VA, the VA paid them.  I don't know,

3  but -- how my medical bills were paid.  I know that

4  I don't have any medical insurance because I'm a

5  veteran.  All that is provided by the VA.

6       Q.    Did Swift provide you with medical

7  insurance while you were employed with them?

8       A.    I don't think so unless you pay for it.

9       Q.    Who paid your hospital bills in Chicago?

10      A.    I imagine workmen's compensation.

11      Q.    Would you agree with me that you're not

12 getting any bills in the mail at this time?

13      A.    Am I getting any bills in the mail, no.

14      Q.    Do you know of any outstanding bills that

15 you have from your medical treatment?

16      A.    Not to my knowledge.

17      Q.    As far as you know all your bills have

18 been paid?

19      A.    As near as I know.

20      Q.    Nobody has been calling you, no bill

21 collectors or anything like that?

22      A.    No.

23      Q.    At any time were bill collectors calling

24 you?

BRUCE ROGERS,  NOVEMBER 13, 2007

1      A.    Oh, yes.

2      Q.    For the medical bills?

3      A.    Not for that, no.

4      Q.    All right.

5                  EXAMINATION

6  BY MR. TEFFT:

7      Q.    When you said bill collectors were

8  calling you, that wasn't for medical bills, is it?

9      A.    No.

10      Q.    Did you give any testimony for a workers

11  compensation case?

12      A.    I don't understand what you're saying.

13      Q.    Let me back up.  Did you file a workers

14  compensation claim as a result of the accident?

15      A.    I don't know whether I did or not.  I

16  don't believe I did.  I think it was taken care of

17  by my other company.

18      Q.    All right.  You didn't have an attorney

19  for the workers compensation then?

20      A.    No.

21      Q.    All right, but workers comp paid some

22  bills as far as you know?

23      A.    As far as I know, yes.

24      Q.    You never gave any testimony in a workers

BRUCE ROGERS,  NOVEMBER 13, 2007

1  compensation hearing, did you?

2       A.    I don't remember having any hearing of

3  any sort.

4       Q.    All right.  Other than today with your

5  attorney, I don't want to hear about that, have you

6  ever talked to anybody about how the accident

7  happened?

8       A.    Not really.  It's nobody's business but

9  mine and my attorney's, I guess.

10      Q.    Did you ever tell Swift how the accident

11  happened?

12      A.    I may have.  I might have told the

13  manager what happened, but I don't -- maybe when I

14  called him when it happened, and I had one of the

15  drivers call when I was laying there and asked him

16  to get the cell phone out of my truck, and I called

17  him and told him what happened before the ambulance

18  came.

19      Q.    All right.  Do you remember talking to

20  anybody at Swift about how the accident happened

21  other than before the ambulance came?

22      A.    I don't believe so because my driver

23  manager got transferred, and there was -- I never

24  went back to that position, so --

BRUCE ROGERS,  NOVEMBER 13, 2007

1      Q.      What was his name, the driver manager?

2      A.      I think his name is Mike something or

3 other.

4      Q.      As best as you can tell, what did you say

5 to Mike, what did he say to you on the phone?

6      A.      I just told him that I was making a

7 delivery, and I slipped and fell and was

8 incapacitated, and he would have to make

9 arrangements for the delivery and the -- everything

10 was there.

11      Q.      All right.

12      A.      Keys, bill of lading, all that was there.

13      Q.      Did you give him any details about how or

14 why you slipped?

15      A.      No.

16      Q.      The people who were operating the

17 forklift, the people who were kind of ignoring you

18 as you lay there, did you find out who they worked

19 for?

20      A.      No.

21      Q.      You didn't see any uniform on them?

22      A.      I don't believe so, no.

23      Q.      Did you come to learn other than what

24 your attorney told you that you fell right outside

1   the Precision facility?

2        A.    If I fell outside of it?

3        Q.    Yes, is that where you fell?

4        A.    I don't know.  I just know that I went to

5   that one door, and it said, "drivers use the other

6   door."  I started in that direction, and that's when

7   it happened.

8        Q.    All right, but that was Precision's door

9   as far as you knew?

10       A.    As for as I knew, yes.

11       Q.    Because you were there to make the

12  delivery for Precision?

13       A.    Yes.

14       Q.    And that arrow was pointing you to

15  another Precision door?

16       A.    As far as I know.

17       Q.    You were directed by Precision by virtue

18  of the note to go from one door to the other?

19       A.    Yes.

20       Q.    And that was their sign?

21       A.    As far as I know.

22       Q.    Was there any other stationary that said

23  like -- that said Precision?

24       A.    Yes.

BRUCE ROGERS,  NOVEMBER 13, 2007

1      Q.    But you understood it to be Precision?

2      A.    Somebody put a sign up there.  He could

3  have put it up, you could.  I don't know.

4      Q.    All right.

5      A.    There was just a sign on the door.

6      Q.    In any event, the bill of lading said go

7  to Precision and the address matched the bill of

8  lading?

9      A.    Correct.

10     Q.    Now, I'm sorry to skip around on you.

11  When you had your physical therapy after the

12  accident did you have any trouble breathing?

13     A.    I don't believe so, no.

14     Q.    So you didn't have any difficulty

15  performing your physical therapy due to the

16  breathing as far as you know?

17     A.    Due to breathing?

18     Q.    Yes.

19     A.    I don't believe so.

20     Q.    All right, because I think you said

21  you -- were you done with physical therapy by the

22  time you had to go on oxygen?

23     A.    Oh, yeah.

24     Q.    The clubs and nightclubs that you go to

1  dance, was there smoke in those clubs, cigarette

2  smoke?

3       A.    All of them I believe had that.

4       Q.    All right.  In New Mexico did they still

5  have -- those clubs have smoking in them, if you

6  know?

7       A.    That's kind of iffy.  I don't really

8  know.  I think the mayor of the city of Albuquerque

9  banned smoking everywhere, even on the golf course.

10       Q.    But in any event, did your doctor ever

11  tell you to stay out of the smoking area?

12       A.    He didn't even tell me to stop smoking

13  but I quit.

14       Q.    Dr. Horowitz, I think you mentioned he's

15  your general doctor?

16       A.    Yes.

17       Q.    Did you ever have a lung doctor or a

18  pulmonary specialist?

19       A.    I don't remember if they sent me for a --

20  I know one of those times I had one of those scans

21  that go all the way around your body in the

22  hospital, but I don't remember when that was or what

23  it was for.  Not to my knowledge would probably be

24  my answer to that.

BRUCE ROGERS,  NOVEMBER 13, 2007

1    Q.    All right.  So you don't remember a

2  doctor specifically being a lung specialist or

3  pulmonary specialist then that you saw?

4    A.    No.

5    Q.    All right.  Did any doctor ever tell you

6  the cause of your lung problems?

7    A.    I don't believe so.

8    Q.    Now, I think you said earlier you can

9  walk 150 feet, is that correct?

10    A.    Yes.

11    Q.    And after you hit that 150 feet, you have

12  problems breathing, problems with your hip, or both?

13    A.    My lower back.

14    Q.    All right, so it's the lower back.  Did

15  you hurt your lower back in the fall?

16    A.    I don't think so.  Maybe.

17    Q.    Did you have back problems before the

18  accident that we are here for?

19    A.    No, but then I don't remember having any

20  problems right after here.

21    Q.    All right.  You don't know the

22  relationship between any of the defendants in the

23  case as far as Rothbart defendants or tenants or --

24    A.    I don't know anybody here.

BRUCE ROGERS,  NOVEMBER 13, 2007

1      Q.    All right.   In the past year have you
2  physically -- I don't want to know about what you
3  don't want to do or that, but physically have you
4  had any trouble doing any housework or chores on the
5  trailer?
6      A.    I have tried to get some -- an allowance
7  for that to get somebody to do that because it's
8  difficult for me to perform any of those, like
9  vacuuming and stuff like that where you have to be
10 on your feet, you know, for --
11     Q.    All right.
12     A.    Not -- I couldn't vacuum my entire room
13 without stopping and resting.
14     Q.    All right.  How about like doing the
15 dishes?  Are you able to do your own dishes?
16     A.    Yes, there ain't many of them.
17     Q.    What happens if there is alot of dishes?
18 Do you get fatigued?
19     A.    Yes, from standing up.
20     Q.    All right.  Now earlier you said --
21 strike that.
22          As you first approached the door, in
23 other words, when you went to the door and saw the
24 sign to go to the other door, did you walk through

BRUCE ROGERS,  NOVEMBER 13, 2007

1  that water as you approached the first time?

2      A.    I wasn't aware that I approached it more

3  than once.

4      Q.    So in other words --

5      MR. HULL:  I think he was a little confused.

6  You might want to try that again.

7  BY MR. TEFFT:

8      Q.    On No. 5 of your deposition you went up

9  to that door that circled, correct?

10     A.    Is -- if that's the right door.

11     Q.    All right.  And then there was a sign on

12 that, then you started toward the left of the

13 picture when you had the accident, correct?

14     A.    Yes.

15     Q.    All I'm after is as you approached that

16 door the first time to read the sign, did you go

17 through that water at all?

18     A.    No.

19     Q.    All right.  So you would have come from

20 the right side?

21     A.    I come from over here to -- which would

22 be the street side (indicating).

23     Q.    All right.  I think you said you noticed

24 the water about 20 feet away?

BRUCE ROGERS,  NOVEMBER 13, 2007

1       A.    No.  Left the door going that way
2   (indicating).
3       Q.    Did you notice the moss before you
4   stepped into it?
5       A.    No, not visible.
6       Q.    Was there anything else in the water
7   besides that that you know of?
8       A.    That I know of?
9       Q.    Right.
10      A.    No, no to me.  It was just water.
11      Q.    Was there anything on your clothing after
12  the accident?
13      A.    I don't know.
14      Q.    You didn't see the water coming out or
15  discharging any time you were there, did you?
16      A.    I don't remember.
17      Q.    All right.  Did you have any training
18  from Swift as far as how to make deliveries, hazards
19  to avoid, anything like that?
20      A.    I had orientation.
21      Q.    Was there any safety during that
22  orientation?
23      A.    I imagine there was.  I'm not saying
24  there was or was not.  I just don't -- I've been

BRUCE ROGERS,  NOVEMBER 13, 2007

1   doing it for a number of years, and there has been

2   safety seminars that have -- I've gone to regarding

3   that.

4       Q.    All right.  Anything about how to avoid

5   hazards at a delivery site that you recall?

6       A.    Specifically that, no.

7       Q.    All right.  Did Swift have any guidelines

8   or regulations as far as footwear to wear?

9       A.    Not to my knowledge.

10      Q.    All right.

11      A.    Well, there is some but like muscle

12  shirts, you know, muscle shirts, stuff like that.

13  Probably bandanas, no bandanas.

14      Q.    You're talking about a dress code now?

15      A.    Yes.

16      Q.    I'm wondering if anything about safety

17  footwear or safety outerwear, anything pertaining to

18  safety?

19      A.    No.

20      Q.    All right.  How long did you drive for

21  Swift before the accident?

22      A.    I believe I was hired in '02.

23      Q.    All right, and you were a truck driver

24  before that?

BRUCE ROGERS,  NOVEMBER 13, 2007

1     A.    Yes.

2     Q.    How many years did you drive before the

3 accident all told?

4     A.    How many years have I driven a truck?

5     Q.    Yes.

6     A.    Since I was 12 year old, except for my

7 military.

8     Q.    All right.  When you said the truck, I

9 recall you were driving for Swift and you referred

10 to it as a van.

11     A.    Not a van, tractor trailer.

12     Q.    So it's an 18 wheeler?

13     A.    Yes.

14     Q.    And -- but it's an encased or enclosed

15 tractor trailer, correct?

16     A.    Yes, it is.  Well, it's conventional

17 style with -- it has bunkbeds in the cab for

18 sleeping.

19     Q.    All right.

20     MR. POTTER:  I think he said the trailer was a

21 van.

22     MR. TEFFT:  All right.

23 BY THE WITNESS:

24     A.    That's what they call the enclosed

BRUCE ROGERS,  NOVEMBER 13, 2007

1  trailer is the van.

2  BY MR. TEFFT:

3      Q.    All right, so those big boxy trailers we

4  see on the highway, that's called the van trailer?

5      A.    Right.

6      Q.    Do you remember how much sleep you had

7  before the accident?

8      A.    No.  I know that I had plenty of time to

9  make the delivery because I -- initially the address

10  on the delivery was someplace else and it ended up

11  being a used car place.

12     Q.    All right.

13     A.    And I said, "what the hell did they send

14  me over here for?"  They got to checking a little

15  bit, and they sent me over to this other area.  But

16  I know I was here already in the city before the

17  madhouse starts, before traffic starts, where I can

18  go and make my delivery when it comes time.

19     Q.    All right.  I think you said you got to

20  the location of the accident with your truck about

21  1:00.  I'm assuming the accident happened shortly

22  after that?

23     A.    Yes, I believe, yes.

24     Q.    Within a few minutes?

BRUCE ROGERS,  NOVEMBER 13, 2007

```
 1      A.     Yes.

 2      Q.     It was a nice sunny, June day?

 3      A.     Sunny, yes.

 4      Q.     You drive a pickup now, correct?

 5      A.     Generally I drive my car.

 6      Q.     Do you have any trouble with long

 7 distance in driving the car?

 8      A.     Not unless I drove a long distance to Las

 9 Vegas.  That was about nine years ago.

10      Q.     Did you do that straight?

11      A.     No, except for stopping for necessities,

12 and I believe we stopped and got something to eat on

13 the way.

14      Q.     But you didn't stay overnight?  You made

15 it straight through?

16      A.     No, we didn't spend the night.  We left

17 early in the morning, got over there maybe in the

18 evening.

19      Q.     You said "we."  Did your girlfriend go

20 with you?

21      A.     Yes.

22      Q.     Who did most of the driving, you did?

23      A.     I did.

24      Q.     Did she do any?
```

BRUCE ROGERS,  NOVEMBER 13, 2007

1      A.    I did all of it.  I'm not letting her

2  drive my car.

3      Q.    The return trip was the same way?

4      A.    Yes.

5      Q.    How long ago did you make that trip?

6      A.    Last year, year before.

7      Q.    All right.  Any problems after the trip

8  with the hip?

9      A.    No.

10      Q.    Any other training that we have talked

11  about that you have besides what you have talked

12  about?  We have talked about the mechanic, Air

13  Force.  Did they have any vocational training?

14      A.    Welding.

15      Q.    Did you ever work as a welder?

16      A.    Yes.

17      Q.    How long did you work as a welder?

18      A.    I don't know, two or three years, five,

19  five years.

20      Q.    And you got out of it because you didn't

21  like it?

22      A.    No.  I wanted to go back to driving

23  trucks.

24      Q.    All right.  Where did you go to high

BRUCE ROGERS,  NOVEMBER 13, 2007

1  school?

2        A.      Pasco, Washington.

3        Q.      What town is that in?

4        A.      That was Pasco, Washington State.

5        Q.      Massa High School?

6        A.      Yes.

7        MR. POTTER:  Is that by Tacoma?

8        THE WITNESS:  It's the southeast corner of

9  Washington.

10  BY MR. TEFFT:

11       Q.      All right.  What kind of grades did you

12  get in high school?

13       A.      In what?

14       Q.      Well, what was your -- just overall.  Do

15  you remember what your grade point average was?

16       A.      Probably a C, maybe.

17       Q.      So you were a C student?

18       A.      Maybe.

19       Q.      All right.

20       A.      Except for English.

21       Q.      Did you take the ACT after you graduated,

22  you know?

23       A.      They didn't have that then.

24       Q.      How about the SAT?

BRUCE ROGERS,  NOVEMBER 13, 2007

1      A.    They didn't have that then either.

2      Q.    All right.  When you had your welding

3 classes and welding training in college, did you

4 have any problems with those?

5      A.    No.

6      Q.    You took algebra in college?

7      A.    Yes.

8      Q.    Did you get a grade?

9      A.    Yes, a B.

10      Q.    What about the other college courses?

11 What were your grades in them?

12      A.    B or B plus.

13      Q.    You did pretty well in college?

14      A.    Yes.

15      Q.    You were a little bit older?

16      A.    Older and I didn't have an eight-hour

17 day.  I had just like two hours with this class and

18 an hour with that class.

19      Q.    All right.  Did you ever get anything

20 less than a C in your college classes that you told

21 us about?

22      A.    I don't believe so.

23      Q.    You filed tax returns for '02, '03, '04,

24 '05, '06?

BRUCE ROGERS,  NOVEMBER 13, 2007

1        A.      I'm sure I did.

2        Q.      In the year 2002 do you remember how much

3   you made about, maybe a couple years before the

4   accident?

5        A.      No.   I'm guessing between $28 and

6   $34,000.

7        Q.      Same question for '03?

8        MR. POTTER:   Was that your best estimate?

9        THE WITNESS:   Yes.

10       MR. POTTER:   But you said you were guessing

11  again.

12       THE WITNESS:   Well, I am.

13       MR. POTTER:   There is a difference between a

14  guess and estimate, so it's your best estimate?

15       THE WITNESS:   Yes.

16       MR. TEFFT:   You're right.

17  BY MR. TEFFT:

18       Q.      What do you think you made in '03?

19       A.      Generally speaking it was progressively

20  better.

