JWP/rm/6/17/08                                        Attorney No. 6216706

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRUCE ROGERS,<br><br>    Plaintiff,<br><br>vs.<br>ROTHBART PROPERTIES, PRECISION LABORATORIES, INC., ROTHBART REALTY COMPANY, 977 NORTHPOINT VENTURES, LLC., a/k/a 977 NORTHPOINT VENTURES FUND, SLJ PROPERTIES, LLC, ROTHBART CONSTRUCTION COMPANY, INC. and ROTHBART CONSTRUCTION COMPANY, INC. a/k/a ROTHBART CONSTRUCTION REALTY,<br><br>    Defendants,<br>--------------------------------------------------------<br>ROTHBART CONSTRUCTION COMPANY, INC.<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>SWIFT TRANSPORTATION COMPANY, INC.<br><br>    Third-Party Defendant. | NO. 08 CV 0822 |

## NOTICE OF ELECTRONIC FILING

To:    Edwin J. Hull, Esq.
        c/o Cutler & Hull
        70 W. Madison St., Suite 3750
        Chicago, Illinois 60602

        Steven Tefft, Esq.
        Adams Swatek, L.L.C.
        22 West State Street
        Geneva, Illinois 60134

        Donna Marie Bucko, Esq.
        Schroeder, Adams & Swatek
        1250 Executive Place, Suite 201
        Geneva, IL 60134

1

James A. Foster, Esq.
Matthew W. Miller, Esq.
c/o Cassiday Schade, LLP
20 North Wacker Drive, Suite 1040
Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that on **June 17, 2008, Defendants/Third Party Plaintiffs, Rothbart Realty Company, 977 Northpoint Ventures, LLC. and SLJ Properties, LLC.'s Response to Cross-Defendant Precision Laboratories Inc.'s Motion to Dismiss** were electronically filed with the Clerk of the Court, Dirksen Building, 219 S. Dearborn Street, Chicago, IL 60604, copies of which are attached hereto.

By: s/ John W. Potter

LAW OFFICES OF BRUNO G. PARA
225 West Washington Street, Suite 1400
Chicago, IL 60606
(312) 827-2300

## PROOF OF SERVICE

The undersigned an attorney, under oath, certifies that he served this Notice of Filing and Defendants' documents referred to therein on the attorney(s) of record pursuant to ECF as to Filing Users.

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth are true and correct.

Date: 06/17/08      s/ John W. Potter

2