Order                                           CCG N002-300M-2/24/05

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

B. Rogers

v.

Precision Laboratories, Inc. et al

No. 06 L 5376

### ORDER

This cause coming to be heard on Precision Laboratories, Inc.'s Motion to Dismiss, pursuant to 735 ILCS 5/2-615(a) and 735 ILCS 5/2-619(a)(9), the motion having been fully briefed and the Court having heard oral arguments,

It is hereby ordered:

1.) Precision Laboratories, Inc.'s Motion to Dismiss Counts III and IV of Plaintiff's Complaint is granted pursuant to 735 ILCS 5/2-619. Counts III and IV of Plaintiff's Complaint are dismissed with prejudice. Precision Laboratories, Inc. owed no duty to plaintiff as to plaintiff's fall on the common area since said area was not located on the defendant Precision Laboratories, Inc's premises.

Atty. No.: 36699
Name: Iwan Cray
Atty. for: Precision Laboratories, Inc.
Address: 303 W. Madison, #2200
City/State/Zip: Chicago IL 60606
Telephone: 312 332-8450

ENTERED: Assoc. Judge Ronald S. Davis

Dated: MAY 04 2007

Circuit Court - 553

Judge                          Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, IL

EXHIBIT 1