BRUCE ROGERS,  NOVEMBER 13, 2007

1　loading dock area appeared at the time of your

2　accident?

3　　　　A.　　　Except for the lighting on it.

4　　　　Q.　　　How was the lighting different?

5　　　　A.　　　Just don't appear to be -- this would be

6　closer, but not showing exactly, you know, it's more

7　brighter because of the sunlight.

8　　　　Q.　　　You're looking at 6 and saying this is

9　more indicative of the sunlight?

10　　　　A.　　　The appearance of it.

11　　　　Q.　　　In Exhibit 6, correct?

12　　　　A.　　　It's not as light.  I mean, it's lighter.

13　　　　Q.　　　Exhibit 6 is lighter, correct?  Is that

14　what you're saying?

15　　　　A.　　　Yes.

16　　　　Q.　　　So this is closer to what the lighting

17　looked like at the time of your accident, Exhibit 6,

18　is that what you're saying?

19　　　　A.　　　Closer.

20　　　　Q.　　　All right, but it was even brighter than

21　that, correct?

22　　　　A.　　　Yes.

23　　　　Q.　　　So looking at Exhibit 5, you can see a

24　wet spot in the middle of the photo, correct?

1    A.    Yes.

2    Q.    Can you tell me is that about the size of

3  the wet spot when you fell?  Was that a different

4  size?

5    A.    I don't know.

6    Q.    Fair enough.  You can see the white PVC

7  pipe coming up alongside of the loading dock,

8  correct?

9    A.    Yes.

10    Q.    Is that in about the same condition it

11  was as the time when you fell?

12    A.    I looked at it.  I didn't examine it.  I

13  mean, I just --

14    Q.    Generally speaking though, this is about

15  how it looked when you fell, correct?  The wet spot

16  may have been bigger or smaller but generally this

17  is how it looked?

18    A.    Generally.

19    Q.    All right, and can you tell me was the

20  wet spot bigger, smaller, or you just don't know?

21    A.    I don't know.

22    Q.    Were there any pallets?  Like if you look

23  at Exhibit 1, did you see the pallet?  Do you

24  remember seeing any pallets like that stand out?

BRUCE ROGERS,  NOVEMBER 13, 2007

1       A.      No.

2       Q.      You're saying "no, I don't remember"?

3       A.      No, I don't remember.

4       Q.      All right, so do you know who took these

5  photographs, Exhibits A through F in Group 4?

6       A.      No.

7       Q.      All right.  Looking at A through F in

8  Group 4, is there a photograph that shows where your

9  tractor trailer was parked when you fell?

10      A.      I don't see anything if I was going to

11  guess.

12      Q.      I don't want you to guess anything.  When

13  you say -- as soon as you say "I guess," that means

14  that nobody can use it for any purpose because

15  guesses are not allowed at trials, but you can give

16  me estimates.  Those are allowed.  Do you have an

17  estimate, looking at these photographs, where your

18  truck would have been parked?

19      A.      No.

20      Q.      All right.  Now, I showed you the

21  photographs.  Was there a photo that showed where

22  your truck would have been parked?

23      A.      No.

24      Q.      For example, this is just a very broad

BRUCE ROGERS,  NOVEMBER 13, 2007

1   view leading into this parking area.  Can you tell

2   me was your truck parked on the left side of the

3   photograph, the right side of the photo?

4        A.    Left side.

5        Q.    All right, so let's mark this then.

6              (WHEREUPON, a certain document was

7              marked Rogers Deposition Exhibit No.

8              7, for identification, as of

9              11-13-07.)

10  BY MR. POTTER:

11       Q.    We have marked that as Exhibit 7.  You're

12  saying that your truck would have been parked on the

13  left side of Exhibit 7, correct?

14       A.    I don't understand what left side you're

15  talking about.

16       Q.    I think the left side would be to you

17  over here, your left looking at the photo.

18       A.    If this is the entrance to the facility,

19  then I would have been parked over --

20       Q.    You're indicating to the left?

21       A.    Yes.

22       Q.    All right, and can you tell me the

23  entrance where you eventually were headed to?  Is

24  that on the left side of exhibit 7 or the right side

1  of Exhibit 7?

