BRUCE ROGERS,  NOVEMBER 13, 2007

**A**
**abilities** 49:3
**able** 6:1 14:12
  15:16,21 16:13
  17:8 18:7 22:21
  23:7 43:24 49:11
  82:21 83:7 84:11
  84:21 86:21,24
  94:11 95:16 98:5
  112:15
**accident** 4:20,22
  10:7 11:4 12:9,16
  13:3,5 14:11
  17:21 20:11 22:5
  22:6,7,8,16 23:6
  26:11,15,23 27:1
  27:4,8 28:1,5,7
  30:24 32:14,16,21
  32:24 33:3 46:18
  49:16 52:24 55:2
  55:8 60:20 66:5,8
  67:21 76:2,17
  89:21,22,23 91:7
  91:8 92:9,12,17
  92:22 93:2,7,10
  94:10 95:11,21,22
  96:5,9 97:12,13
  97:19,21 98:2,10
  105:14 106:6,10
  106:20 109:12
  111:18 113:13
  114:12 115:21
  116:3 117:7,20,21
  122:4 123:4,24
**accidents** 28:2
**accommodate** 5:20
**accompanying**
  27:16
**accountant** 11:16
**accumulation** 130:8
  130:16
**accuracy** 6:17
**accurate** 7:1 14:10
  16:21 100:23
  129:8 130:5,11,13
**accurately** 75:24
  98:22
**accused** 127:9
**acknowledge** 94:14
**acres** 86:11
**ACT** 120:21
**action** 141:22
**active** 40:18
**activities** 89:21
  92:21 98:9

**activity** 18:5
**actual** 100:11
**ADAMS** 2:18
**adaptor** 23:14
**added** 132:15
**addition** 58:5 69:19
**additional** 138:1
**address** 6:22 14:4
  52:2,4 53:15
  56:18 109:7 117:9
**Administration**
  48:11
**admitted** 80:17
**affect** 24:7
**affix** 141:24
**aforesaid** 140:14,18
**afternoon** 54:19
**age** 7:21
**ago** 21:10 118:9
  119:5 134:14,19
**agree** 36:15 38:24
  39:20 62:21 65:5
  66:19 93:15 94:5
  97:5 98:8 101:16
  104:11 129:11
**Agreed** 100:10
**agreeing** 74:20
  99:15 100:14
  132:9
**ahead** 62:19
**ain't** 72:17 112:16
**air** 8:19,20 35:16
  119:12
**aircraft** 9:3
**airplane** 43:20
  44:22 45:2,11
  46:2
**airport** 43:21,24
  44:1 81:15,16
**al** 140:9
**alarm** 72:16
**Albuquerque** 25:6
  25:9 26:8 27:22
  34:10 110:8
  126:21 128:17,19
**alcoholic** 96:20
**algae** 130:8,20
  132:1,7 137:5
**algebra** 8:8 121:6
**alleged** 129:22,23
**allow** 10:15
**allowance** 112:6
**allowed** 78:15,16
  82:15
**alongside** 77:7

**alot** 95:14,23
  112:17
**altered** 94:15
**ambulance** 75:13
  80:10 106:17,21
**amount** 18:22
**angle** 68:24 69:6
**animal** 86:14
**answer** 5:15 6:20
  13:21 15:21 26:2
  32:11 110:24
  130:2,7
**answered** 6:17 15:9
**answering** 14:23
  15:24 18:8
**answers** 5:6 6:9
  129:18 132:12
**antifreeze** 138:12
**anybody** 30:4,18
  106:6,20 111:24
  125:6
**anymore** 10:5
  91:14
**anyway** 38:11
  40:18 97:7 99:7
  126:19
**appear** 76:5
**appearance** 76:10
**APPEARANCES**
  2:8
**appeared** 2:16,23
  3:8 76:1
**applied** 48:19
**apply** 123:21
**applying** 125:10
**approached** 58:2
  112:22 113:1,2,15
  135:20
**approaching**
  131:19 136:10
**approved** 48:20
**approximate** 31:3
**approximately** 11:7
  52:23 64:19,20
**area** 26:4 41:6
  52:13 61:14 62:17
  62:22 65:4 66:10
  72:11,19 73:7,8
  73:21 76:1 79:1
  98:22 99:2,19
  101:10 103:13
  110:11 117:15
  130:21
**areas** 53:11 138:24
**Arizona** 30:12

