BRUCE ROGERS, NOVEMBER 13, 2007

30:14,19 39:7
84:6 90:17
**identification** 6:5
  50:14 51:18 52:13
  55:19 67:10 79:8
  91:4
**identify** 52:15
**iffy** 32:13 110:7
**ignoring** 107:17
**III** 2:15
**Illinois** 1:1,4,24 2:5
  2:13,20 3:5 4:14
  140:1,4 141:1
  142:1
**imagine** 45:8 46:14
  104:10 114:23
**impact** 70:21
**implement** 32:6
**important** 98:12
**impression** 66:15
  133:10,11
**incapacitated** 107:8
**inch** 138:21
**inches** 133:24
**incident** 90:20
**include** 36:14
**includes** 140:18
**including** 130:1
**inclusive** 14:7
  140:15
**income** 11:10,17
  18:22 47:21 123:3
  123:8
**increased** 18:5
  21:17
**indefinitely** 124:7
**indicate** 59:8
**indicated** 53:10
**indicating** 15:13
  23:1 29:6 44:12
  50:19 54:7 56:23
  61:14 69:2 70:10
  73:21 79:20 86:15
  87:18 100:22
  101:2,4,10 103:13
  103:17 113:22
  114:2 133:20
**indication** 124:14
**indicative** 76:9
**indirectly** 141:21
**influence** 81:8
**influx** 17:7
**information** 5:24
  6:23 32:8
**initial** 69:20

**initially** 81:19 89:2
  117:9
**initials** 56:4,8
  100:21 102:5,8,12
  103:22
**injure** 70:2
**injured** 4:22
**injuries** 14:2 22:15
  26:21 28:2,3
**injury** 18:23 26:5
  26:22 37:4,5
  38:12 128:5
  137:18
**inner** 72:21,24
**inpatient** 80:17
**inside** 73:9,10,11
  103:16,18 130:21
**insurance** 104:4,7
**intent** 20:10
**intentionally** 71:14
**interested** 141:21
**interrogatories**
  6:10 129:19
  132:12
**interrogatory** 6:21
  13:21 14:1
**involved** 127:14
**involving** 126:5,7
  127:14
**issue** 24:4 35:23
  36:10,14,17,23
  37:2 39:9 98:16
**issued** 12:5
**issues** 38:5 86:5

**J**

**J** 2:15
**jack** 59:22 86:19
**jacket** 71:22
**jail** 127:2,3
**jeans** 71:24
**jet** 9:4
**Jimmy** 86:19
**job** 14:10 16:3,4,9
  16:21 17:2 18:14
  28:6,13,24 29:7
  30:2 39:6,24
  48:18 49:3 124:7
  124:13 125:8
**jobs** 30:6 39:1,2
  125:16
**JOHN** 3:7
**June** 12:18,18
  118:2

**K**

**K** 1:3 140:3
**keep** 11:14 40:18
  50:10 124:7,17
**kept** 71:9
**Keys** 107:12
**kids** 43:2
**kind** 44:21 49:17
  51:10 72:8,14
  87:11 91:23 93:23
  107:17 110:7
  120:11 125:11
  128:12 133:16
  137:11
**kinds** 49:7
**King** 48:4
**kitchen** 37:12
**knees** 27:12
**knew** 69:16 74:12
  74:14,22 108:9,10
**knock** 61:1
**know** 11:23 12:2,17
  13:1,22 16:5,10
  18:24 21:17,19,20
  21:24 24:8 25:15
  25:17 26:3,4,19
  26:20,21 27:20
  28:22,23 29:10,11
  29:22,24 30:6
  37:19 39:5,14
  40:6,21 41:3
  42:16 46:24 47:19
  48:12 49:4,5,13
  50:20,24 51:4
  52:2,4,9 54:1,2,6
  64:8,16 65:8,9
  66:7,12 67:15,18
  70:19,21 72:16,17
  73:3,3,16 75:2,3
  75:14,20 76:6
  77:5,20,21 78:4
  80:14,16,23 81:4
  84:2 90:8 92:7,20
  93:14 97:16,20
  99:11 103:12,12
  104:2,3,14,17,19
  105:15,22,23
  108:4,4,16,21
  109:3,16 110:6,8
  110:20 111:21,24
  112:2,10 114:7,8
  114:13 115:12
  117:8,16 119:18
  120:22 124:5,20
  126:11,20,23

127:19 128:23,24
  129:3 130:5,6,15
  130:17 131:23
  132:14 133:5,8
  136:5
**knowledge** 49:14
  99:6 104:16
  110:23 115:9
  126:3 129:13

**L**

**L** 140:8
**Laboratories** 1:10
  51:2
**lack** 29:7
**ladder** 90:2,11,18
  91:1 94:19
**lading** 53:15 56:17
  107:12 109:6,8
**lady** 5:2 49:5 83:12
**lady's** 75:5
**laid** 70:24 73:13
**landing** 35:17 73:7
**large** 87:5
**Larger** 88:1
**Las** 118:8
**lasso** 87:8
**laundry** 85:11,21
**law** 1:5 2:18 3:3
  65:19 140:5
**lawnmowing** 86:11
**laws** 4:13
**lay** 70:23 71:2
  107:18
**laying** 71:11,12
  72:7 106:15
  130:22 131:13
  135:23 136:3
**lazy** 59:5,6,9 86:7
**lead** 37:11 88:15
**leader** 30:5
**leading** 79:1
**lean** 41:15,21 42:6
**leaned** 42:24
**leaning** 41:16,20
**learn** 107:23
**learned** 74:3
**leave** 82:13,15
**leaving** 135:5
**left** 27:14,15 45:23
  47:10,12,15 56:23
  57:1,24 67:24
  68:15,16,19 69:8
  79:2,4,13,14,16
  79:17,20,24 88:13

