BRUCE ROGERS,   NOVEMBER 13, 2007

73:17,22 90:11,13
90:22 92:16 93:10
95:10,12 112:6
124:22
**trip** 46:4 68:8 97:6
119:3,5,7 124:3
**Triple** 10:24
**trouble** 95:15
109:12 112:4
118:6
**truck** 9:15 10:17
11:3 15:4 22:16
23:9,23 30:5 33:5
33:8,9 34:15,16
35:3,3,12 36:5,8
37:2 41:1 53:5
54:24 55:3 56:13
59:3,22 60:2
78:18,22 79:2,12
106:16 115:23
116:4,8 117:20
135:2 136:16
**Trucking** 4:21
**trucks** 23:6 60:11
60:13 119:23
**true** 140:16 141:14
**truly** 75:24 98:22
**truth** 141:9
**try** 14:16 17:11,12
53:5 113:6 124:12
124:16,16
**trying** 12:15 32:6
38:11
**tub** 82:9 83:13,16
83:23
**tube** 58:17 64:23
66:11 129:15
**turn** 53:13
**turned** 136:3
**two** 7:7 11:15 16:10
22:7 33:6 37:8
44:9 47:17 50:17
52:8 54:24 60:18
60:18,19 64:8,10
64:12 81:2,2,3
84:10,11 86:11,17
93:21 96:11 99:13
119:18 121:17
125:1
**two-and-a-half**
86:10
**Two-and-a-half-y...**
21:10
**two-thirds** 72:21,24
73:5,7,8

**TX** 10:12,13
**type** 9:1 32:5 39:2,5
39:21 67:16 84:3
125:8,16
**types** 9:1 32:23
33:2 92:21
**typewriting** 141:13
**typical** 37:18 123:2
**t-shirt** 72:3,4

**U**

**ugly** 131:7,8
**uh-huhs** 5:10
**ultimately** 74:3
**unable** 14:3,8,9
28:24 29:3,7
48:18
**underneath** 51:7
72:9 130:9,24
137:4
**understand** 5:14
26:14 63:2,4
79:14 105:12
**understanding**
82:12
**understood** 12:15
15:21 23:18 55:10
88:17 94:14
100:10 109:1
**uniform** 107:21
138:22
**unit** 85:21 98:15
**University** 11:18
**unload** 59:22 60:2,6
60:11 123:20
**unloaded** 123:22
**unloading** 60:13,15
60:16
**unplug** 35:16 37:13
**unrelated** 26:11
97:19
**unusual** 57:9 58:13
62:8 92:3
**upper** 59:1
**use** 5:18 37:9 43:14
51:6,14 54:19
55:7 57:20 59:21
59:22 66:2 78:14
80:7 82:9 83:12
83:20 87:20 103:7
108:5
**usually** 65:19 84:17

**V**

**VA** 25:4,5,9,10 26:8

27:23 31:11 47:14
104:2,2,5 128:16
**vacuum** 112:12
**vacuuming** 112:9
**value** 11:1
**van** 33:19,20,21
34:2 37:18 38:1
52:17 59:17 91:20
116:10,11,21
117:1,4
**variation** 40:17
**varied** 13:6
**vary** 13:7
**Vegas** 118:9
**vehicle** 13:15 53:13
**vehicles** 9:2 51:7,14
61:10,15
**VENTURES** 1:12
1:13
**verbal** 5:1,6
**Verbally** 60:14
**verification** 6:13
**veteran** 104:5
**veterans** 32:7
**Vic** 29:24 30:7,10
**Vic's** 30:2
**view** 51:22 79:1
**virtue** 108:17
**visible** 72:15 114:5
130:9 132:1
**vision** 46:24
**visiting** 97:14
**vocational** 8:15
49:2 119:13
125:12
**Vollen** 34:22
**vs** 1:8 140:8

**W**

**wage** 18:22
**wages** 12:15 13:23
**wait** 73:19
**waiting** 46:2
**walk** 15:14 24:11
24:12 25:1,1 41:9
41:11,12 43:24
59:14 61:17 62:3
63:7,12 89:3,5
90:8,9 111:9
112:24 137:24
**walked** 55:12 57:6
57:10 58:14 62:22
63:5 64:2 80:6
137:23 138:2,4
**walker** 41:9 45:24

