| | | |
|---|---|---|
| Lake Shore Pathologists<br>5200 E. 22nd St<br>Lombard, IL 60148 | 6/23 - 6/25/04 | $126.00 |
| Presbyterian Healthcare<br>P.O. Box 25848<br>8100 Constitution Pl, Suite 400<br>Albuquerque, NM 87125 | 7/9 - 7/20/04 | Unknown |

## VERIFICATION

I, Bruce Rogers, certify that the statements set forth *Plaintiff's Answers to Interrogatories* are true and correct, except as to matters therein sated to be on information and belief and as to such matters, I certify as aforesaid that I verily believe the same to be true, pursuant to Section 1 109 of the Code of Civil Procedure.

*Bruce Rogers*   10-5-06
Bruce Rogers

2



3



4

# CUTLER & HULL
### ATTORNEYS AT LAW

THREE FIRST NATIONAL PLAZA
70 WEST MADISON
SUITE 3700
CHICAGO, IL 60602

TELEPHONE
312-726-0777

FACSIMILE
312-558-7773

E-MAIL: CH@CUTLERHULL.COM

November 21, 2006

John W. Potter
**Law Offices of Stephen Haszto**
225 W. Washington
Suite 1400
Chicago, IL 60606

Daniel Cray
**Iwan Cray**
303 W. Madison
Suite 2200
Chicago, IL 60606

Martha Swatek
**Adams Swatek LLC**
1250 Executive Place
Suite 201
Geneva, IL 60134

Re:   **Bruce Rogers v. Rothbart Properties, et al.**

Dear Counsel:

As a supplemental production. Enclosed are the color copies of the photographs used at Mr. Rothbart's deposition.

If you have any questions, please call.

Very truly yours,

CUTLER & HULL

Edwin J. Hull, III

EJH/kas
Enclosure

Rogers Group EXHIBIT 4
FOR I.D. 11/3/07 1



A



B



C



D



E



F