5



Rogers EXHIBIT 5
FOR I.D. 11/3/07

6



Rosas EXHIBIT 6
FOR I.D. 11/13/07

7



Rossi Exhibit 7
FOR I.D. 11/15/07

8



**EXHIBIT**





file://C:\Documents%20and%20Settings\frabai\Local%20Settings\Temp\016254701.000



# ESQUIRE
## DEPOSITION SERVICES®
### A HOBART WEST COMPANY

January 14, 2008

Mr. John Potter
Law office of Stephen Haszto
225 West Washington Street
Suite 1400
Chicago, Illinois 60602

Re:              Rogers vs. Rothbart Properties
Deposition of:  Bruce Rogers
Date Taken:     11/13/07
Our File #:     666165

Dear Counsel:

Enclosed please find the executed signature page, and errata sheet(s) for the deposition listed above. Please incorporate these pages into your deposition transcript.

Very truly yours,

Robert Rogers
Enclosure:      Signature Page/Errata(s)
W/encl
CC:    Steven Tefft

```
 1  STATE OF ILLINOIS     )
 2                        ) SS:
 3  COUNTY OF C O O K     )
 4      IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
 5         COUNTY DEPARTMENT - LAW DIVISION
 6  BRUCE ROGERS,              )
 7          Plaintiff,         )
 8      vs.                    )  Case No. 06 L 005376
 9  ROTHBART PROPERTIES, et al, )
10          Defendants.        )
11
12         I hereby certify that I have read the
13  foregoing transcript of my deposition given at the
14  time and place aforesaid, consisting of Pages 1 to
15  139, inclusive, and I do again subscribe and
16  make oath that the same is a true, correct and
17  complete transcript of my deposition so given as
18  aforesaid, and includes changes, if any, so made by
19  me.
20                         BRUCE ROGERS
                           *Bruce Rogers*
21  SUBSCRIBED AND SWORN TO before me
22  this       day of            , A.D. 2007.
23
24         Notary Public
```

Errata Sheet

Page: 1 Of Total Pages: 3

I wish to make the following changes to my deposition/statement:

Page #: 4, Line #: 10
As appears in Transcript: Gonnella Talking) Gonyales Talking
To: GonZAles
Reason: _____

Page #: 8, Line #: 11
As appears in Transcript: Columbia Payton College
To: Columbia Basin College
Reason: _____

Page #: 9, Line #: 8
As appears in Transcript: 1956
To: 1966
Reason: _____

Page #: 17, Line #: 3
As appears in Transcript: $9.50 hr.
To: $7.50 hr
Reason: _____

12-25-07
DATE

Bruce Rogers
DEPONENT'S SIGNATURE

Errata Sheet

Page: ~~3 4~~ 2  Of Total Pages: 3

I wish to make the following changes to my deposition/statement:

Page #: 3 4, Line #: 2 2

As appears in Transcript: Valley N.M.

To: Belen N.M.

Reason: _____

Page #: 5 0, Line #: 1 0

As appears in Transcript: I Keep ludlow

To: I Think Lubbock

Reason: _____

Page #: 5 3, Line #: 1 4

As appears in Transcript: forward flashers

To: four-way flashers
4-way

Reason: _____

Page #: 8 6, Line #: 1 9

As appears in Transcript: Jimmy

To: Jenny

Reason: _____

12-25-07
DATE

Bruce Rogers
DEPONENT'S SIGNATURE

Errata Sheet

Page: __3__ Of Total Pages: __3__

I wish to make the following changes to my deposition/statement:

Page #: __118__, Line #: __9__

As appears in Transcript: __nine years__

To: __nine monthes__

Reason: _____

Page #: __120__, Line #: __5__

As appears in Transcript: __Massa high__

To: __Paseo "__

Reason: _____

Page #: __123__, Line #: __22__

As appears in Transcript: __hour window__

To: __hourly wage__

Reason: _____

Page #: _____, Line #: _____

As appears in Transcript: _____

To: _____

Reason: _____

__12-26-07__
DATE

__Bruce Rogers__
DEPONENT'S SIGNATURE