IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRUCE ROGERS,<br><br>    Plaintiff,<br>v.<br><br>ROTHBART PROPERTIES; PRECISION LABORATORIES, INC.; **ROTHBART REALTY COMPANY**; 977 NORTHPOINT VENTURES, L.L.C., a/k/a 977 NORTHPOINT VENTURES FUND; SLJ PROPERTIES, L.L.C; **ROTHBART CONSTRUCTION COMPANY, INC.;** and ROTHBART CONSTRUCTION COMPANY, INC. a/k/a ROTHBART CONSTRUCTION REALTY,<br><br>    Defendants.<br>_____<br>**ROTHBART CONSTRUCTION COMPANY, INC.**<br><br>    Third-Party Plaintiff,<br>v.<br><br>SWIFT TRANSPORT COMPANY, INC.<br><br>    Third-Party Defendant.<br>_____<br>**ROTHBART CONSTRUCTION COMPANY, INC**<br><br>    Cross-Plaintiff,<br>v.<br><br>PRECISION LABORATORIES, INC.<br><br>    Cross-Defendant. | Judge GOTTSCHALL<br><br>Magistrate Judge DENLOW<br><br>Case No. 08 C 0822 |

## NOTICE OF FILING

To:    Edwin J. Hull, IIII, Cutler & Hull, 70 W. Madison, Suite 3750, Chicago, IL 60602
Daniel Cray, Iwan Cray, 303 W. Madison, Suite 2206, Chicago, IL 60606
James A. Foster, Ehren V. Bilshausen, Cassidy Schade LLP, 20 N. Wacker Drive, Suite 1040 Chicago, IL 60606-2903
John W. Potter, Law Offices of Bruno G. Para, 225 W. Washington, Suite 1400, Chicago, IL 60606

    I HEREBY CERTIFY that on **June 17, 2008**, I electronically filed the foregoing **Response of Defendant/Cross-Plaintiff Rothbart Construction, Inc. to the Motion to Dismiss Crossclaim by Cross-Defendant Precision Laboratories, Inc. and Cross Motion**, with the Clerk of the United States District Court, Northern District of Illinois for the Eastern Division, using the CM/ECF system, that I have served all CM/ECF Registered Participants as reflected on the Notice of Electronic Filing and that I have served all non CM/ECF participants by mailing a copy via first class U.S. Mail, with proper postage prepaid and affixed thereon, on **June 17, 2008**.

By:      /s/ Steven M. Tefft
Steven M. Tefft (smt@AdamsSwatek.com)
Donna M. Bucko (dmb@AdamsSwatek.com)
Attorneys for Defendants/Third-Party Plaintiff
Rothbart Construction Company, Inc. and
Rothbart Realty Company

ADAMS SWATEK, L.L.C.
22 W. State Street
Geneva, IL 60134
Telephone: (630) 232-6440
Facsimile: (630) 232-6450
ARDC#: 6183917