















**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| BRUCE ROGERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 06 L 005376 |
| | ) | |
| ROTHBART PROPERTIES, PRECISION | ) | |
| LABORATORIES, INC., ROTHERBART | ) | |
| REALTY COMPANY, 977 NORTHPOINT | ) | |
| VENTURES, LLC., a/k/a 977 NORTHPOINT | ) | |
| VENTURES FUND, SLJ PROPERTIES, LLC, | ) | |
| ROTHBART CONSTRUCTION COMPANY, | ) | |
| INC. and ROTHBART CONSTRUCTION | ) | |
| COMPANY, INC. a/k/a ROTHBART | ) | |
| CONSTRUCTION REALTY | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSE TO DEFEDANT PRECISION'S**
**MOTION FOR INVOLUNTARY DISMISSAL**

I.    **Deposition of Gary Rothbart**

1   STATE OF ILLINOIS     )
                          )    SS:
2   COUNTY OF COOK        )

3       IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
               COUNTY DEPARTMENT - LAW DIVISION
4

5   BRUCE ROGERS,                      )
                                       )
6                       Plaintiff,     )
                                       )
7       vs.                            ) No. 06 L 005376
                                       )
8   ROTHBART PROPERTIES, PRECISION     )
    LABORATORIES, INC., ROTHBART       )
9   REALTY COMPANY, 977 NORTHPOINT     )
    VENTURES, LLC., a/k/a 977          )
10  NORTHPOINT VENTURES FUND, SLJ      )
    PROPERTIES, LLC, ROTHBART          )
11  CONSTRUCTION COMPANY, INC. and     )
    ROTHBART CONSTRUCTION COMPANY,     )
12  INC., a/k/a ROTHBART               )
    CONSTRUCTION REALTY,               )
13                                     )
                        Defendants.    )
14

15

16          The discovery deposition of

17  **GARY B. ROTHBART**, taken under oath on the 14th day of

18  November 2006, at Suite 3750, 70 W. Madison Street,

19  Chicago, Illinois, pursuant to the Rules of the

20  Supreme Court of Illinois and the Code of Civil

21  Procedure, before Adrienne White, a notary public in

22  and for the County of Cook and State of Illinois,

23  pursuant to notice.

24

                                                    1

1          APPEARANCES:

2                 CUTLER & HULL, by
                  MR. EDWIN J. HULL, ESQ.
3                 70 W. Madison Street
                  Suite 3750
4                 Chicago, Illinois 60602
                  (312)
5                      for the plaintiff;

6                 LAW OFFICES of STEPHEN J. HASZTO, by
                  MR. JOHN W. POTTER
7                 225 W. Washington Street
                  Suite 1400
8                 Chicago, Illinois 60606
                  (312) 827-2300
9                      for the defendants, Rothbart Realty,
                       977 Northpoint Realty, and SLJ
10                     Properties;

11                ADAMS SWATEK, LLC, by
                  MS. MICHELLE L. ADAMS, P.C.
12                1250 Executive Place
                  Suite 201
13                Geneva, Illinois 60134
                  (630) 232-6440
14                     for Rothbart Construction;

15                IWAN CRAY HUBER HORSTMAN & VanAUSDAL, LLC,
                  by
16                MR. RYAN F. FitzSIMMONS
                  303 West Madison
17                Suite 2200
                  Chicago, Illinois 60606
18                (312) 332-8521
                       for Precision Labs.
19

20

21

22

23

24

2

1                                I N D E X
       Witness:                                           Page
2      Gary B. Rothbart
              Examination by:
3                   Mr.  Hull                             4
                    Mr.  FitzSimmons                      76
4                   Mr.  Hull                             86
                    Mr.  Potter                           101
5                   Mr.  FitzSimmons                      116

6


7                            E X H I B I T S
       Number                                             Page
8         1                                               28
          2-4                                             33
9


10                 C E R T I F I E D   Q U E S T I O N S
       Page                                               Line
11        (None)

12

13

14

15

16

17

18

19

20

21

22

23

24

3

1                    (Witness sworn.)