21       Q.      All right.

22       A.      Better.

23       Q.      Well, so '03 would have been a little

24  better than '02 maybe?

BRUCE ROGERS,  NOVEMBER 13, 2007

1      A.     Yes.

2      Q.     Were those pretty typical years, '02, '03

3  as far as your income around the time of the

4  accident?

5      A.     Pretty much.  I believe that '03 I think

6  would be the last complete year, and it was around

7  $36, $37,000, something like that from my gross

8  income.

9      Q.     Now the whole time you drove for Swift,

10 did you get a mileage fee?

11     A.     All the time.

12     Q.     All right.  It was a certain mileage fee

13 per mile, correct?

14     A.     Yes.

15     Q.     Did you ever get paid by the hour or by

16 any other time?

17     A.     Yes, there's times that we got paid by

18 the hour.  Like if you went -- if you was due to

19 deliver at 6:00 in the morning, and you were there

20 at 5:30, and they didn't unload you until 10:00, you

21 would apply for demerit charges for 6:00 until the

22 time they unloaded you.  Got like an hour window.

23     Q.     But predominantly in a few years before

24 the accident you were paid by the mile?

BRUCE ROGERS,  NOVEMBER 13, 2007

1    A.    Yes.

2    Q.    For the most part?

3    A.    Yes.  Either mile or trip.

4    Q.    All right.  When you were working light

5    duty for Swift, if you know, was the plan for you to

6    go back -- to go back to full duty or was the plan

7    for you to keep the job indefinitely?

8    A.    Whose plan?

9    Q.    Your employer?

10    A.    I believe they wanted a maid.

11    Q.    Did they ever tell you, "we're going to

12    try and get you back into the saddle with the full

13    duty" or "this would be a permanent job"?  Did they

14    ever give you any indication?

15    A.    None.  They didn't say they were going to

16    try to get me back into it, try to get me in or out

17    of it or keep me around for a while or look at me,

18    whatever they were going to do.  No plan was ever

19    presented.

20    Q.    But you had that -- you know what I mean

21    by functional capacity exam?  The examination you

22    had with the doctor who tried to see what you could

23    or could not do?

24    A.    Yes.

BRUCE ROGERS,  NOVEMBER 13, 2007

1    Q.    You had that exam over two days?

2    A.    I believe so.

3    Q.    Then after that exam is when you were let

4  go from Swift, correct?

5    A.    Yes.

6    Q.    Did you ever talk to anybody at the

7  workers compensation carrier, a nurse or rehab

8  expert about going back to a different type of job?

9    A.    I talked to -- I don't remember who I

10  talked to, but I did talk to somebody about applying

11  for and receiving some kind of compensative

12  vocational training, but I don't remember who I

13  asked about it, somebody.  I don't remember who it

14  was.

15    Q.    Did you ever get evaluated as far as what

16  type of jobs you might be suitable for as far as

17  skills and --

18    A.    No.

19    MR. TEFFT:  All right.  That's all I have,

20  thank you.

21    MR. POTTER:  I have a few.

22                  FURTHER EXAMINATION

23  BY MR. POTTER:

24    Q.    I have to ask you some background

1    questions that I ask everybody.  Have you ever been

2    convicted of a felony?

3        A.    Not to my knowledge.

4        Q.    Have you ever been convicted of a

5    misdemeanor involving dishonesty?

6        A.    Shoplifting.

7        Q.    That would be a misdemeanor involving

8    dishonesty.

9        A.    Yes.

10        Q.    When was that?

11        A.    I don't know.

12        Q.    Was it within the last ten years?

13        A.    No.

14        Q.    Was it within the last 20 years?

15        A.    Maybe.

16        Q.    Did you plead?  Did you enter a plea?

17    Did you say, "I'm guilty or not guilty"?

18        A.    I believe I entered a not guilty plea and

19    was found guilty anyway.

20        Q.    Do you know what town that was in?

21        A.    Albuquerque, New Mexico.

22        Q.    What was your sentence?

23        A.    I don't know.  30 days with work release

24    or something like that.

BRUCE ROGERS,  NOVEMBER 13, 2007

1       Q.     Did you have to -- actually have to go to

2  jail?

3       A.     Yes.  They put you in jail as soon as

4  you're arrested.

5       Q.     And do you remember when you were

6  released?

7       A.     No.

8       Q.     Do you remember what it was you were

9  accused of shoplifting?

10      A.     No, I don't remember.

11      Q.     Did you ever actually do the shoplifting?

12      A.     More than likely.  I was a drunk.

13      Q.     All right.  Is this the only misdemeanor

14  involving dishonesty that you have been involved in

15  or are there more?

16      A.     I don't recall any.

17      Q.     All right.  When is the last time you

18  sought medical treatment for your right hip?

19      A.     I don't know.

20      Q.     Was it within the last month?

21      A.     No.

22      Q.     Last year?

23      A.     I'm not sure.

24      Q.     What was that last treatment, if you

BRUCE ROGERS, NOVEMBER 13, 2007

```
 1  recall?
 2      A.    I believe I went to the hospital for
 3  something.  I don't remember what it was for, and I
 4  asked them about the lower back pain and stuff like
 5  that, and they asked me about my injury, and I told
 6  them.  They said they would look into it or
 7  something, and that was probably --
 8      Q.    Was that in the emergency room?
 9      A.    I don't remember.
10      Q.    What were you in the hospital for on that
11  day?
12      A.    I think it was some kind of flu or
13  something like that.
14      Q.    Do you remember which hospital you went
15  to?
16      A.    VA.
17      Q.    Same one in Albuquerque?
18      A.    Always.
19      Q.    Is there more than one in Albuquerque?
20      A.    No.
21      Q.    I want to talk a little bit about the
22  water, the wet spot we have been calling it.  Where
23  did the water come from, if you know?
24      A.    I don't know.
```

BRUCE ROGERS,  NOVEMBER 13, 2007

1    Q.    Was the water flowing toward any

2  direction?

3    A.    I don't know that either.

4    Q.    When you saw the water was it stationary?

5    A.    Yes.

6    Q.    It was like a puddle, right?

7    A.    To me, yes.

8    Q.    Would a puddle be an accurate

9  description?

10    A.    Roughly, yes.

11    Q.    And you would agree with me the puddle

12  wasn't flowing into a sewer, correct?

13    A.    Not to my knowledge, no.

14    Q.    And the puddle was not -- the water for

15  the puddle wasn't coming out of a tube as far as

16  what you saw?

17    A.    I don't remember.

18    Q.    All right.  I want to look at the Answers

19  to Interrogatories, which we marked as your

20  exhibit -- Deposition Exhibit No. 1.  If you look at

21  No. 17, it says, "state with particularity the

22  nature of the alleged defect, object, substance, or

23  condition which caused the alleged occurrence giving

24  the exact dimensions and physical description of

BRUCE ROGERS,  NOVEMBER 13, 2007

1  such, including the size, shape, color, length,

2  height, and depth of such defect on it."  The answer

3  says, "drainage pipe depositing water on

4  entrance/exit walkway."  That's the first sentence.

5  Is that accurate or do you not know?

6        A.    I don't know.

7        Q.    Second sentence in the answer,

8  "accumulation of drainage water with algae, dirt,

9  and debris underneath -- not visible from a standing

10 position.  See pictures and documents produced."  Is

11 that accurate, that sentence?  You can look back,

12 take your time and look at it.

13       A.    That sounds pretty accurate.

14       Q.    All right.  So I heard you testify

15 about -- well, first of all, do you know if it was

16 an accumulation of drainage water?

17       A.    Drainage, I don't know if it was drainage

18 water or not.

19       Q.    All right.  You already mentioned the

20 algae, right?  That was the green substance that you

21 saw in an area inside the puddle, correct?

22       A.    Yes, when I was laying down.

23       Q.    All right.  How about dirt and debris

24 underneath?  Do you remember seeing any dirt and

BRUCE ROGERS,  NOVEMBER 13, 2007

```
 1   debris in this puddle?
 2        A.    I seen different colors there.
 3        Q.    What colors did you see?
 4        A.    Brown and greenish, that's about it.
 5        Q.    So brown and green are the colors you
 6   saw, correct?
 7        A.    Greenish, yes, ugly green.
 8        Q.    All right.  So brown and greenish, ugly
 9   green color, correct?
10        A.    Yes.
11        Q.    Any other colors?
12        A.    Are you talking about standing or --
13        Q.    Standing, laying down, seeing it,
14   anything?
15   MR. HULL:  He's talking about any time you
16   might have seen it.
17   BY THE WITNESS:
18        A.    No, just seen the flat look of the water
19   when I was approaching, and outside of that, no.
20   BY MR. POTTER:
21        Q.    Would it be fair to say that you're not
22   sure if there was any dirt or debris in the puddle?
23        A.    I don't know.
24        Q.    All right, but it does -- your testimony
```

BRUCE ROGERS, NOVEMBER 13, 2007

1   does seem to be that the algae was not visible from

2   a standing position, correct?

3        A.    Yes.

4        Q.    So when you looked at the water you said

5   it looked shiny?

6        A.    Correct.

7        Q.    You couldn't see the algae, correct?

8        A.    No.

9        Q.    You're agreeing with me, right?

10       A.    Yes.

11       Q.    I want to look at a list that was

12   attached to your Answers to Interrogatories entitled

13   "Bruce Roger's medical care provider and bills."  I

14   want you to look through this and let me know if you

15   see anything that should be added to this.  Do you

16   think this is a complete list?  Are there things on

17   there that should not be?  Just take a minute.

18       MR. TEFFT:  That's a good question.  Why

19   didn't I think about that?

20       THE WITNESS:  I'm still thinking about the

21   restroom.

22       MR. POTTER:  Do you need to take a break?

23       THE WITNESS:  Yes.

24

1              (WHEREUPON, a break was taken.)

2  BY MR. POTTER:

3      Q.    Last few questions.  Does it look like a

4  complete list of the medical providers?

5      A.    I wouldn't know.

6      Q.    The white PVC pipe, how far was it from

7  the edge of the wet spot?

8      A.    I don't know.  The water runs right out

9  of it.

10      Q.    It was your impression?

11      A.    That was my impression.

12      Q.    Can you give me a distance as to how far

13  the water had to run from the pipe to the wet spot?

14      A.    Probably all the way.

15      Q.    Are we talking feet?  Are we talking 10

16  feet, 50 feet, what kind of distance?

17      A.    I'm not following what you're --

18      Q.    Well, if you look in these photos, there

19  is -- you can see on the edge here, the very tip of

20  the pipe, or here, here is the pipe (indicating).

21  You said the wet spot was -- strike that.

22              How far was the tip of the pipe from the

23  wet spot?  Was it in the wet spot, a few feet from

24  the wet spot, a few inches?

BRUCE ROGERS,  NOVEMBER 13, 2007

1      A.    No.  It would have been -- well, I would

2  guess this would show what the wet spot is there,

3  and the pipe is there.

4      Q.    You said "I guess" again.  Is that your

5  best estimate that Culp Exhibit 2 is depicting how

6  close the pipe was from the wet spot?

7      A.    Yes.

8      MR. POTTER:  That's all I have.

9      MR. HULL:  I have a few questions.

10                    EXAMINATION

11  BY MR. HULL:

12      Q.    Bruce, the shoplifting conviction that

13  you told us about, you thought that was something

14  more than ten years ago?

15      A.    I believe so, yes.

16      Q.    And but you thought that was something

17  that occurred while you were drinking?

18      A.    It was.

19      Q.    All right, and how long ago did you quit

20  drinking?

21      A.    '91 I think.

22      Q.    So it would have been some time before

23  1991?

24      A.    Yes.

BRUCE ROGERS,  NOVEMBER 13, 2007

1      Q.     I just want to set the timeframe.  There

2  was questioning about you getting out of your truck

3  and going up to the first door, the door that had

4  the sign on it that said go to the other door.  I

5  want to focus on the time when you were leaving that

6  door and going to the other door.  At that time were

7  you hurrying in any way?

8      A.     No.

9      Q.     Did you have plenty of time to do what

10 you needed to do?

11     A.     Yes.

12     Q.     Were you behind schedule in any way?

13     A.     No.

14     Q.     While you were walking from going from

15 the door with the sign on it, to where the -- where

16 you eventually fell, were you looking where you were

17 going?

18     A.     Yes.

19     Q.     And I think you told us that -- that as

20 you approached the spot where you fell, you could

21 see that it was wet, is that correct?

22     A.     Yes.

23     Q.     After you fell when you're laying on the

24 ground, did you notice anything different about that

BRUCE ROGERS,  NOVEMBER 13, 2007

1  spot where you fell than when you were standing up

2  before you fell?

3       A.    I turned, I was laying on my side.  I

4  could see that it had a greenish look to it and

5  brown and probably dirt, and I don't know what else

6  it was.

7       Q.    Was that stuff you were noticing that was

8  in the spot where you fell?

9       A.    Yes, in the water.

10      Q.    All right.  As you were approaching the

11 wet spot from that door that had the sign on it, did

12 you perceive any danger when you stepped into that

13 wet spot?

14      A.    No.

15      Q.    And why not?

16      A.    I'm a truck driver.  I drive in rain and

17 snow and ice and everything.  It's -- that's just --

18 Texas has billions of miles of cement roads, they're

19 not slick.  I drive 75 miles an hour.

20      Q.    The water wasn't causing you a concern?

21      A.    No.  Water is not slick on cement by

22 itself.

23      Q.    Do you have a thought or a recollection

24 about what you believe caused you to fall?

BRUCE ROGERS,  NOVEMBER 13, 2007

1      A.     The material in the water, under the

2  water was what made me fall.  Water would not make

3  me fall.  On cement, water is not slick but the

4  debris and stuff underneath it.  When I looked down

5  it had algae and dirt and stuff in it.  That's what

6  made me fall.

7      Q.     Is it your belief that's what caused you

8  to slip when you described how your foot slipped so

9  quickly and down you went?

10      A.     Yes, it was that slick.

11      Q.     Had you had any kind of surgery or work

12  or physical therapy done on your right leg prior to

13  this fall?

14      A.     No.

15      Q.     Had you ever had any medical care,

16  treatment, or physical therapy because of any

17  problems with your right hip or right leg prior to

18  this injury?

19      A.     No.

20      Q.     Was there a reason that you -- when you

21  were going from the door that had the sign on it

22  that said go to the other door, was there a reason

23  that you walked and took the route that you took?

24      A.     Yes because I didn't want to walk all the

BRUCE ROGERS, NOVEMBER 13, 2007

1  way around it, an additional 15 or 20 feet down and

2  20 feet back.  I just walked straight across.

3      Q.    Was that the most direct road that you

4  walked?

5      A.    Yes.

6      MR. HULL:  I don't think I have anything else.

7          FURTHER EXAMINATION

8  BY MR. POTTER:

9      Q.    Was there any oil in the water that you

10 saw as you were lying there?

11     A.    I don't believe so.

12     Q.    How about any antifreeze or any chemicals

13 that you could tell?

14     A.    No.

15     MR. POTTER:  All right, that's all I have.

16          FURTHER EXAMINATION

17 BY MR. TEFFT:

18     Q.    How deep was the water that you stepped

19 in?

20     A.    I'm going to estimate less than a quarter

21 of an inch.

22     Q.    All right.  Did it seem uniform if its

23 depth if you could tell throughout the whole puddle

24 or some areas deeper than others?

BRUCE ROGERS, NOVEMBER 13, 2007

1        A.    No.   Just like less than a quarter in the

2   center and tapering into just nothingness.