2      A.    This is a correct -- the facility would

3  have been on the right side.

4      Q.    All right, and can you tell me the

5  distance?  Did I already ask, the distance from your

6  cab that you got out of to the door that you walked

7  up to that had the piece of paper saying use the

8  other door on it, your best estimate?

9      A.    150 feet.

10     Q.    So the ambulance comes, and they take you

11 to the hospital, right?

12     A.    Yes.

13     Q.    Which hospital did they take you to?

14     A.    I don't know.  To me a hospital.

15     Q.    Fair enough.

16     A.    I don't know.

17     Q.    And you were admitted as an inpatient at

18 the hospital, correct?

19     A.    I assume I was.

20     Q.    You stayed there overnight?

21     A.    Yes.

22     Q.    How many days did you stay there?

23     A.    I don't know.  Maybe I was in there --

24 they told me I would be up at 7:00 at night.  They

BRUCE ROGERS,  NOVEMBER 13, 2007

1  told me -- I think they told me I was going to be

2  there for two weeks or something like two.

3      Q.    Were you there for two weeks?

4      A.    I was there -- I don't know when I was

5  discharged.

6      Q.    Did you have surgery at the hospital?

7      A.    I guess I did.  I was pretty much under

8  the influence of their medication.

9      Q.    All right, and at some point you flew

10  back to New Mexico?

11      A.    Yes, after discharge from the hospital.

12      Q.    Did someone come out to Chicago and pick

13  you up?

14      A.    No.  Well, no, they sent me by limousine

15  from the hospital to the airport.  I flew back, and

16  then I had some friends pick me up at the airport.

17      Q.    I saw somewhere in the records, correct

18  me if I'm wrong, I thought that your wife was living

19  with you when you returned back home initially, is

20  that not right?

21      A.    That's not right.

22      Q.    All right.  Did you have anyone to help

23  you when you returned to New Mexico?

24      A.    My girlfriend was living there.

BRUCE ROGERS,  NOVEMBER 13, 2007

1    Q.    All right.  Does she still live with you?

2    A.    No.

3    Q.    Now when you went back to New Mexico, did

4  you go home or did you go to another hospital?

5    A.    Home.

6    Q.    And it looks like there was some people

7  that came in to your home and made sure that certain

8  things were in place to help you get in and out of

9  the tub, bars to use the bathroom, things like that,

10  correct?

11    A.    No.  There was some people that came.  My

12  understanding at this hospital through the therapy

13  and everything, I couldn't leave.  That I had to

14  give a detailed description of my home, and I wasn't

15  allowed to leave the hospital until I could perform

16  anything that I would encounter when I returned

17  home, like I have steps I have to climb up.

18    Q.    How many steps do you have?

19    A.    Three.

20    Q.    So when you were discharged from the

21  hospital in Chicago you were able to climb three

22  steps?

23    A.    Yes, with assistance from my -- I think I

24  had -- at the time I had a walker.

BRUCE ROGERS,  NOVEMBER 13, 2007

1    Q.    All right, so you needed assistance from
2 a walker to climb those three stairs?
3    A.    The walker and the handrail.
4    Q.    At home you have a handrail for those
5 three stairs?
6    A.    Yes.
7    Q.    And you were able to navigate those three
8 stairs?
9    A.    Yes.
10    Q.    Anything else?
11    A.    No.  Before I was ready to be discharged,
12 that lady told me that I had to use a handrail
13 getting in and out of the tub.  I said, "why, I
14 don't have one at home."
15    Q.    You have a shower at home?
16    A.    Yes, but it's still in a tub, but I don't
17 have the bars so what's the point?
18    Q.    You don't need the bars?
19    A.    Well, I've got a -- what do they call it,
20 a bathing stool that you use.
21    Q.    You sit on?
22    A.    It fits in the bathtub.  It has a rail on
23 it to help you get in and out of the tub, to sit on.
24    Q.    You live in a trailer, correct?