**arm** 70:1,3 71:8
**Army** 8:18
**arrangements**
  107:9
**arrested** 127:4
**arrive** 52:23
**arrived** 53:8 55:4
  61:5,8,12
**arrow** 55:8 57:21
  57:24 108:14
**aside** 39:9
**asked** 106:15
  125:13 128:4,5
**asking** 49:7 100:10
**asks** 31:13
**assistance** 41:10,11
  82:23 83:1 88:18
**assistant** 30:3
**associated** 39:6
  40:3
**assume** 35:22 38:16
  80:19
**assuming** 117:21
**attached** 132:12
**attendant** 40:6
  45:22
**attention** 57:10
  58:6 62:9,15
**attorney** 5:18 75:17
  103:8 105:18
  106:5 107:24
  141:19,20
**ATTORNEYS** 2:18
**attorney's** 106:9
**attribute** 31:2
**authorization** 12:3
**availability** 97:15
**average** 13:20
  41:13 120:15
**avoid** 114:19 115:4
**aware** 24:2,3 113:2
**awhile** 84:18
**A.D** 2:5 140:22
**a/k/a** 1:12,17

**B**
**B** 121:9,12,12 143:8
**back** 11:13 14:16
  14:20,22,24 16:15
  19:7,9 22:10
  28:14 34:12 41:15
  41:24 42:6,10
  43:22 45:4 46:13
  53:12 56:1 59:3
  66:23 67:23 71:7

  71:8 81:10,15,19
  82:3 85:4,5 89:6
  97:2,3 100:19
  105:13 106:24
  111:13,14,15,17
  119:22 124:6,6,12
  124:16 125:8
  128:4 130:11
  138:2
**backed** 60:2
**background** 5:23
  125:24
**backwards** 33:10
  68:12
**bag** 44:16 93:23
**bags** 44:9,11 46:16
**balance** 95:13,14
**bam** 69:16
**bandanas** 115:13
  115:13
**banned** 110:9
**barely** 46:10 73:10
**bars** 82:9 83:17,18
**base** 53:21
**basic** 4:24 5:23
  39:14
**basis** 16:16
**bathing** 83:20
**bathroom** 82:9
**bathtub** 83:22
**beaten** 34:3
**bedroom** 37:14
  85:14
**behalf** 2:16,23 3:8
**belief** 22:14 40:22
  137:7
**believe** 6:13 7:22
  11:5 16:7 19:12
  20:9 21:7,22 22:1
  25:19 27:20 28:12
  30:11 31:10 32:5
  32:6 36:2,5,11
  38:4 39:4 40:1,9
  50:7,10 51:3,9,13
  53:1 55:24 56:17
  66:9 68:13,16
  69:22 70:11,15
  73:14 75:9,9 92:5
  101:18,20 102:18
  102:22 105:16
  106:22 107:22
  109:13,19 110:3
  111:7 115:22
  117:23 118:12
  121:22 123:5