88:15,16 101:21
  113:12 114:1
  118:16
**leg** 27:13,14,14,15
  36:6 137:12,17
**legs** 27:12 41:6
**length** 39:13 40:16
  41:24 130:1
**letter** 75:17
**letting** 119:1
**let's** 10:6 14:1
  32:16 35:22 36:14
  36:19 37:11 38:16
  39:9 67:23 75:15
  79:5 92:8
**level** 7:23 37:22
  59:18
**license** 9:23 10:3,4
  10:6 11:5
**life** 27:6 92:9 97:19
  97:22
**lift** 92:4
**lifts** 71:7
**light** 14:9,16 16:9
  16:21 17:1 18:14
  22:10 28:16 29:8
  29:16 31:13 76:12
  124:4
**lighter** 76:12,13
**lighting** 76:3,4,16
**limited** 92:10
**limits** 91:14
**limousine** 81:14
**line** 32:11
**lines** 35:16
**list** 132:11,16 133:4
**little** 19:7 43:1
  63:16 85:15 86:14
  89:17 113:5
  117:14 121:15
  122:23 128:21
**live** 7:8 37:9 82:1
  83:24 86:10
**lived** 7:3 16:14
**lively** 91:9
**living** 7:13 37:12
  81:18,24
**LLC** 1:12,14 2:18
**load** 34:21,23 35:3
  35:6,10 36:19
  50:7 60:11 65:20
**loaded** 35:5 92:4
**loading** 53:21 59:4
  59:13,18 60:3
  61:19,21,22 62:3

BRUCE ROGERS, NOVEMBER 13, 2007

62:18 69:3 76:1
77:7 99:4
**loads** 11:2
**local** 14:19
**location** 52:19 66:8
  72:10 100:23
  101:16 102:16
  103:5 117:20
**long** 5:19 7:3 9:9
  11:3 16:8 33:22
  38:21 40:24 45:13
  46:10 65:14 71:2
  88:13,22 115:20
  118:6,8 119:5,17
  134:19
**longer** 43:17
**look** 14:1 19:9,24
  50:17 51:23 64:22
  72:10,19 74:11,11
  75:15,23 77:22
  99:19,22 100:8,22
  102:24 124:17
  128:6 129:18,20
  130:11,12 131:18
  132:11,14 133:3
  133:18 136:4
**looked** 19:15 24:4
  28:5 53:9 63:15
  69:7 72:12,21
  76:17 77:12,15,17
  98:22 99:17 132:4
  132:5 137:4
**looking** 12:5,11,20
  12:23 18:21 47:24
  52:1,12 54:4,8
  55:22 57:7,17
  58:5 63:19 67:12
  72:8 76:8,23 78:7
  78:17 79:17 85:10
  94:21 97:20 98:21
  99:22 101:15
  102:19 103:14
  135:16
**looks** 12:23 47:20
  54:9 82:6 98:15
  98:17 99:16 100:9
  101:13,13
**lose** 31:6
**loss** 18:22
**lost** 13:23 95:13,13
**lot** 40:6 53:4 61:4,8
  61:11 91:9
**loud** 62:12
**lower** 27:10,11
  41:15,24 42:6,10

45:4 92:4 111:13
  111:14,15 128:4
**Ludlow** 50:10
**lumper** 60:7,8,9
**lunchmeat** 42:19,20
**lung** 110:17 111:2,6
**lungs** 20:22
**lying** 138:10

**M**

**M** 2:22
**machinery** 32:2,4
**madhouse** 117:17
**Madison** 2:4,12
**maid** 124:10
**mail** 95:18 104:12
  104:13
**mailbox** 95:7,8
**mailed** 29:14
**maintain** 86:8
**maintenance** 13:15
**making** 13:2 17:21
  107:6
**man** 42:16
**manager** 29:23
  30:3 106:13,23
  107:1
**manhole** 67:17,20
**mark** 6:1 67:6 79:5
**marked** 6:4,8 50:13
  51:17,21 55:18,22
  67:9,12 75:16
  79:7,11 91:3
  98:13,14 129:19
**marker** 102:13
**markers** 53:9
**married** 7:10
**Maryland** 34:24
**Massa** 120:5
**matched** 109:7
**material** 51:8,12
  137:1
**materials** 11:1
**math** 39:14
**matter** 40:15 41:14
  75:11
**matters** 141:10
**mayor** 110:8
**meals** 85:23
**mean** 23:11 34:4
  41:1 47:18 76:12
  77:13 91:9 124:20
**means** 34:5 78:13
**meant** 5:11
**mechanic** 8:21,23