82:24 83:2,3 89:4
89:6
**walking** 32:17
55:13 58:6,16
61:23 62:5,10,18
72:14 101:5
103:13 135:14
**walkway** 130:4
**want** 15:20 36:20
37:20,21 38:12
41:5,7,21 42:17
42:18 46:17 53:11
53:24 54:15 59:10
65:17 73:2 78:12
89:19 92:11 97:20
106:5 112:2,3
113:6 128:21
129:18 132:11,14
135:1,5 137:24
**wanted** 14:19 20:17
63:4 119:22
124:10
**warm** 58:23,23,24
**washer** 85:14,16,20
**Washington** 3:4
8:12 120:2,4,9
**wash-up** 15:6
**wasn't** 16:22 73:24
74:4,9 82:14
90:16 99:2 105:8
113:2 129:12,15
136:20
**waste** 59:12
**water** 63:3,3 65:7
66:11,12,15 72:5
72:9,12 99:16,18
99:19 101:19
113:1,17,24 114:6
114:10,14 128:22
128:23 129:1,4,14
130:3,8,16,18
131:18 132:4
133:8,13 136:9,20
136:21 137:1,2,2
137:3 138:9,18
**wave** 71:8
**waving** 71:8
**way** 21:16 42:5
65:2 71:15,17
97:4 103:1,9
110:21 114:1
118:13 119:3
133:14 135:7,12
138:1
**ways** 44:10,10

46:10
**wear** 46:18,21
115:8
**wearing** 20:18,20
49:17,20 71:22,24
72:1,2,3
**weather** 52:21
**week** 17:4,13 23:16
91:16
**weeks** 32:20 34:11
81:2,3 96:11
**weigh** 30:21,23
31:16,18
**weighed** 31:20
**weighs** 44:19
**weight** 31:3,6,8
**welder** 119:15,17
**welding** 8:8 119:14
121:2,3
**went** 14:20,21,21
22:10 28:11,14
34:9 43:23 47:2
53:15 56:2 68:13
68:23,23 82:3
96:13 97:1,4
106:24 108:4
112:23 113:8
123:18 128:2,14
137:9
**weren't** 99:6
**West** 2:4,12,19 3:4
**wet** 58:9 62:16,19
62:23 63:5,8,13
63:15,16,21,23
64:2,3,7 65:3,4
66:20 67:4,23,24
70:24 71:12,19
72:5,5,18,20,23
74:7,12,14,18,22
74:24 76:24 77:3
77:15,20 128:22
133:7,13,21,23,23
133:24 134:2,6
135:21 136:11,13
**we're** 124:11
**wheel** 35:18
**wheelchair** 41:9
43:14,17 45:20
46:7,16
**wheeler** 116:12
**wheels** 44:11
**WHEREOF** 141:23
**white** 54:14 58:17
64:23 77:6 103:11
133:6

Page 12

wide 33:22 84:3,5
   85:18
Widowed 7:15
wife 81:18
window 15:14
   123:22
wintertime 96:8
witness 4:1,4 52:11
   101:8 116:23
   120:8 122:9,12,15
   131:17 132:20,23
   141:8,8,23 143:2
woman's 93:23
wondering 115:16
words 34:4 112:23
   113:4
work 14:3,8 16:8
   19:6 20:11 34:11
   39:1,16 91:23
   94:15 98:11
   119:15,17 126:23
   137:11
worked 100:20
   107:18
workers 30:17
   105:10,13,19,21
   105:24 125:7
working 16:20
   39:23 91:15 94:11
   94:12 124:4
workmen's 104:10
works 8:23 30:17
workwise 91:11
wouldn't 16:23
   17:8 23:11 37:6
   39:7 40:15 62:24
   65:6 97:8 133:5
write 49:12
writing 60:13
written 29:5
wrong 47:12 48:5
   50:18 59:11 73:17
   81:18

**X**
X 143:1,8

**Y**
yard 86:8 87:8
yeah 109:23
year 13:20 19:5,22
   19:23 32:2 92:15
   112:1 116:6 119:6
   119:6 122:2 123:6
   127:22

yearly 19:4
years 7:7 8:1 9:10
   11:7,15 19:6,15
   20:4,11 21:11
   22:8 31:24 60:18
   60:19 94:13 115:1
   116:2,4 118:9
   119:18,19 122:3
   123:2,23 126:12
   126:14 134:14
yelled 73:21
yesterday 31:20
   43:18
youngest 7:21

**$**
$28 122:5
$3,000 91:16,16
$34,000 122:6
$35 19:4,8
$350,000 18:24
$36 19:13 123:7
$36,000 19:4,8
$37,000 19:13
   123:7
$391 48:20
$500 47:20
$9.50 17:3
$949 48:9,14