2              **GARY B. ROTHBART,**

3    called as a witness herein, having been first duly

4    sworn, was examined and testified as follows:

5                    EXAMINATION

6                    BY

7                    MR. HULL:

8         Q    Would you please state your full name and

9    spell your last name for the court reporter.

10        A    Gary B. Rothbart, R-o-t-h-b-a-r-t.

11        Q    Mr. Rothbart, have you ever been deposed

12   before?

13        A    Yes.

14        Q    How many times?

15        A    More than once.

16        Q    Can you give me a guesstimate?

17        A    No.

18        Q    More than ten?

19        A    Maybe.

20        Q    More than 20?

21        A    No.

22        Q    All right.  Well, then were they civil

23   cases or criminal cases; what were they?

24        A    Civil cases.

                                                    4

1          Q    Okay.  All right.  Well, then you're

2     probably a little bit familiar with it, but let me

3     just point out a few things for you anyway.  Okay.

4          MR. HULL:  First of all, let the record reflect

5     that this deposition is being taken pursuant to

6     notice and agreement of the parties, and is being

7     taken for the purpose of the issues related to the

8     motion to dismiss filed by Precision Laboratories,

9     Inc., one of the defendants in the case.

10              The deposition is being taken pursuant

11    to all applicable Supreme Court Rules and the

12    applicable provisions of the Illinois Civil Practice

13    Act.

14    BY MR. HULL:

15         Q    Mr. Rothbart, I'm going to ask you a series

16    of questions.  We'll try to make it as brief as

17    possible for you today.

18              When I ask you a question, you need to

19    answer out loud.  You need to have a spoken word.

20    The court reporter can't take down shrug of the

21    shoulders or nods of the head or anything like that.

22              Secondly, in order to make her job a

23    little bit easier and to make the record as clear as

24    possible, let me finish my question even if you know

                                                    5

1    where I'm going, or you know what I'm going to ask,

2    let me finish my question, then you give your answer.

3             And I will do the same as far as your

4    answers are concerned.  Okay?  And that way then she

5    can take down only one of us at a time.  Okay?

6        A    Yes.

7        Q    All right.  Then -- secondly, if I ask any

8    questions that you don't understand or that are

9    confusing to you or somehow they don't make sense,

10   just tell me.

11            I'll be glad to rephrase or ask a new

12   question or do whatever I need to do to try to make

13   myself clear to you, so that you can give me a clear

14   answer.  Okay?

15       A    Yes.

16       Q    All right.  If you don't ask me about my

17   questions, I'm going to assume that you do understand

18   them and that whatever answer you give is your

19   response in answer to that question.

20       A    Okay.

21       Q    Fair enough?

22       A    Yes.

23       Q    All right.  Let me just get a little bit of

24   information first of all, what documents did you

                                                        6

1    review to prepare for this deposition?

2         A    I reviewed the Answers to the

3    Interrogatories, conversations with my attorneys, and

4    the file to date.

5         Q    Okay.  And this file to date, is that a

6    file that you keep or that Rothbart keeps or is that

7    a file kept by somebody else?

8         A    It's a file that pertains to this matter.

9         Q    And who keeps that?

10        A    I do.

11        Q    Okay.  And where do you keep that file?

12        A    My office.

13        Q    What kind of things are in that file?

14        MR. POTTER:  I'm going to object just on the

15   basis of some of it is privileged, so anything

16   excluding conversations between you and I, why don't

17   you let him know what's in your file.

18        THE WITNESS:  It would be the actual complaints

19   that were filed, the notes that -- that's really it.

20   Complaints, some initial correspondence from

21   Precision regarding the matter.

22             And that's really about it other than

23   the privileged conversations with my attorney.