3        Q.    All right, that's all I have.   Thank you.

4        MR. HULL:   We will reserve.

5

6

7             FURTHER DEPONENT SAITH NOT.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

```
1   STATE OF ILLINOIS      )
2                          )  SS:
3   COUNTY OF C O O K      )
4      IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
5          COUNTY DEPARTMENT - LAW DIVISION
6   BRUCE ROGERS,                )
7          Plaintiff,            )
8      vs.                       )  Case No. 06 L 005376
9   ROTHBART PROPERTIES, et al, )
10         Defendants.           )
11
12         I hereby certify that I have read the
13  foregoing transcript of my deposition given at the
14  time and place aforesaid, consisting of Pages 1 to
15  139, inclusive, and I do again subscribe and
16  make oath that the same is a true, correct and
17  complete transcript of my deposition so given as
18  aforesaid, and includes changes, if any, so made by
19  me.
20                              BRUCE ROGERS
21  SUBSCRIBED AND SWORN TO before me
22  this        day of                , A.D. 2007.
23
24         Notary Public
```

BRUCE ROGERS,  NOVEMBER 13, 2007

```
 1  STATE OF ILLINOIS )

 2                    )  SS:

 3  COUNTY OF COOK    )

 4

 5        I, RACHEL SMITH, a Certified Shorthand

 6  Reporter of said state, do hereby certify:

 7        That previous to the commencement of the

 8  examination of the witness, the witness was duly

 9  sworn to testify the whole truth concerning the

10  matters herein;

11        That the foregoing deposition transcript

12  was reported stenographically by me, was thereafter

13  reduced to typewriting under my personal direction

14  and constitutes a true record of the testimony given

15  and the proceedings had;

16        That the said deposition was taken before

17  me at the time and place specified;

18        That I am not a relative or employee or

19  attorney or counsel, nor a relative or employee of

20  such attorney or counsel for any of the parties

21  hereto, nor interested directly or indirectly in the

22  outcome of this action.

23        IN WITNESS WHEREOF, I do hereunto set my

24  hand and affix my seal of office at Chicago,
```

BRUCE ROGERS,   NOVEMBER 13, 2007

1   Illinois, this 10th day of December, 2007.

2

3

4

5   C.S.R. Certificate No. 84-4161.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

BRUCE ROGERS,  NOVEMBER 13, 2007

```
1                    I N D E X

2    WITNESS                        EXAMINATION

3    BRUCE ROGERS

4        By Mr. Potter              4, 125, 138

5        By Mr. Tefft               105, 138

6        By Mr. Hull                134

7

8                  E X H I B I T S

9    NUMBER                         PAGE/LINE

10   ROGERS EXHIBIT

11       NO. 1                           6

12       NO. 2                          50

13       NO. 3                          51

14       NO. 4                          55

15       NO. 5                          55

16       NO. 6                          67

17       NO. 7                          79

18       NO. 8                          91

19

20

21

22

23

24
```

BRUCE ROGERS,   NOVEMBER 13, 2007

**A**

abilities 49:3
able 6:1 14:12
  15:16,21 16:13
  17:8 18:7 22:21
  23:7 43:24 49:11
  82:21 83:7 84:11
  84:21 86:21,24
  94:11 95:16 98:5
  112:15
accident 4:20,22
  10:7 11:4 12:9,16
  13:3,5 14:11
  17:21 20:11 22:5
  22:6,7,8,16 23:6
  26:11,15,23 27:1
  27:4,8 28:1,5,7
  30:24 32:14,16,21
  32:24 33:3 46:18
  49:16 52:24 55:2
  55:8 60:20 66:5,8
  67:21 76:2,17
  89:21,22,23 91:7
  91:8 92:9,12,17
  92:22 93:2,7,10
  94:10 95:11,21,22
  96:5,9 97:12,13
  97:19,21 98:2,10
  105:14 106:6,10
  106:20 109:12
  111:18 113:13
  114:12 115:21
  116:3 117:7,20,21
  122:4 123:4,24
accidents 28:2
accommodate 5:20
accompanying
  27:16
accountant 11:16
accumulation 130:8
  130:16
accuracy 6:17
accurate 7:1 14:10
  16:21 100:23
  129:8 130:5,11,13
  98:22
accused 127:9
acknowledge 94:14
acres 86:11
ACT 120:21
action 141:22
active 40:18
activities 89:21
  92:21 98:9

activity 18:5
actual 100:11
ADAMS 2:18
adaptor 23:14
added 132:15
addition 58:5 69:19
additional 138:1
address 6:22 14:4
  52:2,4 53:15
  56:18 109:7 117:9
Administration
  48:11
admitted 80:17
affect 24:7
affix 141:24
aforesaid 140:14,18
afternoon 54:19
age 7:21
ago 21:10 118:9
  119:5 134:14,19
agree 36:15 38:24
  39:20 62:21 65:5
  66:19 93:15 94:5
  97:5 98:8 101:16
  104:11 129:11
Agreed 100:10
agreeing 74:20
  99:15 100:14
  132:9
ahead 62:19
ain't 72:17 112:16
air 8:19,20 35:16
  119:12
aircraft 9:3
airplane 43:20
  44:22 45:2,11
  46:2
airport 43:21,24
  44:1 81:15,16
al 140:9
alarm 72:16
Albuquerque 25:6
  25:9 26:8 27:22
  34:10 110:8
  126:21 128:17,19
alcoholic 96:20
algae 130:8,20
  132:1,7 137:5
algebra 8:8 121:6
alleged 129:22,23
allow 10:15
allowance 112:6
allowed 78:15,16
  82:15
alongside 77:7

alot 95:14,23
  112:17
altered 94:15
ambulance 75:13
  80:10 106:17,21
amount 18:22
angle 68:24 69:6
animal 86:14
answer 5:15 6:20
  13:21 15:21 26:2
  32:11 110:24
  130:2,7
answered 6:17 15:9
answering 14:23
  15:24 18:8
answers 5:6 6:9
  129:18 132:12
antifreeze 138:12
anybody 30:4,18
  106:6,20 111:24
  125:6
anymore 10:5
  91:14
anyway 38:11
  40:18 97:7 99:7
  126:19
appear 76:5
appearance 76:10
APPEARANCES
  2:8
appeared 2:16,23
  3:8 76:1
applied 48:19
apply 123:21
applying 125:10
approached 58:2
  112:22 113:1,2,15
  135:20
approaching
  131:19 136:10
approved 48:20
approximate 31:3
approximately 11:7
  52:23 64:19,20
area 26:4 41:6
  52:13 61:14 62:17
  62:22 65:4 66:10
  72:11,19 73:7,8
  73:21 76:1 79:1
  98:22 99:2,19
  101:10 103:13
  110:11 117:15
  130:21
areas 53:11 138:24
Arizona 30:12

arm 70:1,3 71:8
Army 8:18
arrangements
  107:9
arrested 127:4
arrive 52:23
arrived 53:8 55:4
  61:5,8,12
arrow 55:8 57:21
  57:24 108:14
aside 39:9
asked 106:15
  125:13 128:4,5
asking 49:7 100:10
asks 31:13
assistance 41:10,11
  82:23 83:1 88:18
assistant 30:3
associated 39:6
  40:3
assume 35:22 38:16
  80:19
assuming 117:21
attached 132:12
attendant 40:6
  45:22
attention 57:10
  58:6 62:9,15
attorney 5:18 75:17
  103:8 105:18
  106:5 107:24
  141:19,20
ATTORNEYS 2:18
attorney's 106:9
attribute 31:2
authorization 12:3
availability 97:15
average 13:20
  41:13 120:15
avoid 114:19 115:4
aware 24:2,3 113:2
awhile 84:18
A.D 2:5 140:22
a/k/a 1:12,17

**B**

B 121:9,12,12 143:8
back 11:13 14:16
  14:20,22,24 16:15
  19:7,9 22:10
  28:14 34:12 41:15
  41:24 42:6,10
  43:22 45:4 46:13
  53:12 56:1 59:3
  66:23 67:23 71:7

71:8 81:10,15,19
  82:3 85:4,5 89:6
  97:2,3 100:19
  105:13 106:24
  111:13,14,15,17
  119:22 124:6,6,12
  124:16 125:8
  128:4 130:11
  138:2
backed 60:2
background 5:23
  125:24
backwards 33:10
  68:12
bag 44:16 93:23
bags 44:9,11 46:16
balance 95:13,14
bam 69:16
bandanas 115:13
  115:13
banned 110:9
barely 46:10 73:10
bars 82:9 83:17,18
base 53:21
basic 4:24 5:23
  39:14
basis 16:16
bathing 83:20
bathroom 82:9
bathtub 83:22
beaten 34:3
bedroom 37:14
  85:14
behalf 2:16,23 3:8
belief 22:14 40:22
  137:7
believe 6:13 7:22
  11:5 16:7 19:12
  20:9 21:7,22 22:1
  25:19 27:20 28:12
  30:11 31:10 32:5
  32:6 36:2,5,11
  38:4 39:4 40:1,9
  50:7,10 51:3,9,13
  53:1 55:24 56:17
  66:9 68:13,16
  69:22 70:11,15
  73:14 75:9,9 92:5
  101:18,20 102:18
  102:22 105:16
  106:22 107:22
  109:13,19 110:3
  111:7 115:22
  117:23 118:12
  121:22 123:5

BRUCE ROGERS,   NOVEMBER 13, 2007

124:10 125:2
126:18 128:2
134:15 136:24
138:11
benefits 48:6,14,19
best 37:21 80:8
107:4 122:8,14
134:5
better 32:7 44:8
89:17 122:20,22
122:24
beyond 8:16 26:22
bicycle 88:9 94:23
95:10
big 84:6 102:6
117:3
bigger 77:16,20
84:23 85:18
bike 95:1,3,16
bill 53:14 56:17
104:20,23 105:7
107:12 109:6,7
billions 136:18
bills 104:1,3,9,12
104:13,14,17
105:2,8,22 132:13
birth 6:23
bit 19:8 89:17 93:3
117:15 121:15
128:21
black 54:14 86:19
102:13
blind 75:14
blinks 31:13
blood 31:15
body 69:11,13,18
71:19 73:18,24
74:4 102:8,16
110:21
bone 70:12,20
boss 30:5
bother 18:5
bothered 17:23
bottle 43:1
bottom 50:3 101:1
bought 87:3
bounce 74:10
bowl 92:12
bowling 92:11,16
boxy 117:3
brakes 35:20
Brandywine 34:23
bread 42:18,19
break 5:17 132:22
133:1

breaking 70:12
breathing 21:19
24:9 94:2 109:12
109:16,17 111:12
Briefly 42:16
brighter 76:7,20
bring 22:21 23:7
85:13
broad 78:24
broke 27:13 75:12
broken 65:2
brought 44:20
brown 131:4,5,8
136:5
Bruce 1:6,21 4:3,10
4:12 132:13
134:12 140:6,20
143:3
Buddy 31:11
building 50:18 52:6
53:9 61:18,24
68:19,19,20 69:7
69:8 90:3 99:10
101:1
bunkbeds 116:17
business 106:8
busy 17:7,24
butt 37:23,24
buy 87:5
B-R-U-C-E 4:10

—————
C
C 1:3 9:23 18:21
120:16,17 121:20
140:3
cab 37:1 41:1 80:6
92:1,2 116:17
calculate 19:3
calculated 19:1,2
call 31:11 50:6
75:12,13 83:19
106:15 116:24
called 1:21 4:4
106:14,16 117:4
calling 104:20,23
105:8 128:22
calls 32:12
camp 96:22 97:3
cane 41:9
capabilities 98:1
capability 39:5
capacity 91:15
124:21
capital 94:12
car 43:8,10 117:11

118:5,7 119:2
care 105:16 132:13
137:15
caregiver 25:20
carrier 125:7
carry 23:16 44:18
93:21 97:9
cart 42:21,23
case 1:8 105:11
111:23 140:8
cash 39:1,16,23
catch 46:1
caught 57:10 62:8
62:14
cause 18:4 38:14,18
111:6
caused 13:7 16:20
28:2 129:23
136:24 137:7
causing 136:20
CDL 9:24
cell 73:20 106:16
cement 58:15
136:18,21 137:3
center 43:11 58:18
139:2
cents 13:11,18
certain 6:3 50:12
51:16 55:17 67:8
79:6 82:7 89:21
91:2 123:12
Certificate 3:13
142:5
Certified 2:3 141:5
certify 140:12
141:6
chance 96:6
change 23:16 39:16
changed 92:9,22
97:18,22 98:1,9
changes 140:18
charges 123:21
check 31:15 47:5
53:15,17
checking 117:14
chemical 51:6
chemicals 10:20
138:12
Chicago 2:4,13 3:5
81:12 82:21 104:9
141:24
children 7:12,17,19
chores 84:12 112:4
chose 62:22 63:7,12
Chris 29:23 30:9

chronic 22:1
cigarette 23:14
110:1
circle 56:4,7,11
100:21 101:15,17
101:18 102:3,6,7
102:11,15 103:16
103:18
circled 57:16 113:9
CIRCUIT 1:4
140:4
city 110:8 117:16
Civil 1:23
claim 105:14
claimed 18:22
clarity 72:14
class 121:17,18
classes 121:3,20
claustrophobia
40:20
clean 51:6,15
cleaning 84:13,14
84:16 85:2,8
climb 36:4 37:1
38:4 82:17,21
83:2 90:2,3
climbing 36:7 94:19
clipboard 56:19
close 57:14,18
72:13 89:5 103:8
134:6
closer 63:16 76:6
76:16,19
closest 53:18
clothes 44:16
clothing 114:11
clubbing 92:24 93:6
93:11
clubs 109:24 110:1
110:5
code 1:23 115:14
cold 40:12
collectors 104:21
104:23 105:7
college 8:5,11 121:3
121:6,10,13,20
color 54:15 130:1
131:9
colors 131:2,3,5,11
Columbia 8:11
combination 11:5
combinations 10:10
10:18
come 19:16 34:11
34:23 50:5 66:16

67:3 81:12 85:6
88:24 89:3 107:23
113:19,21 128:23
comes 66:19 80:10
117:18
coming 52:10 66:12
77:7 114:14
129:15
commencement
141:7
commercial 9:23
10:4
comp 105:21
companies 60:10
companion 97:17
company 1:11,15
1:16 4:21 12:8
14:4,5 48:17 51:1
60:11 105:17
compared 89:20
compensation
30:18 104:10
105:11,14,19
106:1 125:7
compensative
125:11
complaint 52:1
complete 8:2 19:22
19:23 123:6
132:16 133:4
140:17
completed 7:24
computer 34:18,20
35:2,5
con 43:7
concealing 74:7
concentrator 23:4
37:9
concern 24:24
136:20
concerning 141:9
concrete 103:1
condition 21:19
23:20 40:23 77:10
129:23
conditions 26:10
confirm 6:17
confused 113:5
conjunction 16:19
conscious 74:23
consider 40:1
consistent 31:24
consisting 140:14
constant 97:17
constitutes 141:14

BRUCE ROGERS,  NOVEMBER 13, 2007

**Construction** 1:15
    1:16,17 2:24 3:9
**contact** 69:20,23
    70:3
**contacts** 46:19,22
**contain** 102:7
**contained** 102:15
**contains** 93:23
**context** 4:19
**continuation** 89:13
**continue** 16:13
**contract** 60:10,12
**Cont'd** 3:1
**conventional**
    116:16
**convicted** 126:2,4
**conviction** 134:12
**cook** 1:4 4:14 85:23
    86:2 140:4 141:3
**cooking** 84:13,15
    86:6
**cooperate** 73:18
**cooperating** 74:1,5
**cooperative** 12:13
**COPD** 21:23,24
    23:19,20,21,24
    25:3,22 26:1,8
    94:6 97:6
**copies** 54:14,15
**corner** 58:20 69:3
    120:8
**corporation** 87:4
**correct** 9:12,16
    14:5 18:17 20:5
    20:19 22:22 26:16
    27:2 30:10 39:11
    39:17 41:2 42:1,7
    45:18 49:23 50:1
    53:16 58:7 59:15
    59:19,23 62:3,4
    62:19 63:6,6,8,10
    63:14 69:4,8 74:5
    74:24 76:11,13,21
    76:24 77:8,15
    79:13 80:2,18
    81:17 82:10 83:24
    84:13 94:3 99:23
    102:17 109:9
    111:9 113:9,13
    116:15 118:4
    123:13 125:4
    129:12 130:21
    131:6,9 132:2,6,7
    135:21 140:16
**corrective** 47:16

**cost** 16:18
**counsel** 141:19,20
**county** 1:3,4,5 4:14
    140:3,4,5 141:3
**couple** 31:24 54:23
    93:5 122:3
**course** 27:6 110:9
**courses** 8:5,7
    121:10
**court** 1:4,24 4:9
    140:4
**cover** 16:16 67:17
    67:20 75:17
**covering** 74:17
**crank** 92:6
**cranking** 92:7
**cream** 42:18,19
**create** 16:4
**crossed** 97:2
**CSR** 2:2
**Culp** 100:19 102:11
    103:14 134:5
**curb** 43:24 44:22
    45:17
**curbside** 46:1
**current** 6:23
**currently** 30:20
    41:8 46:21 48:9
    85:1,3 93:18 94:7
    97:6
**customer** 39:2
**CUTLER** 2:10
**C.S.R** 3:12 142:5

**___ D ___**

**D** 143:1
**dad** 9:17,21
**daily** 16:16 84:12
    95:5,6
**dance** 94:6 110:1
**dancing** 92:23 93:1
    93:8,11,17 94:2
**danger** 136:12
**dangerous** 72:17
**darker** 54:9
**date** 6:22 12:16,17
    14:7,11 18:23
    49:16
**dates** 14:7
**daughter** 96:15,16
**day** 2:5 11:4 17:10
    21:2 23:15 32:16
    39:11 41:13 52:17
    52:21 65:12 66:1
    67:21 97:4 118:2

121:17 128:11
    140:22 142:1
**days** 7:7 9:10 17:13
    17:14 23:16 32:20
    33:6 65:21,24
    80:22 125:1
    126:23
**deal** 32:13
**debris** 130:9,23
    131:1,22 137:4
**December** 142:1
**decided** 73:19
    84:23 90:16
**decision** 30:11
    74:23
**declared** 48:10
**deep** 138:18
**deeper** 138:24
**defect** 129:22 130:2
**defendants** 1:19
    111:22,23 140:10
**defendant's** 6:10
**degree** 8:13
**degrees** 68:22
**deliver** 123:19
**deliveries** 14:19
    114:18
**delivery** 75:10
    107:7,9 108:12
    115:5 117:9,10,18
**demerit** 123:21
**Department** 1:5
    23:18,22 140:5
**depicted** 58:18
    67:20
**depicting** 134:5
**deponent** 56:7
    102:10 103:19
    139:7
**depositing** 130:3
**deposition** 1:21
    4:12,16 6:4 22:19
    50:13 51:17 79:7
    113:8 129:20
    140:13,17 141:11
    141:16
**depositions** 2:1
**depot** 50:5
**depth** 130:2 138:23
**describe** 64:6
**described** 8:16 16:9
    97:7 98:8 137:8
**description** 82:14
    129:9,24
**destination** 35:1