BRUCE ROGERS,  NOVEMBER 13, 2007

1       A.      Yes.

2       Q.      Is there a name to the trailer, you know,

3  you hear the term like "double wide" or what type of

4  trailer?

5       A.      Single wide.

6       Q.      And can you give me an idea as to how big

7  it is?

8       A.      40 -- 16 by 65.

9       Q.      And it has a restroom?

10      A.      Two.

11      Q.      Two restrooms, and you're able to do all

12  of the daily chores around the house such as

13  cleaning, cooking, and things like that, correct?

14      A.      Well, I don't do much cleaning.  I do

15  some cooking but not much.

16      Q.      So who does the cleaning?

17      A.      Well, usually I can talk my girlfriend

18  into doing it once in awhile.

19      Q.      All right.  So your girlfriend just moved

20  in with you temporarily to help you until you were

21  able to?

22      A.      No.  She was there for quite a while, but

23  then she decided she had bigger things to do I

24  guess.

BRUCE ROGERS,  NOVEMBER 13, 2007

1     Q.     All right.  So who currently does your
2   cleaning around the house?
3     A.     Currently she's doing it.  She's there
4   while I'm back here.
5     Q.     All right, and when you go back home, she
6   will come in periodically and help you?
7     A.     Maybe.
8     Q.     So if nobody does the cleaning it just
9   doesn't get done is what you're saying?
10    A.     Or until I get tired of looking at it.
11    Q.     Who does your laundry?
12    A.     I do.
13    Q.     Do you have to bring it somewhere?
14    A.     From the bedroom to my washer.
15    Q.     All right, you have a little stackable
16   washer and --
17    A.     No.  This is a 16 foot-wide trailer.
18   It's bigger than that room wide so I get around.  To
19   me it's roomy.
20    Q.     So you have a washer and dryer in the
21   unit, and you can do your own laundry?
22    A.     Yes.
23    Q.     And you primarily cook your meals for
24   yourself?

BRUCE ROGERS,  NOVEMBER 13, 2007

1       A.      Sometimes, yes.

2       Q.      Or else your girlfriend will cook for

3  you?

4       A.      Or I eat out.

5       Q.      Are there issues that you have with

6  cooking?

7       A.      Not besides being lazy.

8       Q.      Is there a yard that you need to maintain

9  or is that somebody else does?

10      A.      Well, that's -- I live on two-and-a-half

11 acres.  I got two donkeys that do my lawnmowing for

12 me.

13      Q.      What's a donkey?

14      A.      A donkey is a little animal that's about

15 that tall (indicating).  They're miniatures.

16      Q.      So you own miniature donkeys?

17      A.      Yes, two of them.

18      Q.      What are their names?

19      A.      Black Jack and Jimmy is the other one.

20 They're like puppies.

21      Q.      Are you able to -- you feed them hay or

22 oats?

23      A.      Both.

24      Q.      And you're able to get the hay without

1  problems?

2      A.    It's not a problem because I take my

3  pickup and go to the place where I bought them, and

4  he's got a -- he owns -- there's a corporation, so

5  it's a pretty large scale outfit.  I buy hay.  I go

6  over there and he -- I give him money.  He puts it

7  on my pickup.  I tow it, go home and pull it to the

8  gate into the yard and go get my tractor and lasso

9  it with a rope and tie it to my tractor and drive

10 up.

11     Q.    What kind of tractor?

12     A.    Ford.

13     Q.    You're talking about a tractor trailer?

14     A.    No, a farm tractor.

15     Q.    How high do you sit up in the farm

16 tractor?

17     A.    Steps is about that high, about that high

18 (indicating).

19     Q.    So what's the difference between getting

20 into the tractor trailer that you use to drive and

21 getting into your farm tractor?

22     A.    The steps.

23     Q.    Is it half the distance, three quarters

24 of the distance?

BRUCE ROGERS,  NOVEMBER 13, 2007

1      A.      Larger distance.

2      Q.      Can you quantify that at all, the

3 distance?