BRUCE ROGERS,   NOVEMBER 13, 2007

| | | | | |
|---|---|---|---|---|
| 124:10 125:2 | **breaking** 70:12 | 118:5,7 119:2 | **chronic** 22:1 | 67:3 81:12 85:6 |
| 126:18 128:2 | **breathing** 21:19 | **care** 105:16 132:13 | **cigarette** 23:14 | 88:24 89:3 107:23 |
| 134:15 136:24 | 24:9 94:2 109:12 | 137:15 | 110:1 | 113:19,21 128:23 |
| 138:11 | 109:16,17 111:12 | **caregiver** 25:20 | **circle** 56:4,7,11 | **comes** 66:19 80:10 |
| **benefits** 48:6,14,19 | **Briefly** 42:16 | **carrier** 125:7 | 100:21 101:15,17 | 117:18 |
| **best** 37:21 80:8 | **brighter** 76:7,20 | **carry** 23:16 44:18 | 101:18 102:3,6,7 | **coming** 52:10 66:12 |
| 107:4 122:8,14 | **bring** 22:21 23:7 | 93:21 97:9 | 102:11,15 103:16 | 77:7 114:14 |
| 134:5 | 85:13 | **cart** 42:21,23 | 103:18 | 129:15 |
| **better** 32:7 44:8 | **broad** 78:24 | **case** 1:8 105:11 | **circled** 57:16 113:9 | **commencement** |
| 89:17 122:20,22 | **broke** 27:13 75:12 | 111:23 140:8 | **CIRCUIT** 1:4 | 141:7 |
| 122:24 | **broken** 65:2 | **cash** 39:1,16,23 | 140:4 | **commercial** 9:23 |
| **beyond** 8:16 26:22 | **brought** 44:20 | **catch** 46:1 | **city** 110:8 117:16 | 10:4 |
| **bicycle** 88:9 94:23 | **brown** 131:4,5,8 | **caught** 57:10 62:8 | **Civil** 1:23 | **comp** 105:21 |
| 95:10 | 136:5 | 62:14 | **claim** 105:14 | **companies** 60:10 |
| **big** 84:6 102:6 | **Bruce** 1:6,21 4:3,10 | **cause** 18:4 38:14,18 | **claimed** 18:22 | **companion** 97:17 |
| 117:3 | 4:12 132:13 | 111:6 | **clarity** 72:14 | **company** 1:11,15 |
| **bigger** 77:16,20 | 134:12 140:6,20 | **caused** 13:7 16:20 | **class** 121:17,18 | 1:16 4:21 12:8 |
| 84:23 85:18 | 143:3 | 28:2 129:23 | **classes** 121:3,20 | 14:4,5 48:17 51:1 |
| **bike** 95:1,3,16 | **Buddy** 31:11 | 136:24 137:7 | **claustrophobia** | 60:11 105:17 |
| **bill** 53:14 56:17 | **building** 50:18 52:6 | **causing** 136:20 | 40:20 | **compared** 89:20 |
| 104:20,23 105:7 | 53:9 61:18,24 | **CDL** 9:24 | **clean** 51:6,15 | **compensation** |
| 107:12 109:6,7 | 68:19,19,20 69:7 | **cell** 73:20 106:16 | **cleaning** 84:13,14 | 30:18 104:10 |
| **billions** 136:18 | 69:8 90:3 99:10 | **cement** 58:15 | 84:16 85:2,8 | 105:11,14,19 |
| **bills** 104:1,3,9,12 | 101:1 | 136:18,21 137:3 | **climb** 36:4 37:1 | 106:1 125:7 |
| 104:13,14,17 | **bunkbeds** 116:17 | **center** 43:11 58:18 | 38:4 82:17,21 | **compensative** |
| 105:2,8,22 132:13 | **business** 106:8 | 139:2 | 83:2 90:2,3 | 125:11 |
| **birth** 6:23 | **busy** 17:7,24 | **cents** 13:11,18 | **climbing** 36:7 94:19 | **complaint** 52:1 |
| **bit** 19:8 89:17 93:3 | **butt** 37:23,24 | **certain** 6:3 50:12 | **clipboard** 56:19 | **complete** 8:2 19:22 |
| 117:15 121:15 | **buy** 87:5 | 51:16 55:17 67:8 | **close** 57:14,18 | 19:23 123:6 |
| 128:21 | **B-R-U-C-E** 4:10 | 79:6 82:7 89:21 | 72:13 89:5 103:8 | 132:16 133:4 |
| **black** 54:14 86:19 | | 91:2 123:12 | 134:6 | 140:17 |
| 102:13 | **C** | **Certificate** 3:13 | **closer** 63:16 76:6 | **completed** 7:24 |
| **blind** 75:14 | **C** 1:3 9:23 18:21 | 142:5 | 76:16,19 | **computer** 34:18,20 |
| **blinks** 31:13 | 120:16,17 121:20 | **Certified** 2:3 141:5 | **closest** 53:18 | 35:2,5 |
| **blood** 31:15 | 140:3 | **certify** 140:12 | **clothes** 44:16 | **con** 43:7 |
| **body** 69:11,13,18 | **cab** 37:1 41:1 80:6 | 141:6 | **clothing** 114:11 | **concealing** 74:7 |
| 71:19 73:18,24 | 92:1,2 116:17 | **chance** 96:6 | **clubbing** 92:24 93:6 | **concentrator** 23:4 |
| 74:4 102:8,16 | **calculate** 19:3 | **change** 23:16 39:16 | 93:11 | 37:9 |
| 110:21 | **calculated** 19:1,2 | **changed** 92:9,22 | **clubs** 109:24 110:1 | **concern** 24:24 |
| **bone** 70:12,20 | **call** 31:11 50:6 | 97:18,22 98:1,9 | 110:5 | 136:20 |
| **boss** 30:5 | 75:12,13 83:19 | **changes** 140:18 | **code** 1:23 115:14 | **concerning** 141:9 |
| **bother** 18:5 | 106:15 116:24 | **charges** 123:21 | **cold** 40:12 | **concrete** 103:1 |
| **bothered** 17:23 | **called** 1:21 4:4 | **check** 31:15 47:5 | **collectors** 104:21 | **condition** 21:19 |
| **bottle** 43:1 | 106:14,16 117:4 | 53:15,17 | 104:23 105:7 | 23:20 40:23 77:10 |
| **bottom** 50:3 101:1 | **calling** 104:20,23 | **checking** 117:14 | **college** 8:5,11 121:3 | 129:23 |
| **bought** 87:3 | 105:8 128:22 | **chemical** 51:6 | 121:6,10,13,20 | **conditions** 26:10 |
| **bounce** 74:10 | **calls** 32:12 | **chemicals** 10:20 | **color** 54:15 130:1 | **confirm** 6:17 |
| **bowl** 92:12 | **camp** 96:22 97:3 | 138:12 | 131:9 | **confused** 113:5 |
| **bowling** 92:11,16 | **cane** 41:9 | **Chicago** 2:4,13 3:5 | **colors** 131:2,3,5,11 | **conjunction** 16:19 |
| **boxy** 117:3 | **capabilities** 98:1 | 81:12 82:21 104:9 | **Columbia** 8:11 | **conscious** 74:23 |
| **brakes** 35:20 | **capability** 39:5 | 141:24 | **combination** 11:5 | **consider** 40:1 |
| **Brandywine** 34:23 | **capacity** 91:15 | **children** 7:12,17,19 | **combinations** 10:10 | **consistent** 31:24 |
| **bread** 42:18,19 | 124:21 | **chores** 84:12 112:4 | 10:18 | **consisting** 140:14 |
| **break** 5:17 132:22 | **capital** 94:12 | **chose** 62:22 63:7,12 | **come** 19:16 34:11 | **constant** 97:17 |
| 133:1 | **car** 43:8,10 117:11 | **Chris** 29:23 30:9 | 34:23 50:5 66:16 | **constitutes** 141:14 |