119:12
**mechanical** 8:8
**Medicaid** 103:24
**medical** 26:10
  104:3,4,6,15
  105:2,8 127:18
  132:13 133:4
  137:15
**Medicare** 103:24
**medication** 81:8
**meet** 45:20
**meeting** 91:21
**mentioned** 94:20,21
  110:14 130:19
**met** 91:23
**metal** 61:23
**Mexico** 7:4 25:6,9
  26:8 27:22 34:10
  34:22 40:14 43:23
  44:23 65:21 66:5
  81:10,23 82:3
  88:21 110:4
  126:21
**middle** 5:19 59:13
  76:24
**Mike** 107:2,5
**mile** 13:10,11,18
  95:9 123:13,24
  124:3
**mileage** 123:10,12
**miles** 13:8 16:14
  43:20 45:19
  136:18,19
**military** 8:17 9:9
  116:7
**mind** 17:20 24:22
  68:6 70:11,16
**mine** 106:9
**miniature** 86:16
**miniatures** 86:15
**minute** 132:17
**minutes** 41:18 44:7
  44:8 45:15 71:4
  117:24
**misdemeanor** 126:5
  126:7 127:13
**Mm-hmm** 42:2
**mm-hmms** 5:10
**moccasins** 49:21
**money** 26:12 66:3
  87:6
**month** 47:4,20
  48:21 91:16,17
  93:5 127:20
**months** 9:10 16:10

16:11 88:23,23
  89:10
**Moriarty** 7:4
**morning** 31:12,13
  31:20 118:17
  123:19
**moss** 114:3
**mossy** 72:8,19
**motel** 65:23
**mountain** 96:13
  97:2
**mountains** 96:2,3
  96:10
**move** 73:17
**moved** 84:19
**movement** 92:7
**Moving** 90:5
**muscle** 115:11,12

**N**

**N** 143:1
**name** 4:8,9 6:21
  14:3 21:21 25:12
  30:1 49:20 50:24
  75:3,5 84:2 107:1
  107:2
**names** 29:21 86:18
**narrowness** 53:12
**National** 2:11
**nature** 23:13
  129:22
**navigate** 83:7
**Navy** 8:18
**near** 99:11 104:19
**nearer** 73:5
**nearsighted** 47:13
**necessities** 118:11
**need** 5:1,17,18
  20:21 43:17 47:8
  47:10 83:18 86:8
  89:6 90:7,24
  132:22
**needed** 43:18 46:15
  46:16 53:6 83:1
  135:10
**never** 14:11 39:6,6
  39:12 40:2 105:24
  106:23
**new** 7:4 25:6,9 26:8
  27:22 34:10,22
  40:4,14 43:23
  44:23 81:10,23
  82:3 88:21 110:4
  126:21
**Nex** 65:21

**nice** 5:2 118:2
**night** 80:24 92:24
  93:6,11 96:21
  118:16
**nightclubs** 109:24
**nine** 118:9
**nobody's** 106:8
**nod** 5:2
**nods** 5:5
**noises** 62:12
**Nonperform** 28:24
**normal** 42:21
**normally** 90:4 98:6
**NORTHPOINT**
  1:11,13
**Nos** 55:18
**Notary** 140:24
**note** 55:6 108:18
**nothingness** 139:2
**notice** 4:13 65:1
  114:3 135:24
**noticed** 62:16 64:24
  113:23
**noticing** 136:7
**November** 2:5 7:5,6
**number** 6:22 19:1
  40:11 45:7 56:8
  57:17 67:7 115:1
  143:9
**nurse** 32:11 125:7

**O**

**O** 1:3,3 140:3,3
**oath** 140:16
**oats** 86:22
**object** 129:22
**objects** 90:5
**obligation** 60:1,6
**observed** 57:15
**obstructive** 22:1
**obviously** 13:17
  38:10
**occur** 55:3
**occurred** 52:24
  55:9 66:5,8
  134:17
**occurrence** 129:23
**office** 3:3 24:11
  37:12 48:19
  141:24
**Oh** 27:13 74:13
  105:1 109:23
**oil** 72:5 138:9
**Okay** 18:21 60:19
  103:2

BRUCE ROGERS,   NOVEMBER 13, 2007

**old** 7:17 20:2,7,11
  96:16 116:6
**older** 121:15,16
**Oldest** 7:18
**once** 27:13 43:16
  45:10,16 60:2
  84:18 95:12 113:3
**ones** 49:18
**one-to-ten** 45:6
**open** 71:6 89:4
**operating** 107:16
**opinion** 39:20 70:12
**opposed** 28:19 59:3
**order** 20:16 91:23
**orientation** 114:20
  114:22
**outcome** 141:22
**outerwear** 115:17
**outfit** 87:5
**outside** 26:7 43:24
  73:7 107:24 108:2
  131:19
**outstanding** 104:14
**overall** 120:14
**overnight** 80:20
  118:14
**owns** 87:4
**oxygen** 20:18,20,21
  20:23 22:3,9,17
  22:21 23:4,7 24:7
  24:13,17 35:23
  36:10,14,17,23
  37:2,7 38:5 43:1
  93:16 94:1 97:16
  109:22
**oxygenator** 44:14
**O'Hare** 45:16 46:7
**O-T-I-Z** 25:16

——————— **P** ———————

**pack** 21:14
**packs** 21:2
**page** 6:12 12:23
  47:24 75:16
**Pages** 140:14
**PAGE/LINE** 143:9
**paid** 13:7,10 104:1
  104:2,3,9,18
  105:21 123:15,17
  123:24
**pain** 18:9,10,14
  42:6 45:7,10,13
  73:13 128:4
**pallet** 59:22 77:23
**pallets** 34:1 77:22