**0**
005376 1:8 140:8
02 19:24 115:22
   121:23 122:24
   123:2
03 19:22 121:23
   122:7,18,23 123:2
   123:5
04 12:19 19:20 20:4
   20:8 121:23
04s 11:22
05 11:20 121:24
06 11:20 121:24
   140:8
06L 1:8
07 20:7

**1**
1 6:2,5,9,21 56:9
   77:23 129:20
   140:14 143:11
1:00 53:1,2 117:21
10 14:1 133:15
10th 142:1
10:00 2:6 123:20
105 143:5

11 9:10
11-13-07 6:6 50:15
   51:19 55:20 67:10
   79:9 91:4
12 7:7 9:22 116:6
125 143:4
13 7:6 33:21,24
13th 2:5
134 143:6
138 143:4,5
139 140:15
14 21:7 47:24
14-and-a-half 8:1
1400 3:4
15 21:7 31:14 44:7
   64:17,20 138:1
150 25:1 80:9 90:10
   111:9,11
16 84:8 85:17
17 129:21
18 31:3 116:12
1956 9:8
1969 11:6
1991 134:23

**2**
2 50:14 64:19
   100:20 102:11
   103:14 134:5
   143:12
2% 43:6
20 44:19 64:1,17
   71:4 113:24
   126:14 138:1,2
2002 122:2
2007 2:5 140:22
   142:1
2014 20:5
208 31:1
21 96:17
210 31:1
22 2:19 7:3
225 3:4 31:22
226 30:22
23 12:18
23rd 12:21
24 12:18 23:15
25-foot 37:11
28 13:11,18
29 9:10

**3**
3 51:18,21 54:8
   64:19 98:19
   143:13

30 41:17 126:23
31 7:22
312-726-0777 2:14
312-827-2300 3:6
35 11:7
3750 2:4,12

**4**
4 52:14 75:16 78:5
   78:8 143:4,14
4-5 55:18
40 17:15,17 84:8
44 7:18
45 44:8 68:22
45-degree 69:6
48 21:11

**5**
5 55:22 56:8 75:23
   76:23 99:22 100:6
   113:8 143:15
5:30 123:20
50 133:16 143:12
500 44:24
51 143:13
52 33:22
52-foot 33:21
54 16:14
55 143:14,15
57 20:9
58 20:9
59 20:8

**6**
6 52:14 67:9,13,20
   76:8,11,13,17
   143:11,16
6:00 123:19,21
600 44:24
60134 2:20
60602 2:13 3:5
62 20:3
630-232-6440 2:21
65 84:8
67 20:11,13 143:16
68 20:11

**7**
7 79:8,11,13,24
   80:1 143:17
7:00 80:24
70 2:4,12 11:6
   20:12,13
70s 59:1
75 136:19
79 143:17

**8**
8 33:22 91:3 98:14
   143:18
800 52:15
84 12:23
84-4161 2:3 3:13
   142:5
88 27:21
89 27:20

**9**
9 52:14
900 52:15
91 134:21 143:18
953 51:22
959 52:5,6,7,9 56:1
   98:17
965 98:18
966 52:7
977 1:11,12 51:22
98% 43:5

1



IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| BRUCE ROGERS,<br><br>    Plaintiff,<br><br>v.<br><br>ROTHBART PROPERTIES, PRECISION LABORATORIES, INC., ROTHERBART REALTY COMPANY, 977 NORTHPOINT VENTURES, LLC., a/k/a 977 NORTHPOINT VENTURES FUND, SLJ PROPERTIES, LLC, ROTHBART CONSTRUCTION COMPANY, INC. and ROTHBART CONSTRUCTION COMPANY, INC. a/k/a ROTHBART CONSTRUCTION REALTY<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No.: 06 L 005376<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ANSWERS TO DEFENDANT'S INTERROGATORIES

Now comes the Plaintiff, BRUCE ROGERS, by and through his attorneys, CUTLER & HULL, and in answer to Defendant, ROTHBART PROPERTIES et al., Interrogatories to Plaintiff, states as follows:

1. State your full name, date of birth, address, and social security number.

**ANSWER:**

Bruce Rogers
22 Sunset Road
Moriarity, NM 87035
SS 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
DOB 4-15-45

2. State the full name and address of each person who witnessed or claims to have witnessed the occurrence alleged in the Complaint.