24        MR. POTTER:  Or your notes with --

7

```
 1              THE WITNESS:  Or my notes, right.
 2       BY MR. HULL:
 3           Q    Any correspondence generated by Rothbart or
 4       a Rothbart entity?
 5              MR. POTTER:  Other than to your attorneys.
 6              THE WITNESS:  No.
 7       BY MR. HULL:
 8           Q    Any other documents, copy of the lease,
 9       anything like that?
10           A    Copy of the lease.
11           Q    Any pictures?
12           A    No.
13           Q    Anything else you can think of?
14           A    No.
15           Q    Okay.  And which office is this Rothbart
16       file kept?
17           A    1945 Techny Road, Northbrook.
18           Q    And which entity -- whose office is that?
19           A    It's the office of Rothbart Construction
20       slash Rothbart Realty Company.
21           Q    Is that a separate legal entity?  Rothbart
22       Construction slash Rothbart Realty Company?
23           A    Rothbart Construction Company is a separate
24       entity.  Rothbart Realty is a separate entity.
```

                                                          8

1          Q    Are there any other entities that have

2     their offices at 1945 Techny Road?

3          A    Define -- what do you mean by separate

4     entities?

5          Q    Any other entities in which you have an

6     interest in.

7          A    Yes.

8          Q    Okay.  And what entities are those?

9          MR. POTTER:  Well, I don't think that you can

10    get into an asset type of deposition here, so if you

11    want to ask him about the entities that are related

12    to the property at issue, I'm okay with that.

13              If you want to go through the caption,

14    I'm okay with that, but I don't think you get to

15    identify every entity that he has an interest with if

16    it's not associated with this litigation.

17          MR. HULL:  Okay.  Fair enough.

18    BY MR. HULL:

19          Q    Let me ask you a few questions here, Mr.

20    Rothbart.  Where do you currently live?

21          A    Glencoe, Illinois.

22          Q    What's the address?

23          A    1177 Long Meadow.

24          Q    How long have you lived there?

                                                          9

1      A    23 years.

2      Q    Anybody else that you live there with?

3      A    My wife.

4      Q    Anybody else?

5      A    Nope.

6      Q    What's your highest level of education?

7      A    J.D.

8      Q    Where did you get your J.D.?

9      A    University of California, Hastings.

10     Q    And when did you get your J.D.?

11     A    '71.

12     Q    And where did you go to college?

13     A    Wisconsin.

14     Q    Madison?

15     A    Yes.

16     Q    When did you get the --

17     A    '68.  '68.

18     Q    Okay.  So did you ever practice law?

19     A    No.

20     Q    Do you have a current law license in

21   Illinois?

22     A    Yes, in Illinois.

23     Q    How long have you had that?

24     A    Since '71 or '72.

                                                    10

1          Q     Every year since then?

2          A     Yeah.   Wait.   Go back a second.   Did I ever

3     practice law per se?  No, I did tax law for a while

4     within a CPA firm, but I've never held myself out to

5     clients.

6          Q     And where was that?

7          A     Alexander Grant which then became Grant

8     Thornton.

9          Q     Was that here in Illinois?

10         A     Chicago.

11         Q     All right.   I'm going to be a little

12    inartful in asking this, but I'm trying to sort of

13    short circuit things for you because you've had a --

14    you would have had a relatively long work career, but

15    did there come a time when you started one of these

16    entities that's named in the complaint, Rothbart

17    Properties or Rothbart Realty Company?

18         A     I don't understand what you're asking.

19         Q     Did you start either of those entities?

20    Rothbart Properties or Rothbart Realty Company?

21         A     Yes.

22         Q     Okay.   And when did you start those?

23         A     I'd say approximately 1980, plus or minus.

24         Q     Okay.   Then prior to 1980, plus or minus,

                                                            11

1    what did you do for a living?

2          A    Worked for a company.

3          Q    And what company?

4          A    The Altar Group (phonetic), real estate

5    development.