**destinations** 60:17
**detailed** 82:14
**details** 107:13
**diagnosed** 40:19
**diagnosis** 21:18
**difference** 87:19
    122:13
**different** 26:4 30:6
    31:14 37:7 60:9
    76:4 77:3 97:10
    99:1 125:8 131:2
    135:24
**difficult** 41:19 94:6
    112:8
**difficulties** 15:18,24
**difficulty** 24:9
    32:17 38:18
    109:14
**digital** 31:16
**dimensions** 64:14
    129:24
**diminishing** 47:18
**direct** 29:15 138:3
**directed** 108:17
**direction** 102:21,23
    108:6 129:2
    141:13
**directly** 61:24
    141:21
**dirt** 130:8,23,24
    131:22 136:5
    137:5
**disability** 48:19
**disabled** 48:10
**discharge** 81:11
**discharged** 9:7,11
    9:13 29:6 81:5
    82:20 83:11
**discharging** 114:15
**discovery** 2:2 4:12
**discussion** 55:15
    100:16
**disease** 22:2
**dishes** 112:15,15,17
**dishonesty** 126:5,8
    127:14
**disqualify** 47:16
**distance** 44:21
    57:15 63:10 80:5
    80:5 87:23,24
    88:1,3 90:7 118:7
    118:8 133:12,16
**distracted** 62:6
**DIVISION** 1:5
    140:5

**divorced** 7:14
**dock** 59:13,18 60:3
    61:19,21,22 62:3
    62:19 69:3 76:1
    77:7 99:5
**docks** 59:4 99:11,13
**doctor** 25:12 28:12
    47:3 110:10,15,17
    111:2,5 124:22
**doctors** 25:13,21,24
    48:23
**document** 6:3 50:12
    51:16 55:17 67:8
    79:6 91:2
**documents** 130:10
**doing** 15:18 29:4
    40:13 45:23 71:9
    71:10 84:18 85:3
    112:4,14 115:1
**dollars** 91:17
**donkey** 86:13,14
**donkeys** 86:11,16
**door** 52:9 53:18,18
    53:20,22 54:9,10
    55:1,4,5,6,7,12,13
    55:24 56:7,11
    57:6,7,11,16,19
    57:20,23 58:2,10
    58:14,17,21 60:23
    61:1,18 68:24
    75:24 80:6,8 99:9
    99:12,23 100:7,12
    101:4,9 108:5,6,8
    108:15,18 109:5
    112:22,23,24
    113:9,10,16 114:1
    135:3,3,4,6,6,15
    136:11 137:21,22
**doors** 71:6
**DOT** 91:22
**double** 10:24 84:3
**Dr** 25:14,17 110:14
**drain** 58:18 65:5,6
    65:7 67:14,15
**drainage** 130:3,8
    130:16,17,17
**dramatically** 94:15
**draw** 56:3,4 102:3,8
**drawn** 102:11
    103:18
**dress** 115:14
**drew** 56:7 62:9
    100:20 101:15
**drink** 93:8
**drinking** 24:22

BRUCE ROGERS,  NOVEMBER 13, 2007

96:19 134:17,20
**drive** 9:21 22:16
  33:8,15,16,18
  34:19 43:8,10
  65:14,19 87:9,20
  90:8 91:14,18
  95:19 115:20
  116:2 118:4,5
  119:2 136:16,19
**driven** 9:6 116:4
**driver** 9:16 11:4
  106:22 107:1
  115:23 136:16
**drivers** 15:4 17:7
  23:23 55:7 57:20
  106:15 108:5
**driver's** 9:23 37:17
  37:24 65:18
**driving** 13:12 16:15
  16:15 23:6 34:18
  38:13,18 116:9
  118:7,22 119:22
**drop** 35:9,11,15
  36:1,16,18,19,21
**dropped** 91:15
**dropping** 36:9
**drove** 13:18 33:5
  65:9,13 118:8
  123:9
**drunk** 127:12
**dry** 51:12 58:9,12
  66:10,17
**dryer** 85:20
**due** 29:6 65:20
  109:15,17 123:18
**duly** 4:1,4 141:8
**duties** 17:8 18:7
  29:1,7
**duty** 14:9,10,12,16
  16:9,21 17:1
  18:14 22:10 28:16
  29:9,16 124:5,6
  124:13
**dynamite** 11:1

_____
### E

**E** 143:1,8
**earlier** 111:8
  112:20
**early** 48:13 118:17
**eat** 86:4 118:12
**edge** 64:9,9,13,13
  73:1 99:10,11
  133:7,19
**edging** 101:18

**education** 7:23
**EDWIN** 2:15
**effect** 47:18
**eight** 17:6,10 39:11
**eight-hour** 121:16
**either** 30:9 121:1
  124:3 129:3
**electronically** 32:8
**elevator** 24:12,19
  24:20
**emergency** 128:8
**Emphysema** 21:21
**employed** 12:9
  104:7
**employee** 141:18,19
**employer** 124:9
**employment** 29:9
  39:21,22
**empty** 35:9,11,15
  36:1,9,16,21
**encased** 116:14
**enclosed** 116:14,24
**encounter** 82:16
**encountered** 92:3
**ended** 14:22 117:10
**endorsed** 10:10
**endorsement** 10:12
  10:13
**engaged** 60:9
**engine** 8:21
**engineering** 8:9
**engines** 8:24 9:1
**English** 120:20
**enjoy** 91:9 94:12
**enjoyable** 97:7
**enroute** 55:8
**enter** 126:16
**entered** 126:18
**entertainment**
  91:10
**entire** 102:7 112:12
**entitled** 132:12
**entrance** 56:1,2,4
  59:18 79:18,23
**entrance/exit** 130:4
**estimate** 37:21 44:7
  73:4,4 78:17 80:8
  122:8,14,14 134:5
  138:20
**estimates** 44:6
  78:16
**et** 140:9
**evaluated** 49:2
  125:15
**evaluation** 28:13

47:14
**evening** 118:18
**event** 109:6 110:10
**eventually** 75:2
  79:23 135:16
**everybody** 126:1
**everyday** 31:18,19
  32:10
**exact** 129:24
**exactly** 76:6
**exam** 124:21 125:1
  125:3
**examination** 1:22
  4:6 105:5 124:21
  125:22 134:10
  138:7,16 141:8
  143:2
**examine** 63:16
  77:12
**examined** 4:5
**example** 71:7 78:24
**examples** 10:23
**excluding** 36:9 37:3
  37:5
**exercise** 32:19
**exhibit** 6:2,4,9
  50:13 51:17,21
  54:8 55:18,22
  56:8 67:6,9,12,20
  75:16,23 76:11,13
  76:17,23 77:23
  79:7,11,13,24
  80:1 91:3 98:14
  99:20,22 100:6,19
  102:11 103:14
  129:20,20 134:5
  143:10
**Exhibits** 75:18 78:5
**expert** 125:8
**extreme** 45:7
**extremities** 27:10
**eye** 47:2,11,12,15
  47:16 58:20 62:9
**eyes** 47:5,7
**eyesight** 46:18
**E1** 9:14

_____
### F

**F** 75:18 78:5,7
**face** 74:10
**facilities** 15:6
**facility** 16:19 34:6
  79:18 80:2 108:1
**facing** 57:23 68:17
  68:18,20,21

**fact** 62:2 63:7
**fair** 77:6 80:15
  131:21
**fall** 35:24 55:14
  63:18 64:4 98:23
  111:15 136:24
  137:2,3,6,13
**fallen** 71:20
**falling** 62:1
**falls** 28:2
**familiar** 51:23
**familiarize** 58:3
**far** 11:12,13 21:18
  25:1 41:12 47:12
  49:12 63:1,21,23
  72:6,15 75:8 90:8
  90:9 95:8 96:24
  100:23 103:10,10
  104:17 105:22,23
  108:9,16,21
  109:16 111:23
  114:18 115:8
  123:3 125:15,16
  129:15 133:6,12
  133:22
**farm** 87:14,15,21
  88:6
**farther** 88:4
**fast** 68:6
**fatigued** 112:18
**fee** 123:10,12
**feed** 86:21
**feel** 24:17 28:11
  41:4 45:1
**feet** 25:1 27:12
  33:21,22,22,23,24
  38:2,4 44:24 64:1
  64:9,10,11,12,17
  64:18,19,20 80:9
  90:10 111:9,11
  112:10 113:24
  133:15,16,16,23
  138:1,2
**fell** 62:6 64:22 65:1
  68:5,5 69:1 71:15
  71:17 77:3,11,15
  78:9 107:7,24
  108:2,3 135:16,20
  135:23 136:1,2,8
**felony** 126:2
**felt** 95:12
**fifth** 35:18
**figure** 19:5,6,8 53:5
**figured** 20:15
**file** 12:1 14:18

105:13
**filed** 11:10 121:23
**finally** 45:1
**find** 1:2,12 39:21
  59:11 107:18
**first** 2:11 4:4 52:9
  53:8 55:12 63:24
  64:5 75:16 90:14
  98:18 112:22
  113:1,16 130:4,15
  135:3
**fits** 83:22
**five** 7:20 17:13,14
  30:6 43:20 45:19
  65:21 88:23 89:9
  92:15 119:18,19
**flashers** 53:14
**flat** 50:3 131:18
**flatbed** 33:16
**flatbeds** 33:15
**flew** 22:19 46:12
  81:9,15
**flight** 46:10
**flow** 65:7
**flowing** 129:1,12
**flu** 128:12
**focus** 46:17 58:21
  135:5
**following** 133:17
**follows** 4:5
**foot** 64:8 68:1,3,8
  68:11,18 69:10
  72:11 73:6,7
  88:14,15,16
  102:20 103:6,10
  103:15 137:8
**footage** 97:10
**footwear** 115:8,17
**foot-wide** 85:17
**Force** 8:19,20
  119:13
**Ford** 87:12
**foregoing** 140:13
  141:11
**foreground** 67:13
**forklift** 107:17
**forth** 71:7
**forward** 33:9 35:21
  53:14 68:12
**found** 71:3 100:22
  101:17,24 102:1,4
  102:8,17 126:19
**four** 9:10 45:15
  88:23 89:9 92:15
**fracture** 26:18

BRUCE ROGERS,  NOVEMBER 13, 2007

fractured 22:15
 26:14,15 74:4
fractures 27:9
frame 43:1
friends 81:16
front 58:7 63:20
fueling 34:18
full 14:12 50:24
 124:6,12
functional 124:21
FUND 1:13
further 38:12
 125:22 138:7,16
 139:7

___ G ___

gain 31:3,8 42:5
gainful 39:21,22
garbage 74:17
gas 13:14 16:16
gasoline 8:23
gate 87:8 89:4,4
gear 35:17 44:19
 92:5
GED 8:3
general 33:2 72:11
 100:23 110:15
generally 34:21
 35:4 41:14 77:14
 77:16,18 101:13
 118:5 122:19
generate 94:11
Geneva 2:20
gentleman 100:20
 101:17 102:16
gentleman's 75:3
getting 18:6,6 48:13
 48:15 72:13 73:18
 83:13 87:19,21
 88:5,9 91:24 92:2
 104:12,13 135:2
girlfriend 65:22
 81:24 84:17,19
 86:2 96:15 118:19
give 5:1 10:22
 13:17 17:4 29:21
 31:14,16 36:20
 39:16 42:9 44:5
 45:6 48:8 73:3,4
 73:11 78:15 82:14
 84:6 87:6 105:10
 107:13 124:14
 133:12
given 4:16 11:24
 94:6 97:5 140:13

140:17 141:14
giving 32:4 129:23
glare 74:9
glaring 74:10
glasses 46:19,21
 47:8,10
glassy 74:11
go 4:24 6:12 8:4,15
 11:13,18 14:16
 19:9 24:12,19,20
 27:22 32:20 34:22
 35:6,7,16 37:11
 37:14 41:6 42:14
 42:17,17,19 43:20
 44:9,10,10 45:13
 53:6,17 54:16,20
 57:13 60:23 61:21
 65:21,23 68:11
 82:4,4 85:5 87:3,5
 87:7,8 88:24 90:7
 90:11,13,22 92:11
 92:16,23,23 93:1
 93:6,10 95:3 96:1
 96:2,3,12,14
 97:14 103:1,6
 108:18 109:6,22
 109:24 110:21
 112:24 113:16
 117:18 118:19
 119:22,24 124:6,6
 125:4 127:1 135:4
 137:22
goes 32:10 37:10
 59:15 61:22
going 24:23 40:5
 52:2 56:3 57:13
 58:10,21 64:15
 67:19 78:10 81:1
 99:9 114:1 124:11
 124:15,18 125:8
 135:3,6,14,17
 137:21 138:20
golf 110:9
Gonnella 4:20
good 45:3 90:16
 93:21 132:18
gotta 60:23
grade 120:15 121:8
grades 120:11
 121:11
graduated 120:21
great 90:14
green 54:9 130:20
 131:5,7,9
greenish 72:8,19

131:4,7,8 136:4
grew 9:17 72:16
grocery 42:14
gross 12:24 123:7
ground 4:24 37:18
 37:23 58:7,9,14
 59:15 61:22 68:5
 69:12,13,14,15,19
 69:24 70:6,18
 72:7 135:24
Group 55:18 75:16
 78:5,8
grown 94:12
guess 31:5 32:7
 37:20 44:5 53:23
 53:24 73:1,2
 78:11,12,13 81:7
 84:24 106:9
 122:14 134:2,4
guesses 78:15
guessing 37:19 44:4
 122:5,10
guidelines 115:7
guilty 126:17,17,18
 126:19
guy 101:23 102:1,4
 102:8
guys 75:13

___ H ___

H 143:8
half 21:3,14 66:2
 87:23 95:9
hand 15:3,14 56:18
 56:23 57:4 141:24
handed 57:1,2
handicap 96:18
handicapped 96:17
handing 14:22
 15:11 18:8
handrail 61:23 83:3
 83:4,12
hands 56:15
hangs 37:10
happen 62:8
happened 57:9 68:3
 69:10 70:22 75:8
 90:13 106:7,11,13
 106:14,17,20
 108:7 117:21
happens 112:17
happy 5:20
hard 26:2 29:17
HASZTO 3:3
haul 10:20

hauling 51:4 52:17
 91:19
hay 86:21,24 87:5
hazardous 10:20,24
 51:8
hazards 114:18
 115:5
Hazmat 10:1,9
head 5:3,6 13:4
 37:22 52:3
headed 50:11,17,22
 54:11 55:1 56:12
 58:17 79:23 97:2
 100:7
headquarters 15:1
 30:12
Health 31:11
hear 7:16 62:12
 70:7,9,19 84:3
 106:5
heard 70:18,21
 130:14
hearing 106:1,2
heartbeat 31:15
heavy 90:5 102:12
heel 50:1
height 130:2
hell 117:13
help 46:3,15 81:22
 82:8 83:23 84:20
 85:6 89:12
helped 89:15
hereto 141:21
hereunto 141:23
high 8:2 11:1 37:17
 37:23 87:15,17,17
 119:24 120:5,12
higher 90:23
highest 7:23
highway 117:4
hike 96:24
hiking 96:3,10 97:6
hip 17:9,23 18:2
 22:15 26:5,15,22
 27:2,5,17 35:24
 36:16,21 37:4,5
 38:6,10,14,17
 69:14,19 70:7
 74:4 75:12 111:12
 119:8 127:18
 137:17
hire 90:4
hired 60:14 115:22
hit 68:5,6 69:12,13
 69:14,15,19 70:6

111:11
hitting 70:18
hobbies 32:23,24
 33:2,4
hole 62:1
home 11:19 34:10
 34:11 37:8 81:19
 82:4,5,7,14,17
 83:4,1[2] 15 85:5
 87:7
honorably 9:11
hook 37:13
hooked 37:11
Horowitz 25:14,17
 110:14
hoses 37:8,8
hospital 25:4,5,10
 26:4,8 27:23
 43:15,16 46:5
 80:11,13,14,18
 81:6,11,15 82:4
 82:12,15,21 89:14
 104:9 110:22
 128:2,10,14
hour 17:3 121:18
 123:15,18,22
 136:19
hourly 17:2
hours 17:4,10,15,17
 23:15 39:11 42:17
 45:24 65:18 93:22
 121:17
house 11:13 84:12
 85:2 89:3
housework 112:4
Hull 2:10,15 12:3
 12:18 13:22 52:5
 52:9 54:21 98:17
 100:24 101:5,23
 102:24 103:22
 113:5 131:15
 134:9,11 138:6
 139:4 143:6
hurrying 135:7
hurt 18:11 41:24
 45:4 111:15
hurting 17:9
hurts 41:15
hypothetical 36:20
H-O-R-I-W-O-R-...
 25:16