4      A.      No.  It's farther, more of a stretch.

5      Q.      Do you have any problems getting into the

6 farm tractor?

7      A.      I don't get into it.  I just step on it.

8      Q.      Do you have any problem stepping on it?

9      A.      It would be like getting on a bicycle

10 more or less.  It's the same.

11      Q.      Do you have any problems stepping onto

12 the tractor?

13      A.      Not as long as I get on it with my left

14 foot.

15      Q.      So you have to lead with your left foot?

16      A.      Yes, and get on with my left foot.

17      Q.      Understood.  You can do that without

18 assistance?

19      A.      Yes.

20      Q.      Now, you had some physical therapy while

21 you were in New Mexico?

22      A.      Yes.  Well, I don't remember how long it

23 was, four months, five months.

24      Q.      Did you go somewhere or did they come to

BRUCE ROGERS,  NOVEMBER 13, 2007

1  you?

2      A.    No.  Well, initially they had someone

3  come to the house, and then she had me to walk with

4  my walker out to my gate.  I got a gate that I open

5  and close, and she had me walk out there with my

6  walker and back, and she says that's all I need to

7  do.  She says, "I'll set you up with therapy with

8  some provider here in the town."

9      Q.    All right.  So you did four or five

10 months of physical therapy?

11     A.    Yes.

12     Q.    Did that help you?

13     A.    Well, that was a continuation of the

14 therapy that I received here in the hospital.

15     Q.    And it helped, right?

16     A.    Yes.

17     Q.    You got a little bit better, right?

18     A.    Yes.

19     Q.    So I want to talk about what you can do

20 today, what you cannot do today compared to before

21 the accident.  So are there certain activities that

22 you used to do before the accident that you don't do

23 today because of the accident?

24     A.    Yes.

BRUCE ROGERS,  NOVEMBER 13, 2007

1     Q.    What are they?

2     A.    I can't like climb up and down a ladder

3 or climb up on a building to do repairs.  Stuff like

4 that that I normally do myself, now I have to hire

5 somebody to do for me.  Moving heavy objects.

6     Q.    All right, and --

7     A.    If I have to go any distance I need to

8 drive.  I can't walk, you know, very far.

9     Q.    So how far can you walk?

10    A.    150 feet.

11    Q.    Have you tried to go up on a ladder?

12    A.    Yes.

13    Q.    What happened when you tried to go up?

14    A.    The first step was great.  That was it.

15    Q.    All right.

16    A.    Second step I decided wasn't a very good

17 idea.

18    Q.    All right, so you got off the ladder?

19    A.    Yes.

20    Q.    Without incident?

21    A.    Yes.

22    Q.    Have you tried to go up on a roof?

23    A.    No.  Well, all of my roofs are higher

24 than -- well, you can't step on them so you need a

BRUCE ROGERS,  NOVEMBER 13, 2007

1  ladder to get up on them.

2                    (WHEREUPON, a certain document was

3                    marked Rogers Exhibit No. 8 for

4                    identification, as of 11-13-07.)

5  BY MR. POTTER:

6      Q.    Is there anything else that you used to

7  do before the accident that you don't do now because

8  of the accident?

9      A.    You mean like enjoy a lot of lively

10  entertainment?

11     Q.    Sure, social, workwise, anything?

12     A.    Both.

13     Q.    So --

14     A.    I can't drive anymore so that limits my

15  traveling and my working capacity.  I got dropped

16  from $3,000 a week down to -- or $3,000 a month down

17  to not even a thousand dollars a month.

18     Q.    When you say you can't drive, you're

19  talking about over the road tractor trailer, hauling

20  a van?

21     A.    Yes, and meeting their qualifications

22  for -- they have DOT requirements that have to be

23  met in order to qualify for that kind of work.

24     Q.    And what is it that you said, getting up

BRUCE ROGERS,  NOVEMBER 13, 2007

1    into the cab is the problem?

2        A.    Getting up into the cab or if I

3    encountered something that was unusual, like if I

4    had to lift or lower a trailer that was loaded, I

5    don't believe I could do that.  Even with the gear

6    reduction in the crank, I couldn't do it because of

7    the movement, you know, cranking it.