BRUCE ROGERS, NOVEMBER 13, 2007

**Construction** 1:15
  1:16,17 2:24 3:9
**contact** 69:20,23
  70:3
**contacts** 46:19,22
**contain** 102:7
**contained** 102:15
**contains** 93:23
**context** 4:19
**continuation** 89:13
**continue** 16:13
**contract** 60:10,12
**Cont'd** 3:1
**conventional**
  116:16
**convicted** 126:2,4
**conviction** 134:12
**cook** 1:4 4:14 85:23
  86:2 140:4 141:3
**cooking** 84:13,15
  86:6
**cooperate** 73:18
**cooperating** 74:1,5
**cooperative** 12:13
**COPD** 21:23,24
  23:19,20,21,24
  25:3,22 26:1,8
  94:6 97:6
**copies** 54:14,15
**corner** 58:20 69:3
  120:8
**corporation** 87:4
**correct** 9:12,16
  14:5 18:17 20:5
  20:19 22:22 26:16
  27:2 30:10 39:11
  39:17 41:2 42:1,7
  45:18 49:23 50:1
  53:16 58:7 59:15
  59:19,23 62:3,4
  62:19 63:6,6,8,10
  63:14 69:4,8 74:5
  74:24 76:11,13,21
  76:24 77:8,15
  79:13 80:2,18
  81:17 82:10 83:24
  84:13 94:3 99:23
  102:17 109:9
  111:9 113:9,13
  116:15 118:4
  123:13 125:4
  129:12 130:21
  131:6,9 132:2,6,7
  135:21 140:16
**corrective** 47:16

**cost** 16:18
**counsel** 141:19,20
**county** 1:3,4,5 4:14
  140:3,4,5 141:3
**couple** 31:24 54:23
  93:5 122:3
**course** 27:6 110:9
**courses** 8:5,7
  121:10
**court** 1:4,24 4:9
  140:4
**cover** 16:16 67:17
  67:20 75:17
**covering** 74:17
**crank** 92:6
**cranking** 92:7
**cream** 42:18,19
**create** 16:4
**crossed** 97:2
**CSR** 2:2
**Culp** 100:19 102:11
  103:14 134:5
**curb** 43:24 44:22
  45:17
**curbside** 46:1
**current** 6:23
**currently** 30:20
  41:8 46:21 48:9
  85:1,3 93:18 94:7
  97:6
**customer** 39:2
**CUTLER** 2:10
**C.S.R** 3:12 142:5

———— **D** ————

**D** 143:1
**dad** 9:17,21
**daily** 16:16 84:12
  95:5,6
**dance** 94:6 110:1
**dancing** 92:23 93:1
  93:8,11,17 94:2
**danger** 136:12
**dangerous** 72:17
**darker** 54:9
**date** 6:22 12:16,17
  14:7,11 18:23
  49:16
**dates** 14:7
**daughter** 96:15,16
**day** 2:5 11:4 17:10
  21:2 23:15 32:16
  39:11 41:13 52:17
  52:21 65:12 66:1
  67:21 97:4 118:2

  121:17 128:11
  140:22 142:1
**days** 7:7 9:10 17:13
  17:14 23:16 32:20
  33:6 65:21,24
  80:22 125:1
  126:23
**deal** 32:13
**debris** 130:9,23
  131:1,22 137:4
**December** 142:1
**decided** 73:19
  84:23 90:16
**decision** 30:11
  74:23
**declared** 48:10
**deep** 138:18
**deeper** 138:24
**defect** 129:22 130:2
**defendants** 1:19
  111:22,23 140:10
**defendant's** 6:10
**degree** 8:13
**degrees** 68:22
**deliver** 123:19
**deliveries** 14:19
  114:18
**delivery** 75:10
  107:7,9 108:12
  115:5 117:9,10,18
**demerit** 123:21
**Department** 1:5
  23:18,22 140:5
**depicted** 58:18
  67:20
**depicting** 134:5
**deponent** 56:7
  102:10 103:19
  139:7
**depositing** 130:3
**deposition** 1:21
  4:12,16 6:4 22:19
  50:13 51:17 79:7
  113:8 129:20
  140:13,17 141:11
  141:16
**depositions** 2:1
**depot** 50:5
**depth** 130:2 138:23
**describe** 64:6
**described** 8:16 16:9
  97:7 98:8 137:8
**description** 82:14
  129:9,24
**destination** 35:1