77:24
**pants** 72:2
**paper** 56:21,22
  57:12,16,19 61:1
  74:17 80:7
**papers** 29:6
**paperwork** 35:9
**parallel** 61:17,24
  68:18
**park** 53:5
**parked** 54:18,24
  55:3,12 56:12
  59:2 61:10,11
  78:9,18,22 79:2
  79:12,19
**parking** 40:5 53:4
  61:4,8,11 79:1
**part** 44:8 69:18
  71:19 98:12 124:2
**particular** 50:7
**particularity**
  129:21
**parties** 141:20
**Pasco** 8:11 120:2,4
**pavement** 65:4
**pay** 12:24 13:14
  16:14,16,20,22
  17:2 18:17 19:4
  19:11,12 104:8
**paycheck** 13:4
**paying** 58:6
**Payton** 8:11
**Pennsylvania** 65:21
**people** 23:19 29:18
  33:15 49:2 82:6
  82:11 107:16,17
**people's** 60:5
**perceive** 136:12
**perform** 17:8 28:24
  29:3,7 39:2 48:18
  82:15 112:8
**performance** 28:13
**performing** 109:15
**period** 19:5 21:4
  40:24 43:13
**periodically** 85:6
**periods** 38:22
**permanent** 124:13
**person** 48:5
**personal** 14:2 23:3
  141:13
**personnel** 30:16
**pertaining** 1:24
  115:17
**Phoenix** 30:12

**phone** 18:8 32:10
  73:20 106:16
  107:5
**phones** 14:23 15:22
  16:1
**photo** 55:1,23 58:19
  69:7 76:24 78:21
  79:3,17 99:14,24
  100:4 101:1 102:4
  102:19,22 103:7
**photograph** 54:10
  54:17 59:14 67:13
  75:23 78:8 79:3
  98:21
**photographs** 78:5
  78:17,21
**photos** 54:14,24
  55:11 75:20 103:4
  133:18
**physical** 39:10
  48:16 88:20 89:10
  94:18 97:24
  109:11,15,21
  129:24 137:12,16
**physically** 35:14
  112:2,3
**physical-type** 32:24
**pick** 5:2 34:21,21
  34:22 35:6 65:19
  81:12,16
**pickup** 87:3,7 118:4
**picture** 113:13
**pictures** 130:10
**piece** 56:21,22
  57:12,15,19 80:7
**pilot** 32:5
**pin** 35:18
**pipe** 77:7 103:1,9
  103:11 130:3
  133:6,13,20,20,22
  134:3,6
**place** 52:24 59:11
  65:15 82:8 87:3
  117:11 140:14
  141:17
**Plaintiff** 1:7 2:16
  140:7
**plan** 20:10 124:5,6
  124:8,18
**plane** 22:22 44:1
  45:17,21
**planes** 9:5
**Plaza** 2:11
**plea** 126:16,18
**plead** 126:16

**please** 4:8,11 5:15
  56:6
**plenty** 117:8 135:9
**plug** 23:14,15
**plus** 18:24 121:12
**POC** 23:3
**point** 9:15 34:17
  38:11 62:5 63:7
  81:9 83:17 93:17
  98:7 120:15
**pointing** 23:2 99:4
  99:13 100:3
  108:14
**portion** 55:23 73:10
**position** 28:17 39:3
  106:24 130:10
  132:2
**possible** 97:9
**possibly** 51:24
  93:20
**Potter** 3:7 4:7,11,15
  6:7 12:5,7,20,22
  13:24 50:16 51:20
  52:4,8,16 54:22
  55:21 56:6,10
  67:2,6,9,11 79:10
  91:5 98:20 100:18
  101:3,7,11 102:1
  102:2,10,14 103:2
  103:3,23 116:20
  120:7 122:8,10,13
  125:21,23 131:20
  132:22 133:2
  134:8 138:8,15
  143:4
**pounds** 31:3 44:19
**practitioner** 32:12
**Precision** 1:9 50:22
  51:2 52:6 60:5
  100:20 108:1,12
  108:15,17,23
  109:1,7
**Precision's** 108:8
**predominantly**
  123:23
**pregnant** 96:20
**prerogative** 65:18
**present** 14:11,13,14
  75:18
**presented** 124:19
**pressure** 31:15
**pretty** 31:23 40:12
  41:7 81:7 87:5
  97:16 121:13
  123:2,5 130:13

**prevent** 36:9 38:10
  93:16
**prevents** 40:23
  61:23
**previous** 14:9 141:7
**previously** 16:23
**primarily** 85:23
**primary** 25:4,20
**print** 31:12
**prior** 19:6 27:1,4,8
  46:4,11 60:20
  96:9 103:19
  137:12,17
**private** 23:3
**probably** 8:1 11:19
  11:21 19:21 20:15
  21:13 22:7 24:21
  30:9 31:1,4 32:2
  39:12,21 44:19
  58:24 63:20 64:9
  64:10,17 68:21
  70:1 71:4,17 72:2
  72:4 92:15 94:5
  97:8 110:23
  115:13 120:16
  128:7 133:14
  136:5
**problem** 36:17,21
  38:6,10 87:2 88:8
  92:1
**problems** 15:10
  27:5,9,17 35:23
  38:15,21 44:3
  73:18 87:1 88:5
  88:11 111:6,12,12
  111:17,20 119:7
  121:4 137:17
**Procedure** 1:23
**proceedings** 141:15
**produce** 20:22
**produced** 130:10
**program** 31:11
  32:6
**progressively**
  122:19
**propelled** 8:24
**propeller** 9:4,6
**PROPERTIES** 1:9
  1:14 140:9
**property** 51:23
**provide** 6:21 104:6
**provided** 104:5
**provider** 89:8
  132:13
**providers** 133:4