**ANSWER:**

I was the only one on the premises at the time; after I fell, I could see what I later learned were Precision Lab employees but I do not know who they are. Someone eventually came to me but I

Rogers EXHIBIT 1
FOR I.D. 11/13/07 /

do not know who it was.

3. State the full name and address of each person not named in Interrogatory No. 2 above, who was present or claims to have been present at the scene immediately before, at the time of, or immediately after said occurrence.

**ANSWER:**

I believe another person called 911 but I do know his name; EMS personnel (names unknown)

4. Do you have any statements from any witness other than yourself? If so, give the name and address of each such witness, the date of said statement and state whether such statement was written or oral.

**ANSWER:**

No.

5. Were any photographs taken of the scene of th occurrence or of the persons or instrumentalities involved? If so, state the date or dates on which such photographs were taken, the subjects thereof, and who now has custody of them.

**ANSWER:**

My attorney; taken 1-2 days after my fall

6. List the names and addresses of all other persons (other than yourself and persons heretofor listed or specifically excluded) who have knowledge of the facts of said occurrence or of the injuries and damages following therefrom.

**ANSWER:**

EMS personnel (names unknown); medical care providers; B. Rogers family members and friends. Same address as mine above.

7. Describe in general, the personal injuries sustained by you as a result of said occurrence.

**ANSWER:**

Fractured right hip; fractured/broken pelvis joint; cuts, bruises, sprains and strains

8. With respect to said injuries, state:

    (a) The name and address of each attending physician, the date or inclusive dates on which each rendered your service, and the amount of each of their respective bills;

    (b) The name and address of each consulting physician, the date or inclusive dates on which each rendered you service, and the amounts of each of their respective bills;

    (c) The name and address of each person or laboratory taking an x-ray of you, the date or inclusive dates on which said x-rays were taken, and the amounts of the bills for said x-rays;

    (d) From which of the above medical personnel do you have written reports.

**ANSWER:**

(a) - (d) See attached listing of medical care providers and bills

9. As a result of said personal injuries, were you a patient or out-patient in any hospital or clinic? If so, state:

    (a) The names and addresses of each such hospital or clinic;

    (b) The amounts of their respective bills;

    (c) The date or inclusive dates of said services.

**ANSWER:**

Was patient at admitting hospital for eight or nine days; surgery - rehab therapy 6/24/04-7/8/06

(a) - (c) See attached listing of medical care providers

10. As a result of said personal injuries, were you unable to work? If so, state:

    (a) The name and address of your employer, if any, at said time;

    (b)    The date or inclusive dates on which you were unable to work;

    (c)    The amount of wage or income loss claimed by you;

    (d)    The name and address of your present employer, if any.

**ANSWER:**

Was unable to return to work; told I will not be able to work again

(a)    Swift Trans. Co.
        301 Airport Rd
        Albuquerque, NM 99301

(b)    Tried to return on light duty - unable to return to previous job duty

(c)    From date of injury to retirement $350,000.00 plus

(d)    None - not able to work

11. During the five years immediately prior to the date of said occurrence, had you been confined in a hospital, treated by a physician, or x-rayed for any reason other than personal injury? If so, give the name and address of each such hospital, physician, technician, or clinic, the approximate date of the confinement or service and state in general, the reason for such confinement or service.

**ANSWER:**

No.

12. Had you suffered any personal injury in the ten (10) years prior to the date of said occurrence? If so, state when, where, and in general how you were so injured, and describe in general the injuries suffered.

**ANSWER:**

None that I remember.

13. Have you suffered either (a) any personal injury, or (b) illness since the date of said occurrence? If so, for (a) state when, where, and in general, how you were injured and describe in general, the injuries suffered, and for (b) state when you were ill and describe in general the illness.

**ANSWER:**

No known injuries; some minor colds

14. Have you or any persons acting in your behalf examined the location of the alleged occurrence? If so, please state the dates of the examination, the identity of the person or organizations conducting the examination, and whether any report was prepared with respect to the results of the examination.

**ANSWER:**

Yes - my attorney has viewed the site

15. Do you or your attorneys have knowledge of the results of any inspection, examination or testing of the premises in question. If yes, please state the dates and places of the inspections, examinations, or testing, the identity and address of the persons or organizations, whether any report was prepared with respect to the results of the inspections, examinations, or testing, and who presently has custody of such reports.

**ANSWER:**

None at this time; investigation continues

16. Identify, as nearly as possible, the exact location at which the alleged occurrence took place on the premises of the defendant(s), pinpointing such location in feet, inches and direction from fixed objects or boundaries at the scene of the occurrence.