6          Q    And where did you do that?

7          A    Chicago.

8          Q    Is that where you went to work after law

9    school?

10         A    No, I went to Grant Thornton.

11         Q    How long were you at Grant Thornton?

12         A    18 months.

13         Q    All right.  And after that did you go to

14    the Altar Group?

15         A    Yes.

16         Q    All right.  When you started -- which one

17    did you start first?  Rothbart Properties or Rothbart

18    Realty Company?

19         A    Rothbart Properties, there is no such

20    company.

21         Q    There's no such legal entity?

22         A    No.

23         Q    All right.  Then let's stick with Rothbart

24    Realty Company, when did you start that?

                                                              12

1      A    That was the successor corporation to a

2    previous corporation we had.

3      Q    An what was the previous corporation?

4      A    Imperial Development Company.

5      Q    And when was Imperial Development started?

6      A    I think about '74, '75.

7      Q    Were you still working with the Altar Group

8    when you were --

9      A    No.

10      Q    When did you leave the Altar Group?

11      A    '76.

12      Q    You left the Altar Group in '76?

13      A    Yes.

14      Q    You started Imperial Development in --

15      A    No, it was a corporation run by someone

16    else that I came into business with.

17      Q    Okay.  All right.  Then how did that

18    company turn into Rothbart Realty?

19      A    Name change.

20      Q    The other person that had an ownership

21    interest in Imperial Development, are they still

22    around?

23      A    Yes.

24      Q    Okay.  They're still part of Rothbart

13

1    Realty?

2         A    Yes.

3         Q    And what at the time -- when did that name

4    change take place; is that that 1980 or so?

5         A    Something like that.

6         Q    What was the business of Rothbart Realty at

7    that time?

8         A    All right.  We were the developers of

9    multi-tenant industrial buildings.

10        Q    And did that include this property that

11   we're here to talk about in Waukegan?

12        A    Yes.

13        Q    All right.  How do you guys refer to that

14   property?

15        A    977 Northpoint Venture.

16        Q    And that -- strike that.  So the property

17   that you guys refer to as 977 Northpoint Venture;

18   does that property include the addresses, 959 and 965

19   Northpoint Boulevard?

20        A    Yes.

21        Q    All right.  So if I refer to that property

22   Northpoint -- 977 Northpoint Ventures during this

23   deposition, you and I will understand that that is

24   the building that includes those addresses that I

                                                      14

1    just mentioned?

2         A    Yes.

3         Q    Okay.  When was the 977 Northpoint Ventures

4    built?

5         A    Approximately, I think, about 2001, 2002.

6         Q    And who built that building or which entity

7    built that building?

8         A    That building was built by Rothbart

9    Construction Company.

10        Q    Is the proper name for that company

11   Rothbart Construction Company or Rothbart

12   Construction Company, Inc.?

13        A    I think Rothbart Construction Company, Inc.

14        Q    Does Rothbart Construction Company, Inc.

15   have any ownership interest in the building?

16        A    No.

17        Q    They were just a company hired to build the

18   building?

19        A    Correct.

20        Q    All right.  And who hired them to build the

21   building?

22        A    The 977 Northpoint Venture, LLC.

23        Q    And is that the entity that owns the

24   building?

15

1        A      Yes.

2        Q      Does it currently own the building?

3        A      Yes.

4        Q      Has it owned the building since this 977

5   Northpoint Venture building was built?

6        A      Yes.

7        Q      Were there any other entities involved in

8   the construction of the building other than Rothbart

9   Construction Company, Inc.?

10       A      Don't understand your question.

11       Q      All right.  Was Rothbart Construction

12  Company, Inc. the general contractor for the

13  building?

14       A      Yes.

15       Q      All right.  Were there any other entities

16  besides Rothbart Construction Company, Inc. involved

17  in building the building?

18       A      Are you saying were there any other

19  subcontractors?