___ I ___

ice 42:18,19 136:17
idea 5:11 21:5

BRUCE ROGERS,  NOVEMBER 13, 2007

30:14,19 39:7
84:6 90:17
**identification** 6:5
50:14 51:18 52:13
55:19 67:10 79:8
91:4
**identify** 52:15
**iffy** 32:13 110:7
**ignoring** 107:17
**III** 2:15
**Illinois** 1:1,4,24 2:5
2:13,20 3:5 4:14
140:1,4 141:1
142:1
**imagine** 45:8 46:14
104:10 114:23
**impact** 70:21
**implement** 32:6
**important** 98:12
**impression** 66:15
133:10,11
**incapacitated** 107:8
**inch** 138:21
**inches** 133:24
**incident** 90:20
**include** 36:14
**includes** 140:18
**including** 130:1
**inclusive** 14:7
140:15
**income** 11:10,17
18:22 47:21 123:3
123:8
**increased** 18:5
21:17
**indefinitely** 124:7
**indicate** 59:8
**indicated** 53:10
**indicating** 15:13
23:1 29:6 44:12
50:19 54:7 56:23
61:14 69:2 70:10
73:21 79:20 86:15
87:18 100:22
101:2,4,10 103:13
103:17 113:22
114:2 133:20
**indication** 124:14
**indicative** 76:9
**indirectly** 141:21
**influence** 81:8
**influx** 17:7
**information** 5:24
6:23 32:8
**initial** 69:20

**initially** 81:19 89:2
117:9
**initials** 56:4,8
100:21 102:5,8,12
103:22
**injure** 70:2
**injured** 4:22
**injuries** 14:2 22:15
26:21 28:2,3
**injury** 18:23 26:5
26:22 37:4,5
38:12 128:5
137:18
**inner** 72:21,24
**inpatient** 80:17
**inside** 73:9,10,11
103:16,18 130:21
**insurance** 104:4,7
**intent** 20:10
**intentionally** 71:14
**interested** 141:21
**interrogatories**
6:10 129:19
132:12
**interrogatory** 6:21
13:21 14:1
**involved** 127:14
**involving** 126:5,7
127:14
**issue** 24:4 35:23
36:10,14,17,23
37:2 39:9 98:16
**issued** 12:5
**issues** 38:5 86:5

**J**

**J** 2:15
**jack** 59:22 86:19
**jacket** 71:22
**jail** 127:2,3
**jeans** 71:24
**jet** 9:4
**Jimmy** 86:19
**job** 14:10 16:3,4,9
16:21 17:2 18:14
28:6,13,24 29:7
30:2 39:6,24
48:18 49:3 124:7
124:13 125:8
**jobs** 30:6 39:1,2
125:16
**JOHN** 3:7
**June** 12:18,18
118:2

**K**

**K** 1:3 140:3
**keep** 11:14 40:18
50:10 124:7,17
**kept** 71:9
**Keys** 107:12
**kids** 43:2
**kind** 44:21 49:17
51:10 72:8,14
87:11 91:23 93:23
107:17 110:7
120:11 125:11
128:12 133:16
137:11
**kinds** 49:7
**King** 48:4
**kitchen** 37:12
**knees** 27:12
**knew** 69:16 74:12
74:14,22 108:9,10
**knock** 61:1
**know** 11:23 12:2,17
13:1,22 16:5,10
18:24 21:17,19,20
21:24 24:8 25:15
25:17 26:3,4,19
26:20,21 27:20
28:22,23 29:10,11
29:22,24 30:6
37:19 39:5,14
40:6,21 41:3
42:16 46:24 47:19
48:12 49:4,5,13
50:20,24 51:4
52:2,4,9 54:1,2,6
64:8,16 65:8,9
66:7,12 67:15,18
70:19,21 72:16,17
73:3,3,16 75:2,3
75:14,20 76:6
77:5,20,21 78:4
80:14,16,23 81:4
84:2 90:8 92:7,20
93:14 97:16,20
99:11 103:12,12
104:2,3,14,17,19
105:15,22,23
108:4,4,16,21
109:3,16 110:6,8
110:20 111:21,24
112:2,10 114:7,8
114:13 115:12
117:8,16 119:18
120:22 124:5,20
126:11,20,23

127:19 128:23,24
129:3 130:5,6,15
130:17 131:23
132:14 133:5,8
136:5
**knowledge** 49:14
99:6 104:16
110:23 115:9
126:3 129:13

**L**

**L** 140:8
**Laboratories** 1:10
51:2
**lack** 29:7
**ladder** 90:2,11,18
91:1 94:19
**lading** 53:15 56:17
107:12 109:6,8
**lady** 5:2 49:5 83:12
**lady's** 75:5
**laid** 70:24 73:13
**landing** 35:17 73:7
**large** 87:5
**Larger** 88:1
**Las** 118:8
**lasso** 87:8
**laundry** 85:11,21
**law** 1:5 2:18 3:3
65:19 140:5
**lawnmowing** 86:11
**laws** 4:13
**lay** 70:23 71:2
107:18
**laying** 71:11,12
72:7 106:15
130:22 131:13
135:23 136:3
**lazy** 59:5,6,9 86:7
**lead** 37:11 88:15
**leader** 30:5
**leading** 79:1
**lean** 41:15,21 42:6
**leaned** 42:24
**leaning** 41:16,20
**learn** 107:23
**learned** 74:3
**leave** 82:13,15
**leaving** 135:5
**left** 27:14,15 45:23
47:10,12,15 56:23
57:1,24 67:24
68:15,16,19 69:8
79:2,4,13,14,16
79:17,20,24 88:13

88:15,16 101:21
113:12 114:1
118:16
**leg** 27:13,14,14,15
36:6 137:12,17
**legs** 27:12 41:6
**length** 39:13 40:16
41:24 130:1
**letter** 75:17
**letting** 119:1
**let's** 10:6 14:1
32:16 35:22 36:14
36:19 37:11 38:16
39:9 67:23 75:15
79:5 92:8
**level** 7:23 37:22
59:18
**license** 9:23 10:3,4
10:6 11:5
**life** 27:6 92:9 97:19
97:22
**lift** 92:4
**lifts** 71:7
**light** 14:9,16 16:9
16:21 17:1 18:14
22:10 28:16 29:8
29:16 31:13 76:12
124:4
**lighter** 76:12,13
**lighting** 76:3,4,16
**limited** 92:10
**limits** 91:14
**limousine** 81:14
**line** 32:11
**lines** 35:16
**list** 132:11,16 133:4
**little** 19:7 43:1
63:16 85:15 86:14
89:17 113:5
117:14 121:15
122:23 128:21
**live** 7:8 37:9 82:1
83:24 86:10
**lived** 7:3 16:14
**lively** 91:9
**living** 7:13 37:12
81:18,24
**LLC** 1:12,14 2:18
**load** 34:21,23 35:3
35:6,10 36:19
50:7 60:11 65:20
**loaded** 35:5 92:4
**loading** 53:21 59:4
59:13,18 60:3
61:19,21,22 62:3

BRUCE ROGERS,   NOVEMBER 13, 2007

62:18 69:3 76:1
77:7 99:4
loads 11:2
local 14:19
location 52:19 66:8
72:10 100:23
101:16 102:16
103:5 117:20
long 5:19 7:3 9:9
11:3 16:8 33:22
38:21 40:24 45:13
46:10 65:14 71:2
88:13,22 115:20
118:6,8 119:5,17
134:19
longer 43:17
look 14:1 19:9,24
50:17 51:23 64:22
72:10,19 74:11,11
75:15,23 77:22
99:19,22 100:8,22
102:24 124:17
128:6 129:18,20
130:11,12 131:18
132:11,14 133:3
133:18 136:4
looked 19:15 24:4
28:5 53:9 63:15
69:7 72:12,21
76:17 77:12,15,17
98:22 99:17 132:4
132:5 137:4
looking 12:5,11,20
12:23 18:21 47:24
52:1,12 54:4,8
55:22 57:7,17
58:5 63:19 67:12
72:8 76:8,23 78:7
78:17 79:17 85:10
94:21 97:20 98:21
99:22 101:15
102:19 103:14
135:16
looks 12:23 47:20
54:9 82:6 98:15
98:17 99:16 100:9
101:13,13
lose 31:6
loss 18:22
lost 13:23 95:13,13
lot 40:6 53:4 61:4,8
61:11 91:9
loud 62:12
lower 27:10,11
41:15,24 42:6,10

45:4 92:4 111:13
111:14,15 128:4
Ludlow 50:10
lumper 60:7,8,9
lunchmeat 42:19,20
lung 110:17 111:2,6
lungs 20:22
lying 138:10

_____ M _____

M 2:22
machinery 32:2,4
madhouse 117:17
Madison 2:4,12
maid 124:10
mail 95:18 104:12
104:13
mailbox 95:7,8
mailed 29:14
maintain 86:8
maintenance 13:15
making 13:2 17:21
107:6
man 42:16
manager 29:23
30:3 106:13,23
107:1
manhole 67:17,20
mark 6:1 67:6 79:5
marked 6:4,8 50:13
51:17,21 55:18,22
67:9,12 75:16
79:7,11 91:3
98:13,14 129:19
marker 102:13
markers 53:9
married 7:10
Maryland 34:24
Massa 120:5
matched 109:7
material 51:8,12
137:1
materials 11:1
math 39:14
matter 40:15 41:14
75:11
matters 141:10
mayor 110:8
meals 85:23
mean 23:11 34:4
41:1 47:18 76:12
77:13 91:9 124:20
means 34:5 78:13
meant 5:11
mechanic 8:21,23

119:12
mechanical 8:8
Medicaid 103:24
medical 26:10
104:3,4,6,15
105:2,8 127:18
132:13 133:4
137:15
Medicare 103:24
medication 81:8
meet 45:20
meeting 91:21
mentioned 94:20,21
110:14 130:19
met 91:23
metal 61:23
Mexico 7:4 25:6,9
26:8 27:22 34:10
34:22 40:14 43:23
44:23 65:21 66:5
81:10,23 82:3
88:21 110:4
126:21
middle 5:19 59:13
76:24
Mike 107:2,5
mile 13:10,11,18
95:9 123:13,24
124:3
mileage 123:10,12
miles 13:8 16:14
43:20 45:19
136:18,19
military 8:17 9:9
116:7
mind 17:20 24:22
68:6 70:11,16
mine 106:9
miniature 86:16
miniatures 86:15
minute 132:17
minutes 41:18 44:7
44:8 45:15 71:4
117:24
misdemeanor 126:5
126:7 127:13
Mm-hmm 42:2
mm-hmms 5:10
moccasins 49:21
money 26:12 66:3
87:6
month 47:4,20
48:21 91:16,17
93:5 127:20
months 9:10 16:10

16:11 88:23,23
89:10
Moriarty 7:4
morning 31:12,13
31:20 118:17
123:19
moss 114:3
mossy 72:8,19
motel 65:23
mountain 96:13
97:2
mountains 96:2,3
96:10
move 73:17
moved 84:19
movement 92:7
Moving 90:5
muscle 115:11,12

_____ N _____

N 143:1
name 4:8,9 6:21
14:3 21:21 25:12
30:1 49:20 50:24
75:3,5 84:2 107:1
107:2
names 29:21 86:18
narrowness 53:12
National 2:11
nature 23:13
129:22
navigate 83:7
Navy 8:18
near 99:11 104:19
nearer 73:5
nearsighted 47:13
necessities 118:11
need 5:1,17,18
20:21 43:17 47:8
47:10 83:18 86:8
89:6 90:7,24
132:22
needed 43:18 46:15
46:16 53:6 83:1
135:10
never 14:11 39:6,6
39:12 40:2 105:24
106:23
new 7:4 25:6,9 26:8
27:22 34:10,22
40:4,14 43:23
44:23 81:10,23
82:3 88:21 110:4
126:21
Nex 65:21

nice 5:2 118:2
night 80:24 92:24
93:6,11 96:21
118:16
nightclubs 109:24
nine 118:9
nobody's 106:8
nod 5:2
nods 5:5
noises 62:12
Nonperform 28:24
normal 42:21
normally 90:4 98:6
NORTHPOINT
1:11,13
Nos 55:18
Notary 140:24
note 55:6 108:18
nothingness 139:2
notice 4:13 65:1
114:3 135:24
noticed 62:16 64:24
113:23
noticing 136:7
November 2:5 7:5,6
40:11 45:7 56:8
57:17 67:7 115:1
143:9
nurse 32:11 125:7

_____ O _____

O 1:3,3 140:3,3
oath 140:16
oats 86:22
object 129:22
objects 90:5
obligation 60:1,6
observed 57:15
obstructive 22:1
obviously 13:17
38:10
occur 55:3
occurred 52:24
55:9 66:5,8
134:17
occurrence 129:23
office 3:3 24:11
37:12 48:19
141:24
Oh 27:13 74:13
105:1 109:23
oil 72:5 138:9
Okay 18:21 60:19
103:2

ESQUIRE DEPOSITION SERVICES - CHICAGO
312.782.8087    800.708.8087    FAX 312.704.4950

BRUCE ROGERS,  NOVEMBER 13, 2007

old 7:17 20:2,7,11
  96:16 116:6
older 121:15,16
Oldest 7:18
once 27:13 43:16
  45:10,16 60:2
  84:18 95:12 113:3
ones 49:18
one-to-ten 45:6
open 71:6 89:4
operating 107:16
opinion 39:20 70:12
opposed 28:19 59:3
order 20:16 91:23
orientation 114:20
  114:22
outcome 141:22
outerwear 115:17
outfit 87:5
outside 26:7 43:24
  73:7 107:24 108:2
  131:19
outstanding 104:14
overall 120:14
overnight 80:20
  118:14
owns 87:4
oxygen 20:18,20,21
  20:23 22:3,9,17
  22:21 23:4,7 24:7
  24:13,17 35:23
  36:10,14,17,23
  37:2,7 38:5 43:1
  93:16 94:1 97:16
  109:22
oxygenator 44:14
O'Hare 45:16 46:7
O-T-I-Z 25:16

**P**

pack 21:14
packs 21:2
page 6:12 12:23
  47:24 75:16
Pages 140:14
PAGE/LINE 143:9
paid 13:7,10 104:1
  104:2,3,9,18
  105:21 123:15,17
  123:24
pain 18:9,10,14
  42:6 45:7,10,13
  73:13 128:4
pallet 59:22 77:23
pallets 34:1 77:22

77:24
pants 72:2
paper 56:21,22
  57:12,16,19 61:1
  74:17 80:7
papers 29:6
paperwork 35:9
parallel 61:17,24
  68:18
park 53:5
parked 54:18,24
  55:3,12 56:12
  59:2 61:10,11
  78:9,18,22 79:2
  79:12,19
parking 40:5 53:4
  61:4,8,11 79:1
part 44:8 69:18
  71:19 98:12 124:2
particular 50:7
particularity
  129:21
parties 141:20
Pasco 8:11 120:2,4
pavement 65:4
pay 12:24 13:14
  16:14,16,20,22
  17:2 18:17 19:4
  19:11,12 104:8
paycheck 13:4
paying 58:6
Payton 8:11
Pennsylvania 65:21
people 23:19 29:18
  33:15 49:2 82:6
  82:11 107:16,17
people's 60:5
perceive 136:12
perform 17:8 28:24
  29:3,7 39:2 48:18
  82:15 112:8
performance 28:13
performing 109:15
period 19:5 21:4
  40:24 43:13
periodically 85:6
periods 38:22
permanent 124:13
person 48:5
personal 14:2 23:3
  141:13
personnel 30:16
pertaining 1:24
  115:17
Phoenix 30:12

phone 18:8 32:10
  73:20 106:16
  107:5
phones 14:23 15:22
  16:1
photo 55:1,23 58:19
  69:7 76:24 78:21
  79:3,17 99:14,24
  100:4 101:1 102:4
  102:19,22 103:7
photograph 54:10
  54:17 59:14 67:13
  75:23 78:8 79:3
  98:21
photographs 78:5
  78:17,21
photos 54:14,24
  55:11 75:20 103:4
  133:18
physical 39:10
  48:16 88:20 89:10
  94:18 97:24
  109:11,15,21
  129:24 137:12,16
physically 35:14
  112:2,3
physical-type 32:24
pick 5:2 34:21,21
  34:22 35:6 65:19
  81:12,16
pickup 87:3,7 118:4
picture 113:13
pictures 130:10
piece 56:21,22
  57:12,15,19 80:7
pilot 32:5
pin 35:18
pipe 77:7 103:1,9
  103:11 130:3
  133:6,13,20,20,22
  134:3,6
place 52:24 59:11
  65:15 82:8 87:3
  117:11 140:14
  141:17
Plaintiff 1:7 2:16
  140:7
plan 20:10 124:5,6
  124:8,18
plane 22:22 44:1
  45:17,21
planes 9:5
Plaza 2:11
plea 126:16,18
plead 126:16

please 4:8,11 5:15
  56:6
plenty 117:8 135:9
plug 23:14,15
plus 18:24 121:12
POC 23:3
point 9:15 34:17
  38:11 62:5 63:7
  81:9 83:17 93:17
  98:7 120:15
pointing 23:2 99:4
  99:13 100:3
  108:14
portion 55:23 73:10
position 28:17 39:3
  106:24 130:10
  132:2
possible 97:9
possibly 51:24
  93:20
Potter 3:7 4:7,11,15
  6:7 12:5,7,20,22
  13:24 50:16 51:20
  52:4,8,16 54:22
  55:21 56:6,10
  67:2,6,9,11 79:10
  91:5 98:20 100:18
  101:3,7,11 102:1
  102:2,10,14 103:2
  103:3,23 116:20
  120:7 122:8,10,13
  125:21,23 131:20
  132:22 133:2
  134:8 138:8,15
  143:4
pounds 31:3 44:19
practitioner 32:12
Precision 1:9 50:22
  51:2 52:6 60:5
  100:20 108:1,12
  108:15,17,23
  109:1,7
Precision's 108:8
predominantly
  123:23
pregnant 96:20
prerogative 65:18
present 14:11,13,14
  75:18
presented 124:19
pressure 31:15
pretty 31:23 40:12
  41:7 81:7 87:5
  97:16 121:13
  123:2,5 130:13

prevent 36:9 38:10
  93:16
prevents 40:23
  61:23
previous 14:9 141:7
previously 16:23
primarily 85:23
primary 25:4,20
print 31:12
prior 19:6 27:1,4,8
  46:4,11 60:20
  96:9 103:19
  137:12,17
private 23:3
probably 8:1 11:19
  11:21 19:21 20:15
  21:13 22:7 24:21
  30:9 31:1,4 32:2
  39:12,21 44:19
  58:24 63:20 64:9
  64:10,17 68:21
  70:1 71:4,17 72:2
  72:4 92:15 94:5
  97:8 110:23
  115:13 120:16
  128:7 133:14
  136:5
problem 36:17,21
  38:6,10 87:2 88:8
  92:1
problems 15:10
  27:5,9,17 35:23
  38:15,21 44:3
  73:18 87:1 88:5
  88:11 111:6,12,12
  111:17,20 119:7
  121:4 137:17
Procedure 1:23
proceedings 141:15
produce 20:22
produced 130:10
program 31:11
  32:6
progressively
  122:19
propelled 8:24
propeller 9:4,6
PROPERTIES 1:9
  1:14 140:9
property 51:23
provide 6:21 104:6
provided 104:5
provider 89:8
  132:13
providers 133:4