8        Q.    So let's talk about socially.  Has your

9    social life changed as a result of the accident?

10       A.    Well, I'm limited to what I can do.  If I

11   want to go bowling, that's not in --

12       Q.    Did you used to bowl before the accident?

13       A.    Yes.

14       Q.    How often?

15       A.    Probably four or five times a year.

16       Q.    And have you tried to go bowling since

17   this accident?

18       A.    No.

19       Q.    Why not?

20       A.    Because I know that I couldn't.

21       Q.    What other types of social activities

22   have changed as a result of the accident?

23       A.    Well, I don't go out and go dancing or

24   night clubbing or --

BRUCE ROGERS,  NOVEMBER 13, 2007

1      Q.      Did you used to go dancing before this
2  accident?

3      A.      Yes, quite a bit.

4      Q.      How often?

5      A.      Couple times a month.

6      Q.      Would you go night clubbing before this
7  accident?

8      A.      Only for the dancing.  I don't drink,
9  so --

10     Q.      Since the accident have you tried to go
11  night clubbing or dancing?

12     A.      No.

13     Q.      Why not?

14     A.      Because I know I can't.

15     Q.      Would you agree with me that your
16  situation with your oxygen would prevent you from
17  dancing at this point?

18     A.      Currently?

19     Q.      Yes.

20     A.      Yes, possibly.  They have -- I have a
21  small one that I could carry that's good for two or
22  three hours that you can put on your -- like a
23  woman's purse kind of thing that contains the bag
24  and --

BRUCE ROGERS,  NOVEMBER 13, 2007

1     Q.     Even with the oxygen though, when you're

2   dancing, that would put a strain on your breathing,

3   correct?

4     A.     More than likely, yes.

5     Q.     You would agree with me it would probably

6   be difficult to dance given your COPD?

7     A.     Currently, yes.

8     Q.     Anything else that you used to do

9   socially that you don't do now because of the

10   accident?

11     A.     Working mostly.  I was able to generate

12   the working capital that I have grown to enjoy over

13   the years.

14     Q.     Understood and acknowledge that.  You're

15   saying that work is dramatically altered.  Anything

16   else?

17     A.     Just -- no.  Just that and some of my --

18   some of the physical things that I can't do like

19   climbing a ladder and --

20     Q.     You have already mentioned those.  I'm

21   looking for things that you haven't mentioned yet,

22   if there are any?

23     A.     No.  Well, I don't ride a bicycle or

24   anything like that.

BRUCE ROGERS,  NOVEMBER 13, 2007

1      Q.     Did you used to ride a bike before?

2      A.     Yes.

3      Q.     How often would you go bike riding

4   before?

5      A.     Daily.

6      Q.     Daily?

7      A.     To my mailbox.

8      Q.     How far is your mailbox?

9      A.     Half a mile.

10      Q.     And have you tried to ride a bicycle

11   since your accident?

12      A.     I tried to get on one once, and I felt

13   that if I lost my balance or something, if I lost my

14   balance to the right side, I would be in alot of

15   trouble.

16      Q.     Were you able to ride the bike?

17      A.     No.

18      Q.     How do you get your mail now?

19      A.     Drive down to get it.

20      Q.     Anything else that you used to do before

21   the accident that you don't do now because of the

22   accident?

23      A.     I can't -- well, I used to do alot of

24   sightseeing and stuff like that, too.

1    Q.    Where would you go sightseeing?

2    A.    Well, up in the mountains.  I like to go

3  up in the mountains, go hiking and stuff like that.

4    Q.    How often would you do that before your

5  accident?

6    A.    Whenever I got a chance.

7    Q.    Was this --

8    A.    Not in the wintertime.

9    Q.    Prior to your accident when was the last

10  time you had gone hiking up in the mountains?