**destinations** 60:17
**detailed** 82:14
**details** 107:13
**diagnosed** 40:19
**diagnosis** 21:18
**difference** 87:19
  122:13
**different** 26:4 30:6
  31:14 37:7 60:9
  76:4 77:3 97:10
  99:1 125:8 131:2
  135:24
**difficult** 41:19 94:6
  112:8
**difficulties** 15:18,24
**difficulty** 24:9
  32:17 38:18
  109:14
**digital** 31:16
**dimensions** 64:14
  129:24
**diminishing** 47:18
**direct** 29:15 138:3
**directed** 108:17
**direction** 102:21,23
  108:6 129:2
  141:13
**directly** 61:24
  141:21
**dirt** 130:8,23,24
  131:22 136:5
  137:5
**disability** 48:19
**disabled** 48:10
**discharge** 81:11
**discharged** 9:7,11
  9:13 29:6 81:5
  82:20 83:11
**discharging** 114:15
**discovery** 2:2 4:12
**discussion** 55:15
  100:16
**disease** 22:2
**dishes** 112:15,15,17
**dishonesty** 126:5,8
  127:14
**disqualify** 47:16
**distance** 44:21
  57:15 63:10 80:5
  80:5 87:23,24
  88:1,3 90:7 118:7
  118:8 133:12,16
**distracted** 62:6
**DIVISION** 1:5
  140:5

**divorced** 7:14
**dock** 59:13,18 60:3
  61:19,21,22 62:3
  62:19 69:3 76:1
  77:7 99:5
**docks** 59:4 99:11,13
**doctor** 25:12 28:12
  47:3 110:10,15,17
  111:2,5 124:22
**doctors** 25:13,21,24
  48:23
**document** 6:3 50:12
  51:16 55:17 67:8
  79:6 91:2
**documents** 130:10
**doing** 15:18 29:4
  40:13 45:23 71:9
  71:10 84:18 85:3
  112:4,14 115:1
**dollars** 91:17
**donkey** 86:13,14
**donkeys** 86:11,16
**door** 52:9 53:18,18
  53:20,22 54:9,10
  55:1,4,5,6,7,12,13
  55:24 56:7,11
  57:6,7,11,16,19
  57:20,23 58:2,10
  58:14,17,21 60:23
  61:1,18 68:24
  75:24 80:6,8 99:9
  99:12,23 100:7,12
  101:4,9 108:5,6,8
  108:15,18 109:5
  112:22,23,24
  113:9,10,16 114:1
  135:3,3,4,6,6,15
  136:11 137:21,22
**doors** 71:6
**DOT** 91:22
**double** 10:24 84:3
**Dr** 25:14,17 110:14
**drain** 58:18 65:5,6
  65:7 67:14,15
**drainage** 130:3,8
  130:16,17,17
**dramatically** 94:15
**draw** 56:3,4 102:3,8
**drawn** 102:11
  103:18
**dress** 115:14
**drew** 56:7 62:9
  100:20 101:15
**drink** 93:8
**drinking** 24:22

Page 3

BRUCE ROGERS,   NOVEMBER 13, 2007

96:19 134:17,20
**drive** 9:21 22:16
    33:8,15,16,18
    34:19 43:8,10
    65:14,19 87:9,20
    90:8 91:14,18
    95:19 115:20
    116:2 118:4,5
    119:2 136:16,19
**driven** 9:6 116:4
**driver** 9:16 11:4
    106:22 107:1
    115:23 136:16
**drivers** 15:4 17:7
    23:23 55:7 57:20
    106:15 108:5
**driver's** 9:23 37:17
    37:24 65:18
**driving** 13:12 16:15
    16:15 23:6 34:18
    38:13,18 116:9
    118:7,22 119:22
**drop** 35:9,11,15
    36:1,16,18,19,21
**dropped** 91:15
**dropping** 36:9
**drove** 13:18 33:5
    65:9,13 118:8
    123:9
**drunk** 127:12
**dry** 51:12 58:9,12
    66:10,17
**dryer** 85:20
**due** 29:6 65:20
    109:15,17 123:18
**duly** 4:1,4 141:8
**duties** 17:8 18:7
    29:1,7
**duty** 14:9,10,12,16
    16:9,21 17:1
    18:14 22:10 28:16
    29:9,16 124:5,6
    124:13
**dynamite** 11:1