| | | | | |
|---|---|---|---|---|
| provisions 1:22 | rail 83:22 | rehabilitation 49:2 | 95:16 | 122:21 123:12 |
| psychology 8:8 | rain 66:16,19 67:3 | related 35:24 97:21 | riding 95:3 | 124:4 125:19 |
| Public 140:24 | 136:16 | relationship 111:22 | right 5:3,7,8,12,22 | 127:13,17,18 |
| puddle 129:6,8,11 | rained 66:7 | relative 141:18,19 | 6:20 7:3,16 8:4 | 129:6,18 130:14 |
| 129:14,15 130:21 | ranch 9:18 72:17 | release 25:8 126:23 | 9:4 10:6 11:3,7,20 | 130:19,20,23 |
| 131:1,22 138:23 | rank 9:13 20:14 | released 127:6 | 11:24 14:5 15:3 | 131:8,24 132:9 |
| pull 34:1 35:18,21 | rate 16:14,20,22 | relief 42:5,10 | 15:10,13,14 16:8 | 133:8 134:19 |
| 36:12 53:4,11,12 | ravine 97:1 | remember 19:15 | 16:12,18 18:3 | 136:10 137:12,17 |
| 55:10 59:10,10 | read 5:10 6:16 | 49:14 61:13 65:14 | 19:7 20:2,18 | 137:17 138:15,22 |
| 87:7 | 21:22 46:23 60:22 | 66:6 67:19 68:2 | 21:12 22:9 23:5 | 139:3 |
| pulled 46:7 53:13 | 66:22,24 113:16 | 70:5 77:24 78:2,3 | 26:13 27:2,5,14 | righthand 55:23 |
| 54:23 73:20 | 140:12 | 88:22 106:2,19 | 27:16 28:16 29:8 | risk 38:12 |
| pulling 38:1 59:3 | reading 47:9 | 110:19,22 111:1 | 29:15 30:20 31:23 | road 7:4 91:19 |
| pulmonary 22:2 | ready 83:11 | 111:19 114:16 | 32:3 33:5 34:13 | 138:3 |
| 110:18 111:3 | realized 60:22 | 117:6 120:15 | 34:16 36:6,12,17 | roads 136:18 |
| puppies 86:20 | really 11:23 17:24 | 122:2 125:9,12,13 | 37:4 39:14,19 | Roger 6:4 50:13 |
| purpose 2:1 78:14 | 37:6 106:8 110:7 | 127:5,8,10 128:3 | 40:8,13 41:19 | 51:17 |
| purse 93:23 | REALTY 1:11,18 | 128:9,14 129:17 | 43:3,8 44:13,21 | Rogers 1:6,21 4:3 |
| pursuant 1:22 4:13 | rear 51:22 53:20 | 130:24 | 46:17 47:16,22 | 4:10,12 55:18 |
| 4:13 | 59:17 | remotely 59:3 | 49:10,16 54:8,9 | 79:7 91:3 140:6 |
| push 42:23 | reason 18:13,16 | rent 23:1 | 56:3,12 57:1,2,18 | 140:20 143:3,10 |
| put 13:22 14:4 | 32:3 59:2,12 63:1 | repairs 90:3 | 58:2,16,22 60:23 | Roger's 132:13 |
| 31:10 33:9 36:5 | 73:15 98:14 | report 21:22 49:12 | 61:19,20 62:2 | roll 71:14 |
| 39:9 43:1,2 53:14 | 137:20,22 | reported 3:12 | 63:21 64:14 65:10 | rolled 70:24 71:13 |
| 93:22 94:2 102:4 | reasons 18:15,19 | 141:12 | 65:12 66:4,18,21 | 71:16,18 |
| 109:2,3 127:3 | recall 27:10 115:5 | reporter 2:3 4:9 | 67:24 68:15,22 | roof 66:16 90:22 |
| puts 87:6 | 116:9 127:16 | 67:1 141:6 | 69:14,19 70:1,2,2 | roofs 90:23 |
| PVC 58:17 64:23 | 128:1 | represents 12:24 | 70:6,14,22 71:9 | room 37:12 85:18 |
| 77:6 103:11 133:6 | received 48:16 | requirements 91:22 | 71:21 75:15 76:20 | 112:12 128:8 |
| p.m 53:2 | 89:14 | reserve 139:4 | 77:19 78:4,7,20 | roomy 85:19 |
| | receiving 125:11 | reset 65:24 66:2 | 79:3,5,22,24 80:3 | rope 87:9 |
| Q | Reciprocating 8:21 | responses 5:1 | 80:4,11 81:9,20 | Rothbart 1:9,14,16 |
| qualifications 91:21 | recognize 54:3,5 | rest 25:2 41:6 44:10 | 81:21,22 82:1 | 1:17 2:23 3:8 |
| qualify 47:15 91:23 | recollection 99:8 | 44:10 65:16 | 83:1 84:19 85:1,5 | 111:23 140:9 |
| quantify 88:2 | 136:23 | resting 112:13 | 85:15 89:9,15,17 | ROTHERBART |
| quarter 138:20 | record 4:11 54:20 | restrictions 23:19 | 90:6,15,18 95:14 | 1:10 |
| 139:1 | 55:16 56:6 66:24 | 23:23 | 97:11 98:4,7,13 | Roughly 64:8 |
| quarters 87:23 | 100:17,19 102:10 | restroom 5:19 | 98:16 99:8,14,14 | 129:10 |
| question 5:14,20 | 141:14 | 37:12 54:20 84:9 | 99:15 100:3,11,12 | rounding 69:3 |
| 13:1 26:13 32:11 | records 25:7 48:15 | 132:21 | 100:14 101:21,22 | route 137:23 |
| 67:18 122:7 | 48:17 81:17 | restrooms 84:11 | 102:1 103:16,18 | routine 32:19 |
| 132:18 | reduced 141:13 | result 14:2 26:22 | 103:20,21 105:4 | rubber 49:23 |
| questioning 135:2 | reduction 92:6 | 70:3 92:9,22 98:9 | 105:18,21 106:4 | rules 1:23 4:24 |
| questions 6:16 | reference 14:18 | 105:14 | 106:19 107:11,24 | run 133:13 |
| 31:14 49:7 126:1 | 103:8 | retirement 18:24 | 108:8 109:4,20 | running 71:7 |
| 133:3 134:9 | referred 116:9 | 48:13 | 110:4 111:1,5,14 | runoff 66:16 |
| quick 69:17 | reflect 4:11 56:6 | return 14:9,9,12 | 111:20,21 112:1 | runs 133:8 |
| quickly 137:9 | 98:22 | 119:3 | 112:11,14,20 | Ryan 29:23 30:9 |
| quit 110:13 134:19 | refrain 5:5 | returned 81:19,23 | 113:10,11,19,20 | R-O-G-E-R-S 4:10 |
| quite 84:22 93:3 | regarding 23:23 | 82:16 | 113:23 114:9,17 | |
| quitting 28:20 | 40:20 115:2 | returns 11:10,13,17 | 115:4,7,10,20,23 | S |
| | register 39:1,17,23 | 11:20 12:2,4 19:9 | 116:8,19,22 117:3 | S 143:8 |
| R | regular 32:19 | 19:12 121:23 | 117:5,12,19 119:7 | saddle 124:12 |
| RACHEL 2:2 3:12 | regulations 115:8 | ribs 26:18 | 119:24 120:11,19 | safety 114:21 115:2 |
| 141:5 | rehab 125:7 | ride 94:23 95:1,10 | 121:2,19 122:16 | 115:16,17,18 |