**ANSWER:**

On an entrance/exit walkway for Precision Laboratory in Waukegan, IL

17. State with particularity the nature of the alleged defect, object, substance or condition which caused the alleged occurrence giving the exact dimensions and physical descriptions of such including the size, shape, color, height, length and depth of such defect or object.

**ANSWER:**

Drainage pipe depositing water on an entrance/exit walkway. Accumulation of drainage water

with algae, dirt and debris underneath - not visible from a standing position. See pictures and documents produced.

18. Were there any reports submitted to any individual regarding your injury or the condition of the premises involved and referred to in the Complaint?

(a) If the answer is in the affirmative, state the name and address of the person or persons or company who presently has possession of said report;

(b) State the names, addresses and employment positions of each individual submitting said report;

(c) Attach a copy of each said report hereto.

**ANSWER:**

(a) My attorney has communicated and corresponded with the insurance companies that insured Precision and Rothbart defendants; Safeco Insurance/XL Insurance co; I believe that Precision and Rothbart have a report of the incident

(b) My attorney representing me

(c) See attached

19. Please state whether you or any agent of yours has had any conversation with this defendant, or agents or employees of this defendant, with regard to any of the matters set forth in the Complaint. If the answer to this Interrogatory is yes, identify each such conversation above as to (a) date, (b) place, (c) persons present and (d) the subject of the conversation.

**ANSWER:**

None known.

20. Identify the names and addresses of every individual who will testify at trial, identifying the specific subject matter of each witness' testimony.

**ANSWER:**

**Bruce Rogers**
**22 Sunset Road**

Moriarity, NM 87035

Will testify as to the facts of the accident, the injuries sustained by Plaintiff, the treatment for those injuries, the Plaintiff's medicine and other expenses and losses, the suffering and pain and limitations experienced by Plaintiff. The lost income, loss of his ability to work and to perform activities of life. All matters raised in any deposition of Plaintiff taken in this case.

Oscar S. Giron, MD
1828 Belvidere Rd
Grayslake, IL 60030

This doctor will testify to the diagnosis, treatment and prognosis relating to Bruce Rogers, consistent with his medical records. He will testify that the injuries for which he treated Mr. Rogers are consistent with having been in a fall. He will further testify that the injuries necessitated certain treatment and care and at the amounts expended as set forth in the medical bills are fair and reasonable given the treatment afforded. These injuries include back, neck and hip injuries, aggravation and related pain and limitations. He will further testify that the injuries are of ongoing nature and will result in pain, suffering and certain residual disabilities. Will testify as to the diagnosis of Bruce Rogers' injuries, and the care, treatment, prognosis and reasonable expenses of the care and treatment resulting from this fall. Will provide opinion testimony as to the causal connection between his injuries and his collision. The opinions are based on the witnesses medical education, training and experience and their knowledge about Bruce's injuries as well as the care and treatment he received for those injuries. No written reports to date.

21. Identify the name and address of each and every witness who will offer opinion testimony and with respect to each, please state:

(a) The subject matter on which the witness is expected to testify;

(b) The conclusions and opinions of each opinion witness and bases therefore;

(c) The opinion witnesses' qualifications, including but not limited to, his education, background, practical experience in the area he is expected to testify in, any articles or papers he has written, any and all seminars or post-graduate training he had received, his experience, if any, as a teacher or lecturer and his professional appointment with an association (if applicable, complete curriculum vitae of the opinion witness may be attached in lieu of setting forth the witness qualifications).

(d) State whether this witness has been retained by you and/or has been, is being, or will be compensated, whether monetarily or otherwise, by you for his/her involvement in this lawsuit.

(e) If any part of the previous interrogatory was answered in the affirmative, please identify any notes, drawings, sketches, reports or other documents prepared or made during the result of any such examination, inspection or

test.

**ANSWER:**

**Bruce Rogers
22 Sunset Road
Moriarity, NM 87035**
Will testify as to the facts of the accident, the injuries sustained by Plaintiff, the treatment for those injuries, the Plaintiff's medicine and other expenses and losses, the suffering and pain and limitations experienced by Plaintiff. The lost income, loss of his ability to work and to perform activities of life. All matters raised in any deposition of Plaintiff taken in this case.