20       Q      Any other entities, whatever you want to

21  call them.

22       A      There were subcontractors.

23       Q      Okay.  Was there an architect?

24       A      Yes.

                                                    16

1          Q    Was there an engineer?

2          A    Yes.

3          Q    Were those separate entities from Rothbart

4    Construction Company?

5          A    Yes.

6          Q    Do you know who the architect and who the

7    engineer were?

8          A    I have to look at my records.

9          Q    But you have records that show that?

10         A    I believe so.

11         Q    What entity was responsible for the design

12   of the 977 Northpoint Venture building?

13         A    Rothbart Construction Company.

14         Q    When was the first time there were tenants

15   in the 977 Northpoint Venture building?

16         A    I would say within about six months or

17   eight months after the building was finished.  And,

18   again, since I don't recall the exact construction

19   date, I can't give you the exact date.

20         Q    Okay.  That's fine.  All right.  At the

21   point in time when tenants started to occupy the 977

22   Northpoint Ventures building, at that point in time,

23   what entity or entities were responsible for the

24   maintenance of any part of that building?

                                                      17

1        MR. POTTER:   I'm going to make an objection on
2    the basis that maintenance probably is an ultimate
3    issue for the jury to decide, but putting -- and the
4    broad nature of that question -- but putting that
5    aside if you have an answer, you can provide it.   If
6    you need more information, tell him you need more
7    information.

8        THE WITNESS:   I would probably say Rothbart
9    Realty Company slash Rothbart Construction Company.
10   BY MR. HULL:

11        Q    Who do you consider the entity that manages
12   the building?

13        A    Rothbart Realty Company.

14        Q    All right.   And you've also been in the
15   business for a while, what do you consider to be
16   management of the building?   What's your definition
17   of that?

18        A    Interviewing tenants, executing leases,
19   obtaining financing, receiving rent checks, receiving
20   certificates of insurance, checking the general
21   condition of the building, tenant goodwill.

22        Q    Anything else?

23        A    Depends on what you want to throw in the
24   hopper.

18

1        Q    Well, I'm asking you --

2        A    No, I think that's a general area, general

3    definition.

4        Q    Okay.  So would all of those things then

5    would have been the responsibility of Rothbart Realty

6    Company with regard to the 977 Northpoint Venture

7    building after the point in time when tenants started

8    to occupy the building?

9        A    The majority of them.

10       Q    Is there anything they would not be

11   responsible for?

12       A    No, I think -- well, some of the asset

13   management is done at the individual -- like the

14   financing is done at the building level, not at the

15   company level.

16       Q    And when you say building level, what do

17   you mean?

18       A    I mean the 977 Northpoint Venture level.

19       Q    So 977 Northpoint Venture is LLC level?

20       A    Correct.

21       Q    All right.  Then with regard to this 977

22   Northpoint Venture Building that we've been talking

23   about, what do you consider the term maintenance of

24   the building to mean?

                                                    19

1      A    Well, I think I would deem it as checking
2    the building on a periodic basis as far as the
3    external condition, repair, replying to tenants that
4    may send in work orders as to items that may or may
5    not have to be done, tenant relations, collection of
6    rents, collection of certificates of insurance,
7    financing, that's what I deem maintenance of the
8    building.
9      Q    Okay.  And so all of those things would
10   have been the responsibility of Rothbart Realty
11   Company and Rothbart Construction Company, Inc.?
12     A    Correct.
13     Q    Again, during the time after tenants
14   started to occupy that building?
15     A    Yes.
16     MR. POTTER:  And we're talking generally here.
17   I mean, we're not -- I'm uncomfortable with the
18   generalities involved here.
19          I mean, you haven't directed us to any
20   specific location inside the building, outside the
21   building, you're just globally throwing things out.
22     MR. HULL:  I haven't even gotten there yet.
23     MR. POTTER:  Okay.
24

20