BRUCE ROGERS,  NOVEMBER 13, 2007

**provisions** 1:22
**psychology** 8:8
**Public** 140:24
**puddle** 129:6,8,11
  129:14,15 130:21
  131:1,22 138:23
**pull** 34:1 35:18,21
  36:12 53:4,11,12
  55:10 59:10,10
  87:7
**pulled** 46:7 53:13
  54:23 73:20
**pulling** 38:1 59:3
**pulmonary** 22:2
  110:18 111:3
**puppies** 86:20
**purpose** 2:1 78:14
**purse** 93:23
**pursuant** 1:22 4:13
  4:13
**push** 42:23
**put** 13:22 14:4
  31:10 33:9 36:5
  39:9 43:1,2 53:14
  93:22 94:2 102:4
  109:2,3 127:3
**puts** 87:6
**PVC** 58:17 64:23
  77:6 103:11 133:6
**p.m** 53:2

_____

**Q**

**qualifications** 91:21
**qualify** 47:15 91:23
**quantify** 88:2
**quarter** 138:20
  139:1
**quarters** 87:23
**question** 5:14,20
  13:1 26:13 32:11
  67:18 122:7
  132:18
**questioning** 135:2
**questions** 6:16
  31:14 49:7 126:1
  133:3 134:9
**quick** 69:17
**quickly** 137:9
**quit** 110:13 134:19
**quite** 84:22 93:3
**quitting** 28:20

_____

**R**

**RACHEL** 2:2 3:12
  141:5

**rail** 83:22
**rain** 66:16,19 67:3
  136:16
**rained** 66:7
**ranch** 9:18 72:17
**rank** 9:13 20:14
**rate** 16:14,20,22
**ravine** 97:1
**read** 5:10 6:16
  21:22 46:23 60:22
  66:22,24 113:16
  140:12
**reading** 47:9
**ready** 83:11
**realized** 60:22
**really** 11:23 17:24
  37:6 106:8 110:7
**REALTY** 1:11,18
**rear** 51:22 53:20
  59:17
**reason** 18:13,16
  32:3 59:2,12 63:1
  73:15 98:14
  137:20,22
**reasons** 18:15,19
**recall** 27:10 115:5
  116:9 127:16
  128:1
**received** 48:16
  89:14
**receiving** 125:11
**Reciprocating** 8:21
**recognize** 54:3,5
**recollection** 99:8
  136:23
**record** 4:11 54:20
  55:16 56:6 66:24
  100:17,19 102:10
  141:14
**records** 25:7 48:15
  48:17 81:17
**reduced** 141:13
**reduction** 92:6
**reference** 14:18
  103:8
**referred** 116:9
**reflect** 4:11 56:6
  98:22
**refrain** 5:5
**regarding** 23:23
  40:20 115:2
**register** 39:1,17,23
**regular** 32:19
**regulations** 115:8
**rehab** 125:7

**rehabilitation** 49:2
**related** 35:24 97:21
**relationship** 111:22
**relative** 141:18,19
**release** 25:8 126:23
**released** 127:6
**relief** 42:5,10
**remember** 19:15
  49:14 61:13 65:14
  66:6 67:19 68:2
  70:5 77:24 78:2,3
  88:22 106:2,19
  110:19,22 111:1
  111:19 114:16
  117:6 120:15
  122:2 125:9,12,13
  127:5,8,10 128:3
  128:9,14 129:17
  130:24
**remotely** 59:3
**rent** 23:1
**repairs** 90:3
**report** 21:22 49:12
**reported** 3:12
  141:12
**reporter** 2:3 4:9
  67:1 141:6
**represents** 12:24
**requirements** 91:22
**reserve** 139:4
**reset** 65:24 66:2
**responses** 5:1
**rest** 25:2 41:6 44:10
  44:10 65:16
**resting** 112:13
**restrictions** 23:19
  23:23
**restroom** 5:19
  37:12 54:20 84:9
  132:21
**restrooms** 84:11
**result** 14:2 26:22
  70:3 92:9,22 98:9
  105:14
**retirement** 18:24
  48:13
**return** 14:9,9,12
  119:3
**returned** 81:19,23
  82:16
**returns** 11:10,13,17
  11:20 12:2,4 19:9
  19:12 121:23
**ribs** 26:18
**ride** 94:23 95:1,10

  95:16
**riding** 95:3
**right** 5:3,7,8,12,22
  6:20 7:3,16 8:4
  9:4 10:6 11:3,7,20
  11:24 14:5 15:3
  15:10,13,14 16:8
  16:12,18 18:3
  19:7 20:2,18
  21:12 22:9 23:5
  26:13 27:2,5,14
  27:16 28:16 29:8
  29:15 30:20 31:23
  32:3 33:5 34:13
  34:16 36:6,12,17
  37:4 39:14,19
  40:8,13 41:19
  43:3,8 44:13,21
  46:17 47:16,22
  49:10,16 54:8,9
  56:3,12 57:1,2,18
  58:2,16,22 60:23
  61:19,20 62:2
  63:21 64:14 65:10
  65:12 66:4,18,21
  67:24 68:15,22
  69:14,19 70:1,2,2
  70:6,14,22 71:9
  71:21 75:15 76:20
  77:19 78:4,7,20
  79:3,5,22,24 80:3
  80:4,11 81:9,20
  81:21,22 82:1
  83:1 84:19 85:1,5
  85:15 89:9,15,17
  90:6,15,18 95:14
  97:11 98:4,7,13
  98:16 99:8,14,14
  99:15 100:3,11,12
  100:14 101:21,22
  102:1 103:16,18
  103:20,21 105:4
  105:18,21 106:4
  106:19 107:11,24
  108:8 109:4,20
  110:4 111:1,5,14
  111:20,21 112:1
  112:11,14,20
  113:10,11,19,20
  113:23 114:9,17
  115:4,7,10,20,23
  116:8,19,22 117:3
  117:5,12,19 119:7
  119:24 120:11,19
  121:2,19 122:16

  122:21 123:12
  124:4 125:19
  127:13,17,18
  129:6,18 130:14
  130:19,20,23
  131:8,24 132:9
  133:8 134:19
  136:10 137:12,17
  137:17 138:15,22
  139:3
**righthand** 55:23
**risk** 38:12
**road** 7:4 91:19
  138:3
**roads** 136:18
**Roger** 6:4 50:13
  51:17
**Rogers** 1:6,21 4:3
  4:10,12 55:18
  79:7 91:3 140:6
  140:20 143:3,10
**Roger's** 132:13
**roll** 71:14
**rolled** 70:24 71:13
  71:16,18
**roof** 66:16 90:22
**roofs** 90:23
**room** 37:12 85:18
  112:12 128:8
**roomy** 85:19
**rope** 87:9
**Rothbart** 1:9,14,16
  1:17 2:23 3:8
  111:23 140:9
**ROTHERBART**
  1:10
**Roughly** 64:8
  129:10
**rounding** 69:3
**route** 137:23
**routine** 32:19
**rubber** 49:23
**rules** 1:23 4:24
**run** 133:13
**running** 71:7
**runoff** 66:16
**runs** 133:8
**Ryan** 29:23 30:9
**R-O-G-E-R-S** 4:10

_____

**S**

**S** 143:8
**saddle** 124:12
**safety** 114:21 115:2
  115:16,17,18

BRUCE ROGERS,  NOVEMBER 13, 2007

SAITH 139:7
salt 51:15
Sandia 96:13
Sandra 48:4
sat 15:12 40:6
  120:24
saw 14:18 61:11
  63:15,24 81:17
  111:3 112:23
  129:4,16 130:21
  131:6 138:10
saying 14:10 48:20
  54:1 59:6 67:3
  71:5 76:8,14,18
  78:2 79:12 80:7
  85:9 94:15 105:12
  114:23
says 14:2,8 18:22
  18:23 32:12 89:6
  89:7 129:21 130:3
scale 31:16 45:6
  87:5
scans 110:20
scene 75:8
schedule 135:12
school 8:2 120:1,5
  120:12
scraped 70:4
screening 49:15
screw 35:17
seal 141:24
seat 37:16,17,24
  38:5
seated 39:3
second 69:23 90:16
  130:7
security 6:22 47:21
  47:21 48:1,6,11
  48:18,22 49:1
see 6:10 25:9,21
  47:18 48:22 49:1
  53:15 55:1,24
  57:13 58:13,17
  61:4 62:14,19
  65:3,6 67:13,17
  72:8 76:23 77:6
  77:23 78:10 98:15
  102:19 103:5,14
  107:21 114:14
  117:4 124:22
  130:10 131:3
  132:7,15 133:19
  135:21 136:4
seeing 58:21 67:19
  77:24 130:24

131:13
seen 25:24 26:7
  67:16 72:12 131:2
  131:16,18
Semi 9:20
seminars 115:2
send 117:13
sense 48:2,3
sent 12:3 28:12
  29:5 32:9 48:20
  81:14 110:19
  117:15
sentence 126:22
  130:4,7,11
serve 32:7
service 39:2 60:7,8
set 35:20 89:7 135:1
  141:23
settle 20:13
seven 23:16 45:9
sewer 129:12
shape 130:1
shaving 44:19
shiny 132:5
shirts 115:12,12
shoes 49:17,19
shoplifting 126:6
  127:9,11 134:12
shopping 42:15,21
  42:23 43:4,10
shortest 63:10
Shorthand 2:3
  141:5
shortly 28:14
  117:21
shoulders 5:3
show 34:6,13 54:2
  54:17,17 55:11
  75:24 102:21
  134:2
showed 19:13 78:20
  78:21
shower 37:14 83:15
showers 15:7
showing 6:8 76:6
shows 78:8
shrug 5:3
side 35:17 53:13
  54:10 69:13 71:21
  79:2,3,4,13,14,16
  79:24,24 80:3
  95:14 97:1,3
  99:12,14 100:3,21
  102:5,9,12 113:20
  113:22 136:3

sideways 68:13,14
sighted 47:13
sightseeing 95:24
  96:1
sign 25:8 60:22
  108:20 109:2,5
  112:24 113:11,16
  135:4,15 136:11
  137:21
signature 6:13
signed 6:18 12:4
significant 41:23
similar 54:10,12
Single 84:5
sir 4:16 7:16
sit 37:24 39:10,13
  39:24 40:16 41:13
  42:9 83:21,23
  87:15
site 115:5
sitting 37:16 38:21
  40:23 41:14 45:11
situation 93:16
six 30:6 38:2,4
  39:11
size 64:6 77:2,4
  99:18 130:1
sizes 37:7
skills 125:17
skip 109:10
sleep 117:6
sleeping 116:18
slick 136:19,21
  137:3,10
slip 68:8 137:8
slipped 68:10,11,18
  69:1,10 72:11
  73:6 102:20 103:6
  103:10,15 107:7
  107:14 137:8
slipping 68:7,12
  69:16
SLJ 1:13
small 40:16,20,24
  42:24 61:15 93:21
smaller 41:1 77:16
  77:20
SMITH 2:2 3:12
  141:5
smoke 21:2 110:1,2
smoked 21:8,11
smoker 20:24
smoking 21:6,9
  24:22 31:4,9
  110:5,9,11,12

snow 136:17
social 6:22 47:21
  48:1,6,10,18,22
  49:1 91:11 92:9
  92:21
socially 92:8 94:9
sole 49:23
solvent 51:11
somebody 30:15,16
  30:17 43:7 46:2,9
  46:15 59:21 71:3
  73:20 86:9 90:5
  109:2 112:7
  125:10,13
someplace 52:13
  53:23 117:10
soon 31:8 78:13
  127:3
sorry 7:16 66:22
  109:10
sort 51:6,14 98:17
  106:3
sought 127:18
sound 21:12 47:22
  70:21
sounds 14:5 17:19
  51:10 130:13
southeast 51:22
  120:8
space 40:24
spaces 40:20
Spanish 30:1
speak 5:20
speaking 77:14
  122:19
specialist 110:18
  111:2,3
specialize 25:22
  26:1
specialty 10:1 25:17
specifically 29:2
  73:14 111:2 115:6
specifics 73:11
specified 141:17
speed 6:1
spell 4:9 25:15
spend 42:17 96:21
  118:16
spot 63:5,8,13,16
  63:22,23 64:2,3,7
  67:23,24 70:24
  71:12 72:18,20,23
  74:8,12,15,18,23
  74:24 76:24 77:3
  77:15,20 128:22

133:7,13,21,23,23
  133:24 134:2,6
  135:20 136:1,8,11
  136:13
spots 65:3
sprains 27:9
spray 51:13,14
SS 1:2 140:2 141:2
stackable 85:15
stairs 24:19 83:2,5
  83:8
stand 41:16,17,23
  77:24
standing 101:3
  112:19 130:9
  131:12,13 132:2
  136:1
standpoint 39:10
stands 21:24
start 17:9 21:6 22:3
  31:6,8 39:7 62:2
started 63:18 64:4
  108:6 113:12
starts 41:24 117:17
  117:17
state 1:1,24 2:4,19
  4:14 14:3 120:4
  129:21 140:1
  141:1,6
stationary 108:22
  129:4
stay 5:9 80:22
  110:11 118:14
stayed 80:20
stenographically
  141:12
step 64:5,9 69:16
  72:24 74:23 88:7
  90:14,16,24
STEPHEN 3:3
stepped 67:24 68:4
  68:17,23 72:23
  102:20 103:5,15
  114:4 136:12
  138:18
stepping 74:14,22
  88:8,11
steps 64:3 82:17,18
  82:22 87:17,22
STEVEN 2:22
stool 83:20
stop 16:12,20 21:8
  41:5,5 44:10,10
  65:17 66:4 110:12
stopped 18:13 31:9

ESQUIRE DEPOSITION SERVICES - CHICAGO
312.782.8087   800.708.8087   FAX 312.704.4950

BRUCE ROGERS,  NOVEMBER 13, 2007

65:15 118:12
stopping 31:4
  112:13 118:11
straight 118:10,15
  138:2
strain 36:6 94:2
street 2:19 3:4
  24:12 50:19 52:10
  52:14 53:19
  113:22
stretch 41:6 88:4
strike 31:7 32:15
  38:15 63:22
  112:21 133:21
strip 31:12
stubs 19:11
student 120:17
stuff 13:23 44:20
  90:3 95:24 96:3
  97:21 112:9
  115:12 128:4
  136:7 137:4,5
style 116:17
styrofoam 34:23
subpoena 12:6
subscribe 140:15
SUBSCRIBED
  140:21
subside 45:10
substance 72:6
  129:22 130:20
suffer 28:3
suffered 22:15
suffers 96:19
suitable 125:16
Suite 2:4,12 3:4
suites 52:8
sun 72:15 74:9
sunlight 76:7,9
sunny 52:22 58:23
  58:24 118:2,3
Sunset 7:4
supervisor 29:16
supplemental 47:21
supposed 29:3 46:1
Supreme 1:24
sure 22:4 37:6
  50:10 51:5 82:7
  91:11 99:20,21
  100:6,11 122:1
  127:23 131:22
surgery 47:16 81:6
  137:11
surroundings 58:3
sustained 26:22

SWATEK 2:18
sweat 72:2
Swift 12:6,8 13:12
  14:4,24 30:12
  33:13,14,18 37:18
  47:24 104:6
  106:10,20 114:18
  115:7,21 116:9
  123:9 124:5 125:4
sworn 4:2,5 140:21
  141:9
symptoms 21:23
syndrome 96:20