11    A.    Two weeks before.

12    Q.    Where did you go?

13    A.    Went up on Sandia Mountain.

14    Q.    Who did you go with?

15    A.    My girlfriend and her daughter.

16    Q.    How old is her daughter?

17    A.    21.  She's handicapped.

18    Q.    What's her handicap?

19    A.    She's -- she suffers from that drinking

20  while you're pregnant, something alcoholic syndrome.

21    Q.    So did you spend the night up in the

22  camp?

23    A.    Yes, we did.

24    Q.    How far did you hike?

1      A.     We went up this one ravine, up the side

2  of the mountain, crossed over and headed back down

3  the other side back to where our camp was, and the

4  next day we went the other way.

5      Q.     Would you agree with me that given your

6  COPD currently, that a trip such as that hiking that

7  you just described would not be enjoyable anyway?

8      A.     Well, it wouldn't probably not even be

9  possible.  You would have to carry it.  Besides the

10  footage would be different.

11      Q.     All right.  Is there anything else that

12  you used to do before this accident that you don't

13  do now because of the accident?

14      A.     Well, I don't go visiting very much.

15  Like I said, it's mostly because of the availability

16  of the oxygen, you know.  It's pretty much a

17  constant companion.

18      Q.     And so if it's something that's changed

19  in your life that is unrelated to the accident, then

20  I don't want to know about it.  I'm just looking for

21  the stuff that's related to the accident that

22  changed in your life.  Is there anything else that

23  you can think of?

24      A.     No.  Just some of my physical

1    capabilities have been changed because of the

2    accident.

3        Q.    We have already gone through those,

4    right?

5        A.    Yes, and I haven't been able to do what I

6    normally do.

7        Q.    All right.  So would you -- at this point

8    would you agree with me that you have described

9    those activities that have changed as a result of

10   the accident?

11       A.    Yes, most is work.  To me that's the most

12   important part.

13       Q.    All right.  We have marked this as

14   Exhibit 8.  The reason why I marked this one is

15   because I could see it looks like this is the unit

16   at issue, right?

17       MR. HULL:  It sort of looks like 959 which

18   would have been the first.  What was the next, 965

19   or 3?

20   BY MR. POTTER:

21       Q.    So looking at this photograph, does this

22   truly and accurately reflect how the area looked at

23   the time of your fall?

24       A.    No.

1    Q.    What's different about it?

2    A.    This area over here is not -- wasn't

3  there.

4    Q.    The -- you're pointing to the loading

5  dock over here?

6    A.    They weren't there, not to my knowledge

7  anyway.

8    Q.    All right.  So is it your recollection

9  that the door you were going into was on the very

10  edge of the building?

11    A.    Near the edge.  I know there was no docks

12  on that side of the door.

13    Q.    You're pointing to the two docks on the

14  right side, on your right of the photo?  You're

15  agreeing with me, right?

16    A.    Yes, it looks like about how the water

17  looked.

18    Q.    Is that about how the water -- the size

19  of the water area as well, as you look at it in

20  Exhibit A, or you're not sure?

21    A.    I'm not sure.

22    Q.    In looking at Exhibit 5, does this look

23  like the correct door or can you not tell because of

24  the photo?

BRUCE ROGERS,  NOVEMBER 13, 2007

1        A.        I can't tell because there's nothing

2   here.

3        Q.        You're pointing to the right side of the

4   photo?

5        A.        Yes.

6        Q.        So you're not sure if Exhibit 5 is

7   actually the door you were headed to?

8        A.        No.  You said is it -- does it look like

9   it.  I said yes, it looks like it.

10       Q.        Agreed and understood.  I'm just asking

11  you right now, you're not sure if that's the actual

12  door, right?

13       A.        No.

14       Q.        You're agreeing with me, right?

15       A.        Yes.

16                 (WHEREUPON, discussion was had off

17                 the record.)

18  BY MR. POTTER:

19       Q.        Back on the record.  Here is Culp Exhibit

20  No. 2.  This gentleman who worked for Precision drew

21  the circle with the initials over to the side

22  indicating where he found you.  Does it look about

23  accurate as far as the general location?

24       MR. HULL:  This is taken from the -- the