———— E ————
**E** 143:1,8
**earlier** 111:8
    112:20
**early** 48:13 118:17
**eat** 86:4 118:12
**edge** 64:9,9,13,13
    73:1 99:10,11
    133:7,19
**edging** 101:18

**education** 7:23
**EDWIN** 2:15
**effect** 47:18
**eight** 17:6,10 39:11
**eight-hour** 121:16
**either** 30:9 121:1
    124:3 129:3
**electronically** 32:8
**elevator** 24:12,19
    24:20
**emergency** 128:8
**Emphysema** 21:21
**employed** 12:9
    104:7
**employee** 141:18,19
**employer** 124:9
**employment** 29:9
    39:21,22
**empty** 35:9,11,15
    36:1,9,16,21
**encased** 116:14
**enclosed** 116:14,24
**encounter** 82:16
**encountered** 92:3
**ended** 14:22 117:10
**endorsed** 10:10
**endorsement** 10:12
    10:13
**engaged** 60:9
**engine** 8:21
**engineering** 8:9
**engines** 8:24 9:1
**English** 120:20
**enjoy** 91:9 94:12
**enjoyable** 97:7
**enroute** 55:8
**enter** 126:16
**entered** 126:18
**entertainment**
    91:10
**entire** 102:7 112:12
**entitled** 132:12
**entrance** 56:1,2,4
    59:18 79:18,23
**entrance/exit** 130:4
**estimate** 37:21 44:7
    73:4,4 78:17 80:8
    122:8,14,14 134:5
    138:20
**estimates** 44:6
    78:16
**et** 140:9
**evaluated** 49:2
    125:15
**evaluation** 28:13

47:14
**evening** 118:18
**event** 109:6 110:10
**eventually** 75:2
    79:23 135:16
**everybody** 126:1
**everyday** 31:18,19
    32:10
**exact** 129:24
**exactly** 76:6
**exam** 124:21 125:1
    125:3
**examination** 1:22
    4:6 105:5 124:21
    125:22 134:10
    138:7,16 141:8
    143:2
**examine** 63:16
    77:12
**examined** 4:5
**example** 71:7 78:24
**examples** 10:23
**excluding** 36:9 37:3
    37:5
**exercise** 32:19
**exhibit** 6:2,4,9
    50:13 51:17,21
    54:8 55:18,22
    56:8 67:6,9,12,20
    75:16,23 76:11,13
    76:17,23 77:23
    79:7,11,13,24
    80:1 91:3 98:14
    99:20,22 100:6,19
    102:11 103:14
    129:20,20 134:5
    143:10
**Exhibits** 75:18 78:5
**expert** 125:8
**extreme** 45:7
**extremities** 27:10
**eye** 47:2,11,12,15
    47:16 58:20 62:9
**eyes** 47:5,7
**eyesight** 46:18
**E1** 9:14

———— F ————
**F** 75:18 78:5,7
**face** 74:10
**facilities** 15:6
**facility** 16:19 34:6
    79:18 80:2 108:1
**facing** 57:23 68:17
    68:18,20,21

**fact** 62:2 63:7
**fair** 77:6 80:15
    131:21
**fall** 35:24 55:14
    63:18 64:4 98:23
    111:15 136:24
    137:2,3,6,13
**fallen** 71:20
**falling** 62:1
**falls** 28:2
**familiar** 51:23
**familiarize** 58:3
**far** 11:12,13 21:18
    25:1 41:12 47:12
    49:12 63:1,21,23
    72:6,15 75:8 90:8
    90:9 95:8 96:24
    100:23 103:10,10
    104:17 105:22,23
    108:9,16,21
    109:16 111:23
    114:18 115:8
    123:3 125:15,16
    129:15 133:6,12
    133:22
**farm** 87:14,15,21
    88:6
**farther** 88:4
**fast** 68:6
**fatigued** 112:18
**fee** 123:10,12
**feed** 86:21
**feel** 24:17 28:11
    41:4 45:1
**feet** 25:1 27:12
    33:21,22,22,23,24
    38:2,4 44:24 64:1
    64:9,10,11,12,17
    64:18,19,20 80:9
    90:10 111:9,11
    112:10 113:24
    133:15,16,16,23
    138:1,2
**fell** 62:6 64:22 65:1
    68:5,5 69:1 71:15
    71:17 77:3,11,15
    78:9 107:7,24
    108:2,3 135:16,20
    135:23 136:1,2,8
**felony** 126:2
**felt** 95:12
**fifth** 35:18
**figure** 19:5,6,8 53:5
**figured** 20:15
**file** 12:1 14:18