**SAITH** 139:7
**salt** 51:15
**Sandia** 96:13
**Sandra** 48:4
**sat** 15:12 40:6
  120:24
**saw** 14:18 61:11
  63:15,24 81:17
  111:3 112:23
  129:4,16 130:21
  131:6 138:10
**saying** 14:10 48:20
  54:1 59:6 67:3
  71:5 76:8,14,18
  78:2 79:12 80:7
  85:9 94:15 105:12
  114:23
**says** 14:2,8 18:22
  18:23 32:12 89:6
  89:7 129:21 130:3
**scale** 31:16 45:6
  87:5
**scans** 110:20
**scene** 75:8
**schedule** 135:12
**school** 8:2 120:1,5
  120:12
**scraped** 70:4
**screening** 49:15
**screw** 35:17
**seal** 141:24
**seat** 37:16,17,24
  38:5
**seated** 39:3
**second** 69:23 90:16
  130:7
**security** 6:22 47:21
  47:21 48:1,6,11
  48:18,22 49:1
**see** 6:10 25:9,21
  47:18 48:22 49:1
  53:15 55:1,24
  57:13 58:13,17
  61:4 62:14,19
  65:3,6 67:13,17
  72:8 76:23 77:6
  77:23 78:10 98:15
  102:19 103:5,14
  107:21 114:14
  117:4 124:22
  130:10 131:3
  132:7,15 133:19
  135:21 136:4
**seeing** 58:21 67:19
  77:24 130:24

131:13
**seen** 25:24 26:7
  67:16 72:12 131:2
  131:16,18
**Semi** 9:20
**seminars** 115:2
**send** 117:13
**sense** 48:2,3
**sent** 12:3 28:12
  29:5 32:9 48:20
  81:14 110:19
  117:15
**sentence** 126:22
  130:4,7,11
**serve** 32:7
**service** 39:2 60:7,8
**set** 35:20 89:7 135:1
  141:23
**settle** 20:13
**seven** 23:16 45:9
**sewer** 129:12
**shape** 130:1
**shaving** 44:19
**shiny** 132:5
**shirts** 115:12,12
**shoes** 49:17,19
**shoplifting** 126:6
  127:9,11 134:12
**shopping** 42:15,21
  42:23 43:4,10
**shortest** 63:10
**Shorthand** 2:3
  141:5
**shortly** 28:14
  117:21
**shoulders** 5:3
**show** 34:6,13 54:2
  54:17,17 55:11
  75:24 102:21
  134:2
**showed** 19:13 78:20
  78:21
**shower** 37:14 83:15
**showers** 15:7
**showing** 6:8 76:6
**shows** 78:8
**shrug** 5:3
**side** 35:17 53:13
  54:10 69:13 71:21
  79:2,3,4,13,14,16
  79:24,24 80:3
  95:14 97:1,3
  99:12,14 100:3,21
  102:5,9,12 113:20
  113:22 136:3

**sideways** 68:13,14
**sighted** 47:13
**sightseeing** 95:24
  96:1
**sign** 25:8 60:22
  108:20 109:2,5
  112:24 113:11,16
  135:4,15 136:11
  137:21
**signature** 6:13
**signed** 6:18 12:4
**significant** 41:23
**similar** 54:10,12
**Single** 84:5
**sir** 4:16 7:16
**sit** 37:24 39:10,13
  39:24 40:16 41:13
  42:9 83:21,23
  87:15
**site** 115:5
**sitting** 37:16 38:21
  40:23 41:14 45:11
**situation** 93:16
**six** 30:6 38:2,4
  39:11
**size** 64:6 77:2,4
  99:18 130:1
**sizes** 37:7
**skills** 125:17
**skip** 109:10
**sleep** 117:6
**sleeping** 116:18
**slick** 136:19,21
  137:3,10
**slip** 68:8 137:8
**slipped** 68:10,11,18
  69:1,10 72:11
  73:6 102:20 103:6
  103:10,15 107:7
  107:14 137:8
**slipping** 68:7,12
  69:16
**SLJ** 1:13
**small** 40:16,20,24
  42:24 61:15 93:21
**smaller** 41:1 77:16
  77:20
**SMITH** 2:2 3:12
  141:5
**smoke** 21:2 110:1,2
**smoked** 21:8,11
**smoker** 20:24
**smoking** 21:6,9
  24:22 31:4,9
  110:5,9,11,12