**Oscar S. Giron, MD
1828 Belvidere Rd
Grayslake, IL 60030**
This doctor will testify to the diagnosis, treatment and prognosis relating to Bruce Rogers, consistent with his medical records. He will testify that the injuries for which he treated Mr. Rogers are consistent with having been in a fall. He will further testify that the injuries necessitated certain treatment and care and at the amounts expended as set forth in the medical bills are fair and reasonable given the treatment afforded. These injuries include back, neck and hip injuries, aggravation and related pain and limitations. He will further testify that the injuries are of ongoing nature and will result in pain, suffering and certain residual disabilities. Will testify as to the diagnosis of Bruce Rogers' injuries, and the care, treatment, prognosis and reasonable expenses of the care and treatment resulting from this fall. Will provide opinion testimony as to the causal connection between his injuries and his collision. The opinions are based on the witnesses medical education, training and experience and their knowledge about Bruce's injuries as well as the care and treatment he received for those injuries. No written reports to date.

22. State whether or not any of the opinion witnesses identified herein have prepared any written report, statement or other document and, if so, attach a copy of each such report, statement or document to the answers to interrogatories.

**ANSWER:**

None made.

23. Identify the names and addresses of all lay witnesses who will testify at trial.

(a) For each lay witness identified above, please state the subjects on which each lay witness will testify.

**ANSWER:**

**Bruce Rogers
22 Sunset Road
Moriarity, NM 87035**

Will testify as to the facts of the accident, the injuries sustained by Plaintiff, the treatment for those injuries, the Plaintiff's medicine and other expenses and losses, the suffering and pain and limitations experienced by Plaintiff. The lost income, loss of his ability to work and to perform activities of life. All matters raised in any deposition of Plaintiff taken in this case.

24. Please provide the name and address of all independent expert witnesses who you will call at trial.

   (a) For each independent expert witness identified above please identify the subjects on which each independent expert witness will testify.

   (b) For each identified independent expert witness, please state the opinions that will be elicited from each independent expert witness.

**ANSWER:**

None yet, Plaintiff reserves right to name such witnesses later

25. Please state the name and address of each controlled expert witness who will testify at trial.

   (a) For each control expert witness please state:

   i. The subject matter on which the witness will testify

   ii. The conclusions and opinions of the witness and the bases therefore;

   iii. The qualifications of each controlled witness

   iv. Please provide any reports prepared by each controlled expert witness about this case.

**ANSWER:**

None yet, Plaintiff reserves right to name such witnesses later

You are hereby requested to seasonably supplement or amend any prior answer or response whenever new or additional information subsequently becomes known, in compliance with Supreme Court Rule 213 (h)(i).

Respectfully submitted,

BRUCE ROGERS

By:_____
One of His Attorneys

**Cutler & Hull**
70 West Madison Street, Suite 3750
Chicago, IL 60602
(312) 726-0777
Atty. No. 1835

# BRUCE ROGERS
## MEDICAL CARE PROVIDERS AND BILLS

| NAME/ADDRESS | DATE OF SERVICE | AMOUNT |
|---|---|---|
| North Lake County EMS<br>City of Waukegan<br>P.O. Box 457<br>Wheeling, IL 60090 | 6/23/04 | $445.60 |
| St. Therese Medical Center<br>2615 Washington St.<br>Waukegan, IL 60085 | 6/25 - 7/8/04 | $21,029.60 |
| St. Therese Medical Center<br>2615 Washington St.<br>Waukegan, IL 60085 | 6/23 - 6/24/04 | $17,365.90 |
| Oscar S. Giron, MD<br>1828 Belvidere Rd<br>Grayslake, IL 60030 | 6/23 - 7/7/04 | $1,200.00 |
| NM Orthopaedic Assoc<br>201 Cedar SE, Suite 6600<br>Albuquerque, NM 87106 | 7/19/04 - 12/27/04 | $1,478.00 |
| East Mountain PT<br>Albuquerque, NM 87106 | 7/26 - 11/3/04 | $2,568.20 |
| Bear Canyon Therapy Assoc<br>7007 Wyoming Blvd NE<br>Albuquerque, NM 87109 | 1/14/05 | $1,000.00 |
| Vista Imaging Assoc<br>P.O. Box 6980<br>Libertyville, IL 60048 | 6/23/04 | $160.00 |
| Apria Healthcare<br>1831 Solutions Center<br>Chicago, IL 60677 | 7/7/04 | $211.30 |
| Lake Heart Specialists<br>35 Tower Court, Suite F<br>Gurnee, IL 60031 | 6/23/04 | $30.00 |