—————————
           T
—————————

T 143:8
Tacoma 120:7
take 5:17 8:7,10
  23:13 32:16 34:23
  37:6,14 40:7
  42:24 45:13 46:9
  54:19 65:22,24
  80:10,13 87:2
  103:6 120:21
  132:10 132:17,22
taken 1:22 2:2 4:13
  75:18,20 100:24
  105:16 133:1
  141:16
talk 5:18 10:6 84:17
  89:19 92:8 125:6
  125:10 128:21
talked 18:16 49:5
  106:6 119:10,11
  119:12 125:9,10
talking 20:4 46:11
  79:15 87:13 91:19
  101:23 106:19
  115:14 131:12,15
  133:15,15
tall 33:22,23 86:15
tank 20:18 22:22
  23:7
tanks 10:24
tapering 139:2
tarps 33:9
tax 11:10,17 12:2
  19:9,12 121:23
team 30:5
Tefft 2:22 12:21
  66:22 105:6 113:7
  116:22 117:2
  120:10 122:16,17
  125:19 132:18
  138:17 143:5

telephone 15:9
tell 4:8 13:1,20 18:4
  29:2,17 35:5,7,8
  47:7 72:6 77:2,19
  79:1,22 80:4
  99:23 100:1 103:9
  106:10 107:4
  110:11,12 111:5
  124:11 138:13,23
tells 65:20
temperature 58:22
temporarily 84:20
ten 19:6 20:4 45:7
  126:12 134:14
tenants 111:23
tenth 16:24 17:20
ten-year 19:5
term 84:3
terminal 15:2 16:15
  29:23 30:3 34:9
  34:10,14 43:21
terminated 28:15
  28:19,21,22 29:8
terminating 48:17
termination 29:13
testified 4:5
testify 130:14 141:9
testimony 17:19
  38:3 105:10,24
  131:24 141:14
Texas 50:8,9 65:10
  65:13 136:18
thank 125:20 139:3
therapist 28:12
  48:16
therapy 26:3,5
  41:17 82:12 88:20
  89:7,10,14 109:11
  109:15,21 137:12
  137:16
thing 28:13 31:12
  31:14 48:3 52:12
  93:23
things 27:9 40:4
  41:17 44:17 48:20
  82:8,9 84:13,23
  94:18,21 132:16
think 11:19,22
  13:22 24:23 25:7
  25:16,19 30:13
  40:15 44:22 52:5
  70:17 75:11 79:16
  81:1 82:23 97:23
  101:12 104:8
  105:16 107:2

109:20 110:8,14
  111:8,16 113:5,23
  116:20 117:19
  122:18 123:5
  128:12 132:16,19
  134:21 135:19
  138:6
thinking 132:20
third 16:23,24
thought 81:18
  134:13,16 136:23
thousand 91:17
three 2:11 10:17
  16:10 34:11 45:15
  45:24 64:9,10,12
  65:24 82:19,21
  83:2,5,7 87:23
  93:22 119:18
tickets 40:7
tie 87:9
time 5:18 10:7 12:9
  12:16 13:2,4,17
  17:17,18 20:16
  21:4 27:5,10
  30:23 32:14 33:4
  34:9 38:22 39:13
  40:17,24 41:24
  43:13 46:11,14,18
  47:2 52:23 54:19
  55:3,13 56:16
  63:18 65:24 66:2
  69:20 75:10 76:1
  76:17 77:11 82:24
  96:10 98:23 103:6
  104:12,23 109:22
  113:1,16 114:15
  117:8,18 123:3,9
  123:11,16,22
  127:17 130:12
  131:15 134:22
  135:5,6,9 140:14
  141:17
timeframe 135:1
times 67:16 92:15
  93:5 110:20
  123:17
tip 133:19,22
tired 85:10
title 30:2
titles 29:21
TLC 103:22
today 20:19 22:17
  35:22,24 36:9,15
  36:19,21 38:3
  55:23 89:20,20,23

106:4
told 29:13 34:20
  35:2 45:22 51:5
  51:13 60:14 80:24
  81:1,1 83:12
  106:12,17 107:6
  107:24 116:3
  121:20 128:5
  134:13 135:19
Tools 51:2
top 13:3 52:3
tow 87:7
towels 14:22 15:3
  15:11,15 18:8
town 89:8 120:3
  126:20
track 38:1
tractor 9:19 13:12
  37:17 38:16,18
  54:18 55:11 61:7
  61:15 78:9 87:8,9
  87:11,13,14,16,20
  87:21 88:6,12
  91:19 116:11,15
traffic 117:17
trailer 13:12 33:21
  35:4,20 38:17,19
  54:18 55:11 78:9
  83:24 84:2,4
  85:17 87:13,20
  91:19 92:4 112:5
  116:11,15,20
  117:1,4
trailers 61:7,16
  117:3
trained 39:4,17
training 8:15 39:9
  39:19 114:17
  119:10,13 121:3
  125:12
transcript 5:11
  140:13,17 141:11
transferred 106:23
transportation 12:8
  14:5 16:19 23:19
  23:23 45:18
trapped 41:4
traveling 40:4
  91:15
treating 25:3
treatment 104:15
  127:18,24 137:16
trials 78:15
tried 14:8 17:15
  38:8 39:6,12

BRUCE ROGERS,  NOVEMBER 13, 2007

73:17,22 90:11,13
90:22 92:16 93:10
95:10,12 112:6
124:22
**trip** 46:4 68:8 97:6
119:3,5,7 124:3
**Triple** 10:24
**trouble** 95:15
109:12 112:4
118:6
**truck** 9:15 10:17
11:3 15:4 22:16
23:9,23 30:5 33:5
33:8,9 34:15,16
35:3,3,12 36:5,8
37:2 41:1 53:5
54:24 55:3 56:13
59:3,22 60:2
78:18,22 79:2,12
106:16 115:23
116:4,8 117:20
135:2 136:16
**Trucking** 4:21
**trucks** 23:6 60:11
60:13 119:23
**true** 140:16 141:14
**truly** 75:24 98:22
**truth** 141:9
**try** 14:16 17:11,12
53:5 113:6 124:12
124:16,16
**trying** 12:15 32:6
38:11
**tub** 82:9 83:13,16
83:23
**tube** 58:17 64:23
66:11 129:15
**turn** 53:13
**turned** 136:3
**two** 7:7 11:15 16:10
22:7 33:6 37:8
44:9 47:17 50:17
52:8 54:24 60:18
60:18,19 64:8,10
64:12 81:2,2,3
84:10,11 86:11,17
93:21 96:11 99:13
119:18 121:17
125:1
**two-and-a-half**
86:10
**Two-and-a-half-y...**
21:10
**two-thirds** 72:21,24
73:5,7,8

**TX** 10:12,13
**type** 9:1 32:5 39:2,5
39:21 67:16 84:3
125:8,16
**types** 9:1 32:23
33:2 92:21
**typewriting** 141:13
**typical** 37:18 123:2
**t-shirt** 72:3,4

**U**

**ugly** 131:7,8
**uh-huhs** 5:10
**ultimately** 74:3
**unable** 14:3,8,9
28:24 29:3,7
48:18
**underneath** 51:7
72:9 130:9,24
137:4
**understand** 5:14
26:14 63:2,4
79:14 105:12
**understanding**
82:12
**understood** 12:15
15:21 23:18 55:10
88:17 94:14
100:10 109:1
**uniform** 107:21
138:22
**unit** 85:21 98:15
**University** 11:18
**unload** 59:22 60:2,6
60:11 123:20
**unloaded** 123:22
**unloading** 60:13,15
60:16
**unplug** 35:16 37:13
**unrelated** 26:11
97:19
**unusual** 57:9 58:13
62:8 92:3
**upper** 59:1
**use** 5:18 37:9 43:14
51:6,14 54:19
55:7 57:20 59:21
59:22 66:2 78:14
80:7 82:9 83:12
83:20 87:20 103:7
108:5
**usually** 65:19 84:17

**V**

**VA** 25:4,5,9,10 26:8

27:21 31:11 47:14
104:2,2,5 128:16
**vacuum** 112:12
**vacuuming** 112:9
**value** 11:1
**van** 33:19,20,21
34:2 37:18 38:1
52:17 59:17 91:20
116:10,11,21
117:1,4
**variation** 40:17
**varied** 13:6
**vary** 13:7
**Vegas** 118:9
**vehicle** 13:15 53:13
**vehicles** 9:2 51:7,14
61:10,15
**VENTURES** 1:12
1:13
**verbal** 5:1,6
**Verbally** 60:14
**verification** 6:13
**veteran** 104:5
**veterans** 32:7
**Vic** 29:24 30:7,10
**Vic's** 30:2
**view** 51:22 79:1
**virtue** 108:17
**visible** 72:15 114:5
130:9 132:1
**vision** 46:24
**visiting** 97:14
**vocational** 8:15
49:2 119:13
125:12
**Vollen** 34:22
**vs** 1:8 140:8

**W**

**wage** 18:22
**wages** 12:15 13:23
**wait** 73:19
**waiting** 46:2
**walk** 15:14 24:11
24:12 25:1,1 41:9
41:11,12 43:24
59:14 61:17 62:3
63:7,12 89:3,5
90:8,9 111:9
112:24 137:24
**walked** 55:12 57:6
57:10 58:14 62:22
63:5 64:2 80:6
137:23 138:2,4
**walker** 41:9 45:24

82:24 83:2,3 89:4
89:6
**walking** 32:17
55:13 58:6,16
61:23 62:5,10,18
72:14 101:5
103:13 135:14
**walkway** 130:4
**want** 15:20 36:20
37:20,21 38:12
41:5,7,21 42:17
42:18 46:17 53:11
53:24 54:15 59:10
65:17 73:2 78:12
89:19 92:11 97:20
106:5 112:2,3
113:6 128:21
129:18 132:11,14
135:1,5 137:24
**wanted** 14:19 20:17
63:4 119:22
124:10
**warm** 58:23,23,24
**washer** 85:14,16,20
**Washington** 3:4
8:12 120:2,4,9
**wash-up** 15:6
**wasn't** 16:22 73:24
74:4,9 82:14
90:16 99:2 105:8
113:2 129:12,15
136:20
**waste** 59:12
**water** 63:3,3 65:7
66:11,12,15 72:5
72:9,12 99:16,18
99:19 101:19
113:1,17,24 114:6
114:10,14 128:22
128:23 129:1,4,14
130:3,8,16,18
131:18 132:4
133:8,13 136:9,20
136:21 137:1,2,2
137:3 138:9,18
**wave** 71:8
**waving** 71:8
**way** 21:16 42:5
65:2 71:15,17
97:4 103:1,9
110:21 114:1
118:13 119:3
133:14 135:7,12
138:1
**ways** 44:10,10

46:10
**wear** 46:18,21
115:8
**wearing** 20:18,20
49:17,20 71:22,24
72:1,2,3
**weather** 52:21
**week** 17:4,13 23:16
91:16
**weeks** 32:20 34:11
81:2,3 96:11
**weigh** 30:21,23
31:16,18
**weighed** 31:20
**weighs** 44:19
**weight** 31:3,6,8
**welder** 119:15,17
**welding** 8:8 119:14
121:2,3
**went** 14:20,21,21
22:10 28:11,14
34:9 43:23 47:2
53:15 56:2 68:13
68:23,23 82:3
96:13 97:1,4
106:24 108:4
112:23 113:8
123:18 128:2,14
137:9
**weren't** 99:6
**West** 2:4,12,19 3:4
wet 58:9 62:16,19
62:23 63:5,8,13
63:15,16,21,23
64:2,3,7 65:3,4
66:20 67:4,23,24
70:24 71:12,19
72:5,5,18,20,23
74:7,12,14,18,22
74:24 76:24 77:3
77:15,20 128:22
133:7,13,21,23,23
133:24 134:2,6
135:21 136:11,13
**we're** 124:11
**wheel** 35:18
**wheelchair** 41:9
43:14,17 45:20
46:7,16
**wheeler** 116:12
**wheels** 44:11
**WHEREOF** 141:23
**white** 54:14 58:17
64:23 77:6 103:11
133:6

ESQUIRE DEPOSITION SERVICES - CHICAGO
312.782.8087    800.708.8087    FAX 312.704.4950

BRUCE ROGERS,   NOVEMBER 13, 2007

**wide** 33:22 84:3,5
    85:18
**Widowed** 7:15
**wife** 81:18
**window** 15:14
    123:22
**wintertime** 96:8
**witness** 4:1,4 52:11
    101:8 116:23
    120:8 122:9,12,15
    131:17 132:20,23
    141:8,8,23 143:2
**woman's** 93:23
**wondering** 115:16
**words** 34:4 112:23
    113:4
**work** 14:3,8 16:8
    19:6 20:11 34:11
    39:1,16 91:23
    94:15 98:11
    119:15,17 126:23
    137:11
**worked** 100:20
    107:18
**workers** 30:17
    105:10,13,19,21
    105:24 125:7
**working** 16:20
    39:23 91:15 94:11
    94:12 124:4
**workmen's** 104:10
**works** 8:23 30:17
**workwise** 91:11
**wouldn't** 16:23
    17:8 23:11 37:6
    39:7 40:15 62:24
    65:6 97:8 133:5
**write** 49:12
**writing** 60:13
**written** 29:5
**wrong** 47:12 48:5
    50:18 59:11 73:17
    81:18

_____
        **X**
_____
**X** 143:1,8

_____
        **Y**
_____
**yard** 86:8 87:8
**yeah** 109:23
**year** 13:20 19:5,22
    19:23 32:2 92:15
    112:1 116:6 119:6
    119:6 122:2 123:6
    127:22

**yearly** 19:4
**years** 7:7 8:1 9:10
    11:7,15 19:6,15
    20:4,11 21:11
    22:8 31:24 60:18
    60:19 94:13 115:1
    116:2,4 118:9
    119:18,19 122:3
    123:2,23 126:12
    126:14 134:14
**yelled** 73:21
**yesterday** 31:20
    43:18
**youngest** 7:21

_____
        **$**
_____
**$28** 122:5
**$3,000** 91:16,16
**$34,000** 122:6
**$35** 19:4,8
**$350,000** 18:24
**$36** 19:13 123:7
**$36,000** 19:4,8
**$37,000** 19:13
    123:7
**$391** 48:20
**$500** 47:20
**$9.50** 17:3
**$949** 48:9,14

_____
        **0**
_____
**005376** 1:8 140:8
**02** 19:24 115:22
    121:23 122:24
    123:2
**03** 19:22 121:23
    122:7,18,23 123:2
    123:5
**04** 12:19 19:20 20:4
    20:8 121:23
**04s** 11:22
**05** 11:20 121:24
**06** 11:20 121:24
    140:8
**06L** 1:8
**07** 20:7

_____
        **1**
_____
**1** 6:2,5,9,21 56:9
    77:23 129:20
    140:14 143:11
**1:00** 53:1,2 117:21
**10** 14:1 133:15
**10th** 142:1
**10:00** 2:6 123:20
**105** 143:5

**11** 9:10
**11-13-07** 6:6 50:15
    51:19 55:20 67:10
    79:9 91:4
**12** 7:7 9:22 116:6
**125** 143:4
**13** 7:6 33:21,24
**13th** 2:5
**134** 143:6
**138** 143:4,5
**139** 140:15
**14** 21:7 47:24
**14-and-a-half** 8:1
**1400** 3:4
**15** 21:7 31:14 44:7
    64:17,20 138:1
**150** 25:1 80:9 90:10
    111:9,11
**16** 84:8 85:17
**17** 129:21
**18** 31:3 116:12
**1956** 9:8
**1969** 11:6
**1991** 134:23

_____
        **2**
_____
**2** 50:14 64:19
    100:20 102:11
    103:14 134:5
    143:12
**2%** 43:6
**20** 44:19 64:1,17
    71:4 113:24
    126:14 138:1,2
**2002** 122:2
**2007** 2:5 140:22
    142:1
**2014** 20:5
**208** 31:1
**21** 96:17
**210** 31:1
**22** 2:19 7:3
**225** 3:4 31:22
**226** 30:22
**23** 12:18
**23rd** 12:21
**24** 12:18 23:15
**25-foot** 37:11
**28** 13:11,18
**29** 9:10

_____
        **3**
_____
**3** 51:18,21 54:8
    64:19 98:19
    143:13

**30** 41:17 126:23
**31** 7:22
**312-726-0777** 2:14
**312-827-2300** 3:6
**35** 11:7
**3750** 2:4,12

_____
        **4**
_____
**4** 52:14 75:16 78:5
    78:8 143:4,14
**4-5** 55:18
**40** 17:15,17 84:8
**44** 7:18
**45** 44:8 68:22
**45-degree** 69:6
**48** 21:11

_____
        **5**
_____
**5** 55:22 56:8 75:23
    76:23 99:22 100:6
    113:8 143:15
**5:30** 123:20
**50** 133:16 143:12
**500** 44:24
**51** 143:13
**52** 33:22
**52-foot** 33:21
**54** 16:14
**55** 143:14,15
**57** 20:9
**58** 20:9
**59** 20:8

_____
        **6**
_____
**6** 52:14 67:9,13,20
    76:8,11,13,17
    143:11,16
**6:00** 123:19,21
**600** 44:24
**60134** 2:20
**60602** 2:13 3:5
**62** 20:3
**630-232-6440** 2:21
**65** 84:8
**67** 20:11,13 143:16
**68** 20:11

_____
        **7**
_____
**7** 79:8,11,13,24
    80:1 143:17
**7:00** 80:24
**70** 2:4,12 11:6
    20:12,13
**70s** 59:1
**75** 136:19
**79** 143:17

_____
        **8**
_____
**8** 33:22 91:3 98:14
    143:18
**800** 52:15
**84** 12:23
**84-4161** 2:3 3:13
    142:5
**88** 27:21
**89** 27:20

_____
        **9**
_____
**9** 52:14
**900** 52:15
**91** 134:21 143:18
**953** 51:22
**959** 52:5,6,7,9 56:1
    98:17
**965** 98:18
**966** 52:7
**977** 1:11,12 51:22
**98%** 43:5

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

BRUCE ROGERS,                                              )
                                                          )
            Plaintiff,                                     )
                                                          )
        v.                                                 )            Case No.: 06 L 005376
                                                          )
ROTHBART PROPERTIES, PRECISION                             )
LABORATORIES, INC., ROTHERBART REALTY                      )
COMPANY, 977 NORTHPOINT VENTURES,                          )
LLC., a/k/a 977 NORTHPOINT VENTURES                        )
FUND, SLJ PROPERTIES, LLC, ROTHBART                        )
CONSTRUCTION COMPANY, INC. and                             )
ROTHBART CONSTRUCTION COMPANY,                             )
INC. a/k/a ROTHBART CONSTRUCTION REALTY                    )
                                                          )
            Defendants,                                    )
                                                          )

## ANSWERS TO DEFENDANT'S INTERROGATORIES

        Now comes the Plaintiff, BRUCE ROGERS, by and through his attorneys, CUTLER &
HULL, and in answer to Defendant, ROTHBART PROPERTIES et al., Interrogatories to
Plaintiff, states as follows:

    1.      State your full name, date of birth, address, and social security number.

**ANSWER:**

Bruce Rogers
22 Sunset Road
Moriarity, NM 87035
SS 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
DOB 4-15-45

    2.      State the full name and address of each person who witnessed or claims to have
            witnessed the occurrence alleged in the Complaint.