105:13
**filed** 11:10 121:23
**finally** 45:1
**find** 12:1,12 39:21
    59:11 107:18
**first** 2:11 4:4 52:9
    53:8 55:12 63:24
    64:5 75:16 90:14
    98:18 112:22
    113:1,16 130:4,15
    135:3
**fits** 83:22
**five** 7:20 17:13,14
    30:6 43:20 45:19
    65:21 88:23 89:9
    92:15 119:18,19
**flashers** 53:14
**flat** 50:3 131:18
**flatbed** 33:16
**flatbeds** 33:15
**flew** 22:19 46:12
    81:9,15
**flight** 46:10
**flow** 65:7
**flowing** 129:1,12
**flu** 128:12
**focus** 46:17 58:21
    135:5
**following** 133:17
**follows** 4:5
**foot** 64:8 68:1,3,8
    68:11,18 69:10
    72:11 73:6,7
    88:14,15,16
    102:20 103:6,10
    103:15 137:8
**footage** 97:10
**footwear** 115:8,17
**foot-wide** 85:17
**Force** 8:19,20
    119:13
**Ford** 87:12
**foregoing** 140:13
    141:11
**foreground** 67:13
**forklift** 107:17
**forth** 71:7
**forward** 33:9 35:21
    53:14 68:12
**found** 71:3 100:22
    101:17,24 102:1,4
    102:8,17 126:19
**four** 9:10 45:15
    88:23 89:9 92:15
**fracture** 26:18