**snow** 136:17
**social** 6:22 47:21
  48:1,6,10,18,22
  49:1 91:11 92:9
  92:21
**socially** 92:8 94:9
**sole** 49:23
**solvent** 51:11
**somebody** 30:15,16
  30:17 43:7 46:2,9
  46:15 59:21 71:3
  73:20 86:9 90:5
  109:2 112:7
  125:10,13
**someplace** 52:13
  53:23 117:10
**soon** 31:8 78:13
  127:3
**sorry** 7:16 66:22
  109:10
**sort** 51:6,14 98:17
  106:3
**sought** 127:18
**sound** 21:12 47:22
  70:21
**sounds** 14:5 17:19
  51:10 130:13
**southeast** 51:22
  120:8
**space** 40:24
**spaces** 40:20
**Spanish** 30:1
**speak** 5:20
**speaking** 77:14
  122:19
**specialist** 110:18
  111:2,3
**specialize** 25:22
  26:1
**specialty** 10:1 25:17
**specifically** 29:2
  73:14 111:2 115:6
**specifics** 73:11
**specified** 141:17
**speed** 6:1
**spell** 4:9 25:15
**spend** 42:17 96:21
  118:16
**spot** 63:5,8,13,16
  63:22,23 64:2,3,7
  67:23,24 70:24
  71:12 72:18,20,23
  74:8,12,15,18,23
  74:24 76:24 77:3
  77:15,20 128:22

  133:7,13,21,23,23
  133:24 134:2,6
  135:20 136:1,8,11
  136:13
**spots** 65:3
**sprains** 27:9
**spray** 51:13,14
**SS** 1:2 140:2 141:2
**stackable** 85:15
**stairs** 24:19 83:2,5
  83:8
**stand** 41:16,17,23
  77:24
**standing** 101:3
  112:19 130:9
  131:12,13 132:2
  136:1
**standpoint** 39:10
**stands** 21:24
**start** 17:9 21:6 22:3
  31:6,8 39:7 62:2
**started** 63:18 64:4
  108:6 113:12
**starts** 41:24 117:17
  117:17
**state** 1:1,24 2:4,19
  4:14 14:3 120:4
  129:21 140:1
  141:1,6
**stationary** 108:22
  129:4
**stay** 5:9 80:22
  110:11 118:14
**stayed** 80:20
**stenographically**
  141:12
**step** 64:5,9 69:16
  72:24 74:23 88:7
  90:14,16,24
**STEPHEN** 3:3
**stepped** 67:24 68:4
  68:17,23 72:23
  102:20 103:5,15
  114:4 136:12
  138:18
**stepping** 74:14,22
  88:8,11
**steps** 64:3 82:17,18
  82:22 87:17,22
**STEVEN** 2:22
**stool** 83:20
**stop** 16:12,20 21:8
  41:5,5 44:10,10
  65:17 66:4 110:12
**stopped** 18:13 31:9

BRUCE ROGERS, NOVEMBER 13, 2007

65:15 118:12
**stopping** 31:4
   112:13 118:11
**straight** 118:10,15
   138:2
**strain** 36:6 94:2
**street** 2:19 3:4
   24:12 50:19 52:10
   52:14 53:19
   113:22
**stretch** 41:6 88:4
**strike** 31:7 32:15
   38:15 63:22
   112:21 133:21
**strip** 31:12
**stubs** 19:11
**student** 120:17
**stuff** 13:23 44:20
   90:3 95:24 96:3
   97:21 112:9
   115:12 128:4
   136:7 137:4,5
**style** 116:17
**styrofoam** 34:23
**subpoena** 12:6
**subscribe** 140:15
**SUBSCRIBED**
   140:21
**subside** 45:10
**substance** 72:6
   129:22 130:20
**suffer** 28:3
**suffered** 22:15
**suffers** 96:19
**suitable** 125:16
**Suite** 2:4,12 3:4
**suites** 52:8
**sun** 72:15 74:9
**sunlight** 76:7,9
**sunny** 52:22 58:23
   58:24 118:2,3
**Sunset** 7:4
**supervisor** 29:16
**supplemental** 47:21
**supposed** 29:3 46:1
**Supreme** 1:24
**sure** 22:4 37:6
   50:10 51:5 82:7
   91:11 99:20,21
   100:6,11 122:1
   127:23 131:22
**surgery** 47:16 81:6
   137:11
**surroundings** 58:3
**sustained** 26:22

**SWATEK** 2:18
**sweat** 72:2
**Swift** 12:6,8 13:12
   14:4,24 30:12
   33:13,14,18 37:18
   47:24 104:6
   106:10,20 114:18
   115:7,21 116:9
   123:9 124:5 125:4
**sworn** 4:2,5 140:21
   141:9
**symptoms** 21:23
**syndrome** 96:20