**ANSWER:**

I was the only one on the premises at the time; after I fell, I could see what I later learned were
Precision Lab employees but I do not know who they are.  Someone eventually came to me but I

                            Rogers  EXHIBIT    1
                        FOR I.D.  11/13/07   1  RS

do not know who it was.

3.    State the full name and address of each person not named in Interrogatory No. 2 above, who was present or claims to have been present at the scene immediately before, at the time of, or immediately after said occurrence.

**ANSWER:**

I believe another person called 911 but I do know his name; EMS personnel (names unknown)

4.    Do you have any statements from any witness other than yourself? If so, give the name and address of each such witness, the date of said statement and state whether such statement was written or oral.

**ANSWER:**

No.

5.    Were any photographs taken of the scene of th occurrence or of the persons or instrumentalities involved? If so, state the date or dates on which such photographs were taken, the subjects thereof, and who now has custody of them.

**ANSWER:**

My attorney; taken 1-2 days after my fall

6.    List the names and addresses of all other persons (other than yourself and persons heretofor listed or specifically excluded) who have knowledge of the facts of said occurrence or of the injuries and damages following therefrom.

**ANSWER:**

EMS personnel (names unknown); medical care providers; B. Rogers family members and friends. Same address as mine above.

7.    Describe in general, the personal injuries sustained by you as a result of said occurrence.

**ANSWER:**

Fractured right hip; fractured/broken pelvis joint; cuts, bruises, sprains and strains

8.      With respect to said injuries, state.

    (a)     The name and address of each attending physician, the date or inclusive dates on which each rendered your service, and the amount of each of their respective bills;

    (b)     The name and address of each consulting physician, the date or inclusive dates on which each rendered you service, and the amounts of each of their respective bills;

    (c)     The name and address of each person or laboratory taking an x-ray of you, the date or inclusive dates on which said x-rays were taken, and the amounts of the bills for said x-rays;

    (d)     From which of the above medical personnel do you have written reports.

**ANSWER:**

(a) - (d)     See attached listing of medical care providers and bills


9.      As a result of said personal injuries, were you a patient or out-patient in any hospital or clinic? If so, state:

    (a)     The names and addresses of each such hospital or clinic;

    (b)     The amounts of their respective bills;

    (c)     The date or inclusive dates of said services.

**ANSWER:**

Was patient at admitting hospital for eight or nine days; surgery - rehab therapy 6/24/04-7/8/06

(a) - (c)     See attached listing of medical care providers


10. As a result of said personal injuries, were you unable to work? If so, state:

    (a)     The name and address of your employer, if any, at said time;

(b)    The date or inclusive dates on which you were unable to work;

(c)    The amount of wage or income loss claimed by you;

(d)    The name and address of your present employer, if any

**ANSWER:**

Was unable to return to work; told I will not be able to work again

(a)    Swift Trans. Co.
301 Airport Rd
Albuquerque, NM 99301

(b)    Tried to return on light duty - unable to return to previous job duty

(c)    From date of injury to retirement $350,000.00 plus

(d)    None - not able to work

11. During the five years immediately prior to the date of said occurrence, had you been confined in a hospital, treated by a physician, or x-rayed for any reason other than personal injury? If so, give the name and address of each such hospital, physician, technician, or clinic, the approximate date of the confinement or service and state in general, the reason for such confinement or service.

**ANSWER:**

No.

12. Had you suffered any personal injury in the ten (10) years prior to the date of said occurrence? If so, state when, where, and in general how you were so injured, and describe in general the injuries suffered.

**ANSWER:**

None that I remember.

13. Have you suffered either (a) any personal injury, or (b) illness since the date of said occurrence? If so, for (a) state when, where, and in general, how you were injured and describe in general, the injuries suffered, and for (b) state when you were ill and describe in general the illness.

**ANSWER:**

No known injuries; some minor colds

14. Have you or any persons acting in your behalf examined the location of the alleged occurrence? If so, please state the dates of the examination, the identity of the person or organizations conducting the examination, and whether any report was prepared with respect to the results of the examination.

**ANSWER:**

Yes - my attorney has viewed the site

15. Do you or your attorneys have knowledge of the results of any inspection, examination or testing of the premises in question. If yes, please state the dates and places of the inspections, examinations, or testing, the identity and address of the persons or organizations, whether any report was prepared with respect to the results of the inspections, examinations, or testing, and who presently has custody of such reports.

**ANSWER:**

None at this time; investigation continues

16. Identify, as nearly as possible, the exact location at which the alleged occurrence took place on the premises of the defendant(s), pinpointing such location in feet, inches and direction from fixed objects or boundaries at the scene of the occurrence.

**ANSWER:**

On an entrance/exit walkway for Precision Laboratory in Waukegan, IL.

17. State with particularity the nature of the alleged defect, object, substance or condition which caused the alleged occurrence giving the exact dimensions and physical descriptions of such including the size, shape, color, height, length and depth of such defect or object

**ANSWER:**

Drainage pipe depositing water on an entrance/exit walkway. Accumulation of drainage water

with algae, dirt and debris underneath - not visible from a standing position.  See pictures and documents produced.

18. Were there any reports submitted to any individual regarding your injury or the condition of the premises involved and referred to in the Complaint?

    (a)    If the answer is in the affirmative, state the name and address of the person or persons or company who presently has possession of said report;

    (b)    State the names, addresses and employment positions of each individual submitting said report;

    (c)    Attach a copy of each said report hereto.

**ANSWER:**

(a)    My attorney has communicated and corresponded with the insurance companies that insured Precision and Rothbart defendants; Safeco Insurance/XL Insurance co; I believe that Precision and Rothbart have a report of the incident

(b)    My attorney representing me

(c)    See attached

19. Please state whether you or any agent of yours has had any conversation with this defendant, or agents or employees of this defendant, with regard to any of the matters set forth in the Complaint.  If the answer to this Interrogatory is yes, identify each such conversation above as to (a) date, (b) place, (c) persons present and (d) the subject of the conversation.

**ANSWER:**

None known.

20. Identify the names and addresses of every individual who will testify at trial, identifying the specific subject matter of each witness' testimony.

**ANSWER:**

**Bruce Rogers**
**22 Sunset Road**

**Moriarity, NM 87035**

Will testify as to the facts of the accident, the injuries sustained by Plaintiff, the treatment for those injuries, the Plaintiff's medicine and other expenses and losses, the suffering and pain and limitations experienced by Plaintiff. The lost income, loss of his ability to work and to perform activities of life. All matters raised in any deposition of Plaintiff taken in this case.

**Oscar S. Giron, MD**
**1828 Belvidere Rd**
**Grayslake, IL 60030**

This doctor will testify to the diagnosis, treatment and prognosis relating to Bruce Rogers, consistent with his medical records. He will testify that the injuries for which he treated Mr. Rogers are consistent with having been in a fall. He will further testify that the injuries necessitated certain treatment and care and at the amounts expended as set forth in the medical bills are fair and reasonable given the treatment afforded. These injuries include back, neck and hip injuries, aggravation and related pain and limitations. He will further testify that the injuries are of ongoing nature and will result in pain, suffering and certain residual disabilities. Will testify as to the diagnosis of Bruce Rogers' injuries, and the care, treatment, prognosis and reasonable expenses of the care and treatment resulting from this fall. Will provide opinion testitmony as to the causal connection between his injuries and his collision. The opinions are based on the witnesses medical education, training and experience and their knowledge about Bruce's injuries as well as the care and treatment he received for those injuries. No written reports to date.

21. Identify the name and address of each and every witness who will offer opinion testimony and with respect to each, please state:

    (a)    The subject matter on which the witness is expected to testify;

    (b)    The conclusions and opinions of each opinion witness and bases therefore;

    (c)    The opinion witnesses' qualifications, including but not limited to, his education, background, practical experience in the area he is expected to testify in, any articles or papers he has written, any and all seminars or post-graduate training he had received, his experience, if any, as a teacher or lecturer and his professional appointment with an association (if applicable, complete curriculum vitae of the opinion witness may be attached in lieu of setting forth the witness qualifications).

    (d)    State whether this witness has been retained by you and/or has been, is being, or will be compensated, whether monetarily or otherwise, by you for his/her involvement in this lawsuit.

    (e)    If any part of the previous interrogatory was answered in the affirmative, please identify any notes, drawings, sketches, reports or other documents prepared or made during the result of any such examination, inspection or

test.

## ANSWER:

**Bruce Rogers**
**22 Sunset Road**
**Moriarity, NM 87035**
Will testify as to the facts of the accident, the injuries sustained by Plaintiff, the treatment for those injuries, the Plaintiff's medicine and other expenses and losses, the suffering and pain and limitations experienced by Plaintiff. The lost income, loss of his ability to work and to perform activities of life. All matters raised in any deposition of Plaintiff taken in this case.

**Oscar S. Giron, MD**
**1828 Belvidere Rd**
**Grayslake, IL 60030**
This doctor will testify to the diagnosis, treatment and prognosis relating to Bruce Rogers, consistent with his medical records. He will testify that the injuries for which he treated Mr. Rogers are consistent with having been in a fall. He will further testify that the injuries necessitated certain treatment and care and at the amounts expended as set forth in the medical bills are fair and reasonable given the treatment afforded. These injuries include back, neck and hip injuries, aggravation and related pain and limitations. He will further testify that the injuries are of ongoing nature and will result in pain, suffering and certain residual disabilities. Will testify as to the diagnosis of Bruce Rogers' injuries, and the care, treatment, prognosis and reasonable expenses of the care and treatment resulting from this fall. Will provide opinion testimony as to the causal connection between his injuries and his collision. The opinions are based on the witnesses medical education, training and experience and their knowledge about Bruce's injuries as well as the care and treatment he received for those injuries. No written reports to date.

22. State whether or not any of the opinion witnesses identified herein have prepared any written report, statement or other document and, if so, attach a copy of each such report, statement or document to the answers to interrogatories.

## ANSWER:

None made.

23. Identify the names and addresses of all lay witnesses who will testify at trial.

    (a)    For each lay witness identified above, please state the subjects on which each lay witness will testify.

**ANSWER:**

**Bruce Rogers**
**22 Sunset Road**
**Moriarity, NM 87035**
Will testify as to the facts of the accident, the injuries sustained by Plaintiff, the treatment for those injuries, the Plaintiff's medicine and other expenses and losses, the suffering and pain and limitations experienced by Plaintiff. The lost income, loss of his ability to work and to perform activities of life. All matters raised in any deposition of Plaintiff taken in this case.

24. Please provide the name and address of all independent expert witnesses who you will call at trial.

    (a)    For each independent expert witness identified above please identify the subjects on which each independent expert witness will testify.

    (b)    For each identified independent expert witness, please state the opinions that will be elicited from each independent expert witness.

**ANSWER:**

None yet, Plaintiff reserves right to name such witnesses later

25. Please state the name and address of each controlled expert witness who will testify at trial.

    (a)    For each control expert witness please state:

        i.    The subject matter on which the witness will testify

        ii.    The conclusions and opinions of the witness and the bases therefore;

        iii.    The qualifications of each controlled witness

        iv.    Please provide any reports prepared by each controlled expert witness about this case.

**ANSWER:**

None yet, Plaintiff reserves right to name such witnesses later

You are hereby requested to seasonably supplement or amend any prior answer or response whenever new or additional information subsequently becomes known, in compliance with Supreme Court Rule 213 (h)(i).

Respectfully submitted,

BRUCE ROGERS

By:_____
                One of His Attorneys

**Cutler & Hull**
70 West Madison Street, Suite 3750
Chicago, IL 60602
(312) 726-0777
Atty. No. 1835

# BRUCE ROGERS
## MEDICAL CARE PROVIDERS AND BILLS

| NAME/ADDRESS | DATE OF SERVICE | AMOUNT |
|---|---|---|
| North Lake County EMS<br>City of Waukegan<br>P.O. Box 457<br>Wheeling, IL 60090 | 6/23/04 | $445.60 |
| St. Therese Medical Center<br>2615 Washington St.<br>Waukegan, IL 60085 | 6/25 - 7/8/04 | $21,029.60 |
| St. Therese Medical Center<br>2615 Washington St.<br>Waukegan, IL 60085 | 6/23 - 6/24/04 | $17,365.90 |
| Oscar S. Giron, MD<br>1828 Belvidere Rd<br>Grayslake, IL 60030 | 6/23 - 7/7/04 | $1,200.00 |
| NM Orthopaedic Assoc<br>201 Cedar SE, Suite 6600<br>Albuquerque, NM 87106 | 7/19/04 - 12/27/04 | $1,478.00 |
| East Mountain PT<br>Albuquerque, NM 87106 | 7/26 - 11/3/04 | $2,568.20 |
| Bear Canyon Therapy Assoc<br>7007 Wyoming Blvd NE<br>Albuquerque, NM 87109 | 1/14/05 | $1,000.00 |
| Vista Imaging Assoc<br>P.O. Box 6980<br>Libertyville, IL 60048 | 6/23/04 | $160.00 |
| Apria Healthcare<br>1831 Solutions Center<br>Chicago, IL 60677 | 7/7/04 | $211.30 |
| Lake Heart Specialists<br>35 Tower Court, Suite F<br>Gurnee, IL 60031 | 6/23/04 | $30.00 |

| | | |
|---|---|---|
| Lake Shore Pathologists<br>5200 E. 22nd St<br>Lombard, IL 60148 | 6/23 - 6/25/04 | $126.00 |
| Presbyterian Healthcare<br>P.O. Box 25848<br>8100 Constitution Pl, Suite 400<br>Albuquerque, NM 87125 | 7/9 - 7/20/04 | Unknown |

## <u>VERIFICATION</u>

I, Bruce Rogers, certify that the statements set forth *Plaintiff's Answers to Interrogatories* are true and correct, except as to matters therein sated to be on information and belief and as to such matters, I certify as aforesaid that I verily believe the same to be true, pursuant to Section 1-109 of the Code of Civil Procedure.

_Bruce Rogers_    10-5-06
Bruce Rogers





# CUTLER & HULL
### ATTORNEYS AT LAW

THREE FIRST NATIONAL PLAZA
70 WEST MADISON
SUITE 3700
CHICAGO. IL 60602

TELEPHONE
312-726-0777

FACSIMILE
312-558-7773

E-MAIL: CH@CUTLERHULL.COM

November 21, 2006

John W. Potter
**Law Offices of Stephen Haszto**
225 W. Washington
Suite 1400
Chicago, IL 60606

Daniel Cray
**Iwan Cray**
303 W. Madison
Suite 2200
Chicago, IL 60606

Martha Swatek
**Adams Swatek LLC**
1250 Executive Place
Suite 201
Geneva, IL 60134

**Re:    Bruce Rogers v. Rothbart Properties, et al.**

Dear Counsel:

As a supplemental production.  Enclosed are the color copies of the photographs used at Mr. Rothbart's deposition.

If you have any questions, please call.

Very truly yours,

CUTLER & HULL

Edwin J. Hull, III

EJH/kas
Enclosure

Rogers Group EXHIBIT    4
FOR I.D.    11/13/07   1 Kl



A



B



C



D



$\check{E}$



$f$



Roscus EXHIBIT 5
FOR I.D.: 11/3/07 , /1△



Rosas EXHIBIT 6
FOR I.D. 11/13/02



EXHIBIT
FOR I.D.



EXHIBIT
FORT.D. 11/13/07