BRUCE ROGERS, NOVEMBER 13, 2007

| | | | | |
|---|---|---|---|---|
| fractured 22:15<br>  26:14,15 74:4<br>fractures 27:9<br>frame 43:1<br>friends 81:16<br>front 58:7 63:20<br>fueling 34:18<br>full 14:12 50:24<br>  124:6,12<br>functional 124:21<br>FUND 1:13<br>further 38:12<br>  125:22 138:7,16<br>  139:7<br><br>          G<br><br>gain 31:3,8 42:5<br>gainful 39:21,22<br>garbage 74:17<br>gas 13:14 16:16<br>gasoline 8:23<br>gate 87:8 89:4,4<br>gear 35:17 44:19<br>  92:5<br>GED 8:3<br>general 33:2 72:11<br>  100:23 110:15<br>generally 34:21<br>  35:4 41:14 77:14<br>  77:16,18 101:13<br>  118:5 122:19<br>generate 94:11<br>Geneva 2:20<br>gentleman 100:20<br>  101:17 102:16<br>gentleman's 75:3<br>getting 18:6,6 48:13<br>  48:15 72:13 73:18<br>  83:13 87:19,21<br>  88:5,9 91:24 92:2<br>  104:12,13 135:2<br>girlfriend 65:22<br>  81:24 84:17,19<br>  86:2 96:15 118:19<br>give 5:1 10:22<br>  13:17 17:4 29:21<br>  31:14,16 36:20<br>  39:16 42:9 44:5<br>  45:6 48:8 73:3,4<br>  73:11 78:15 82:14<br>  84:6 87:6 105:10<br>  107:13 124:14<br>  133:12<br>given 4:16 11:24<br>  94:6 97:5 140:13 | 140:17 141:14<br>giving 32:4 129:23<br>glare 74:9<br>glaring 74:10<br>glasses 46:19,21<br>  47:8,10<br>glassy 74:11<br>go 4:24 6:12 8:4,15<br>  11:13,18 14:16<br>  19:9 24:12,19,20<br>  27:22 32:20 34:22<br>  35:6,7,16 37:11<br>  37:14 41:6 42:14<br>  42:17,17,19 43:20<br>  44:9,10,10 45:13<br>  53:6,17 54:16,20<br>  57:13 60:23 61:21<br>  65:21,23 68:11<br>  82:4,4 85:5 87:3,5<br>  87:7,8 88:24 90:7<br>  90:11,13,22 92:11<br>  92:16,23,23 93:1<br>  93:6,10 95:3 96:1<br>  96:2,3,12,14<br>  97:14 103:1,6<br>  108:18 109:6,22<br>  109:24 110:21<br>  112:24 113:16<br>  117:18 118:19<br>  119:22,24 124:6,6<br>  125:4 127:1 135:4<br>  137:22<br>goes 32:10 37:10<br>  59:15 61:22<br>going 24:23 40:5<br>  52:2 56:3 57:13<br>  58:10,21 64:15<br>  67:19 78:10 81:1<br>  99:9 114:1 124:11<br>  124:15,18 125:8<br>  135:3,6,14,17<br>  137:21 138:20<br>golf 110:9<br>Gonnella 4:20<br>good 45:3 90:16<br>  93:21 132:18<br>gotta 60:23<br>grade 120:15 121:8<br>grades 120:11<br>  121:11<br>graduated 120:21<br>great 90:14<br>green 54:9 130:20<br>  131:5,7,9<br>greenish 72:8,19 | 131:4,7,8 136:4<br>grew 9:17 72:16<br>grocery 42:14<br>gross 12:24 123:7<br>ground 4:24 37:18<br>  37:23 58:7,9,14<br>  59:15 61:22 68:5<br>  69:12,13,14,15,19<br>  69:24 70:6,18<br>  72:7 135:24<br>Group 55:18 75:16<br>  78:5,8<br>grown 94:12<br>guess 31:5 32:7<br>  37:20 44:5 53:23<br>  53:24 73:1,2<br>  78:11,12,13 81:7<br>  84:24 106:9<br>  122:14 134:2,4<br>guesses 78:15<br>guessing 37:19 44:4<br>  122:5,10<br>guidelines 115:7<br>guilty 126:17,17,18<br>  126:19<br>guy 101:23 102:1,4<br>  102:8<br>guys 75:13<br><br>          H<br><br>H 143:8<br>half 21:3,14 66:2<br>  87:23 95:9<br>hand 15:3,14 56:18<br>  56:23 57:4 141:24<br>handed 57:1,2<br>handicap 96:18<br>handicapped 96:17<br>handing 14:22<br>  15:11 18:8<br>handrail 61:23 83:3<br>  83:4,12<br>hands 56:15<br>hangs 37:10<br>happen 62:8<br>happened 57:9 68:3<br>  69:10 70:22 75:8<br>  90:13 106:7,11,13<br>  106:14,17,20<br>  108:7 117:21<br>happens 112:17<br>happy 5:20<br>hard 26:2 29:17<br>HASZTO 3:3<br>haul 10:20 | hauling 51:4 52:17<br>  91:19<br>hay 86:21,24 87:5<br>hazardous 10:20,24<br>  51:8<br>hazards 114:18<br>  115:5<br>Hazmat 10:1,9<br>head 5:3,6 13:4<br>  37:22 52:3<br>headed 50:11,17,22<br>  54:11 55:1 56:12<br>  58:17 79:23 97:2<br>  100:7<br>headquarters 15:1<br>  30:12<br>Health 31:11<br>hear 7:16 62:12<br>  70:7,9,19 84:3<br>  106:5<br>heard 70:18,21<br>  130:14<br>hearing 106:1,2<br>heartbeat 31:15<br>heavy 90:5 102:12<br>heel 50:1<br>height 130:2<br>hell 117:13<br>help 46:3,15 81:22<br>  82:8 83:23 84:20<br>  85:6 89:12<br>helped 89:15<br>hereto 141:21<br>hereunto 141:23<br>high 8:2 11:1 37:17<br>  37:23 87:15,17,17<br>  119:24 120:5,12<br>higher 90:23<br>highest 7:23<br>highway 117:4<br>hike 96:24<br>hiking 96:3,10 97:6<br>hip 17:9,23 18:2<br>  22:15 26:5,15,22<br>  27:2,5,17 35:24<br>  36:16,21 37:4,5<br>  38:6,10,14,17<br>  69:14,19 70:7<br>  74:4 75:12 111:12<br>  119:8 127:18<br>  137:17<br>hire 90:4<br>hired 60:14 115:22<br>hit 68:5,6 69:12,13<br>  69:14,15,19 70:6 | 111:11<br>hitting 70:18<br>hobbies 32:23,24<br>  33:2,4<br>hole 62:1<br>home 11:19 34:10<br>  34:11 37:8 81:19<br>  82:4,5,7,14,17<br>  83:4,14,15 85:5<br>  87:7<br>honorably 9:11<br>hook 37:13<br>hooked 37:11<br>Horowitz 25:14,17<br>  110:14<br>hoses 37:8,8<br>hospital 25:4,5,10<br>  26:4,8 27:23<br>  43:15,16 46:5<br>  80:11,13,14,18<br>  81:6,11,15 82:4<br>  82:12,15,21 89:14<br>  104:9 110:22<br>  128:2,10,14<br>hour 17:3 121:18<br>  123:15,18,22<br>  136:19<br>hourly 17:2<br>hours 17:4,10,15,17<br>  23:15 39:11 42:17<br>  45:24 65:18 93:22<br>  121:17<br>house 11:13 84:12<br>  85:2 89:3<br>housework 112:4<br>Hull 2:10,15 12:3<br>  12:18 13:22 52:5<br>  52:9 54:21 98:17<br>  100:24 101:5,23<br>  102:24 103:22<br>  113:5 131:15<br>  134:9,11 138:6<br>  139:4 143:6<br>hurrying 135:7<br>hurt 18:11 41:24<br>  45:4 111:15<br>hurting 17:9<br>hurts 41:15<br>hypothetical 36:20<br>H-O-R-I-W-O-R-...<br>  25:16<br><br>          I<br><br>ice 42:18,19 136:17<br>idea 5:11 21:5 |