**T**

**T** 143:8
**Tacoma** 120:7
**take** 5:17 8:7,10
   23:13 32:16 34:23
   37:6,14 40:7
   42:24 45:13 46:9
   54:19 65:22,24
   80:10,13 87:2
   103:6 120:21
   130:12 132:17,22
**taken** 1:22 2:2 4:13
   75:18,20 100:24
   105:16 133:1
   141:16
**talk** 5:18 10:6 84:17
   89:19 92:8 125:6
   125:10 128:21
**talked** 18:16 49:5
   106:6 119:10,11
   119:12 125:9,10
**talking** 20:4 46:11
   79:15 87:13 91:19
   101:23 106:19
   115:14 131:12,15
   133:15,15
**tall** 33:22,23 86:15
**tank** 20:18 22:22
   23:7
**tanks** 10:24
**tapering** 139:2
**tarps** 33:9
**tax** 11:10,17 12:2
   19:9,12 121:23
**team** 30:5
**Tefft** 2:22 12:21
   66:22 105:6 113:7
   116:22 117:2
   120:10 122:16,17
   125:19 132:18
   138:17 143:5

**telephone** 15:9
**tell** 4:8 13:1,20 18:4
   29:2,17 35:5,7,8
   47:7 72:6 77:2,19
   79:1,22 80:4
   99:23 100:1 103:9
   106:10 107:4
   110:11,12 111:5
   124:11 138:13,23
**tells** 65:20
**temperature** 58:22
**temporarily** 84:20
**ten** 19:6 20:4 45:7
   126:12 134:14
**tenants** 111:23
**tenth** 16:24 17:20
**ten-year** 19:5
**term** 84:3
**terminal** 15:2 16:15
   29:23 30:3 34:9
   34:10,14 43:21
**terminated** 28:15
   28:19,21,22 29:8
**terminating** 48:17
**termination** 29:13
**testified** 4:5
**testify** 130:14 141:9
**testimony** 17:19
   38:3 105:10,24
   131:24 141:14
**Texas** 50:8,9 65:10
   65:13 136:18
**thank** 125:20 139:3
**therapist** 28:12
   48:16
**therapy** 26:3,5
   41:17 82:12 88:20
   89:7,10,14 109:11
   109:15,21 137:12
   137:16
**thing** 28:13 31:12
   31:14 48:3 52:12
   93:23
**things** 27:9 40:4
   41:17 44:17 48:20
   82:8,9 84:13,23
   94:18,21 132:16
**think** 11:19,22
   13:22 24:23 25:7
   25:16,19 30:13
   40:15 44:22 52:5
   70:17 75:11 79:16
   81:1 82:23 97:23
   101:12 104:8
   105:16 107:2

109:20 110:8,14
   111:8,16 113:5,23
   116:20 117:19
   122:18 123:5
   128:12 132:16,19
   134:21 135:19
   138:6
**thinking** 132:20
**third** 16:23,24
**thought** 81:18
   134:13,16 136:23
**thousand** 91:17
**three** 2:11 10:17
   16:10 34:11 45:15
   45:24 64:9,10,12
   65:24 82:19,21
   83:2,5,7 87:23
   93:22 119:18
**tickets** 40:7
**tie** 87:9
**time** 5:18 10:7 12:9
   12:16 13:2,4,17
   17:17,18 20:16
   21:4 27:5,10
   30:23 32:14 33:4
   34:9 38:22 39:13
   40:17,24 41:24
   43:13 46:11,14,18
   47:2 52:23 54:19
   55:3,13 56:16
   63:18 65:24 66:2
   69:20 75:10 76:1
   76:17 77:11 82:24
   96:10 98:23 103:6
   104:12,23 109:22
   113:1,16 114:15
   117:8,18 123:3,9
   123:11,16,22
   127:17 130:12
   131:15 134:22
   135:5,6,9 140:14
   141:17
**timeframe** 135:1
**times** 67:16 92:15
   93:5 110:20
   123:17
**tip** 133:19,22
**tired** 85:10
**title** 30:2
**titles** 29:21
**TLC** 103:22
**today** 20:19 22:17
   35:22,24 36:9,15
   36:19,21 38:3
   55:23 89:20,20,23

106:4
**told** 29:13 34:20
   35:2 45:22 51:5
   51:13 60:14 80:24
   81:1,1 83:12
   106:12,17 107:6
   107:24 116:3
   121:20 128:5
   134:13 135:19
**Tools** 51:2
**top** 13:3 52:3
**tow** 87:7
**towels** 14:22 15:3
   15:11,15 18:8
**town** 89:8 120:3
   126:20
**track** 38:1
**tractor** 9:19 13:12
   37:17 38:16,18
   54:18 55:11 61:7
   61:15 78:9 87:8,9
   87:11,13,14,16,20
   87:21 88:6,12
   91:19 116:11,15
**traffic** 117:17
**trailer** 13:12 33:21
   35:4,20 38:17,19
   54:18 55:11 78:9
   83:24 84:2,4
   85:17 87:13,20
   91:19 92:4 112:5
   116:11,15,20
   117:1,4
**trailers** 61:7,16
   117:3
**trained** 39:4,17
**training** 8:15 39:9
   39:19 114:17
   119:10,13 121:3
   125:12
**transcript** 5:11
   140:13,17 141:11
**transferred** 106:23
**transportation** 12:8
   14:5 16:19 23:19
   23:23 45:18
**trapped** 41:4
**traveling** 40:4
   91:15
**treating** 25:3
**treatment** 104:15
   127:18,24 137:16
**trials** 78:15
**tried** 14:8 17:15
   38:8 39:6,12