1 | BY MR. HULL:

2 |     Q    All right.  Now, again, let's go back to

3 | the 977 Northpoint Ventures Building, tell me what

4 | does that encompass?

5 |              Does it just encompass the building,

6 | or is there outlying property to the building?  Are

7 | there parking lots?  Describe it for me.

8 |     A    It's a plat of land.  And on this plat of

9 | land is parking areas, driveways, and the building.

10 |    Q    Okay.  Just one building?

11 |    A    One building.

12 |    Q    Is there a front and back to that building?

13 |    A    Yes.

14 |    Q    And they're front entrances and back

15 | entrances?

16 |    A    Yes.

17 |    Q    Did there --

18 |    A    Go ahead.

19 |    Q    Go ahead.

20 |    A    There's back entrances.

21 |    Q    All right.  And when I say front and back,

22 | I mean there are entrances on one side and there are

23 | entrances on another side?

24 |    A    Yes.

21

1        Q    Is there an office maintained by Rothbart

2    Realty or Rothbart Construction Company in that

3    building?

4        A    No.

5        Q    Is there a central area that people go into

6    that building when they want to see any of the

7    tenants in that building or are they separate areas

8    for each of the tenants?

9        A    Separate areas for each of the tenants.

10        Q    So there's no main entrance to the

11    building?

12        A    No.

13        Q    All right.  What area -- how many tenants

14    are in that building now?

15        A    Five or six.

16        Q    Is that what the building accommodates or

17    can they accommodate more than that?

18        A    That's all.

19        Q    Which is it?  Five or six?  That it can

20    accommodate?

21        A    Five, I think.

22        Q    In your experience as a commercial real

23    estate person -- a person who has been in the

24    commercial real estate business, in the 977

                                                    22

1    Northpoint Ventures building, what is the leased

2    space or the space that tenants lease or rent out,

3    what does that encompass?

4         A    It encompasses the area inside their

5    demising walls plus the area that they have exclusive

6    use of being the depressed dock.

7         Q    The depressed dock is the area where the --

8         A    Yes.

9         Q    -- goes down for the trucks to load?

10        A    Yes.

11        Q    Are there any other outside areas that are

12   leased by the tenants?

13        A    In the term "lease"?  In the term defined

14   as premises or common areas?  I don't understand your

15   question.

16        Q    Well, I want to use what you understand.  I

17   don't want to --

18        A    Just tell me what you're --

19        Q    Okay.  I don't want to --

20        A    Just tell me what you're trying to --

21        Q    I don't want to impose my definition of

22   things.

23        A    Well, I'm having a hard time understanding

24   what you're thinking.

                                                          23

1      Q    All right.  That's fair enough.

2      A    So why don't you tell me what you want to

3    understand --

4      MR. POTTER:  Just tell him you don't

5    understand.

6      MR. HULL:  Yeah, that's fine.  No problem

7    there.

8      MS. ADAMS:  Are you asking him to interpret the

9    lease?

10      MR. HULL:  No, I haven't even showed him the

11    lease or anything.  I'm just -- you know, he's a guy

12    that's been in the commercial real estate business

13    for close to 30 years.

14    BY MR. HULL:

15      Q    I'm just trying to understand what some of

16    the terms are as you understand them.  Okay?

17          So when you say "lease the space",

18    what does that mean to you?

19      A    It means the area within the demising walls

20    and anything that they have exclusive dominion and

21    control over.

22      Q    And "they" meaning the tenant?

23      A    Correct.

24      Q    All right.  So let's go to the 977

24

1    Northpoint Venture building, did there come a time

2    when a company, Precision Laboratories, became a

3    tenant in that building or a portion of that

4    building?

5        A    Yes.

6        Q    Do you remember when they first became a

7    tenant?

8        A    I'd have to look at the lease.

9        Q    Okay.  Do you have any recollection of what

10   comprised their leased space, again, as you used the

11   term?

12       MR. POTTER:  I'm going to object.  If you're

13   asking him the specifics for this, he should be

14   allowed to look at the lease if he needs to do so.

15       THE WITNESS:  Is there a site plan on the

16   lease?

17       MR. POTTER:  I don't know.  If you need a site

18   plan, then, also, I would ask that he be allowed to

19   see the site plan.

20       THE WITNESS:  Yes, I'd like to.  This way I can

21   explain it exactly if you had a site plan.

22   BY MR. HULL:

23       Q    Okay.  I don't know if there is an

24   attachment.  I never got an attached site plan,

                                                    25

1    whatever that is.  Nobody ever produced that.  All I

2    have here to show you -- and I, unfortunately, only

3    have the one copy -- is a lease.

4         A    Mm-hmm.

5         Q    But feel free to look at that.

6         A    Well, this doesn't show the unit that

7    this -- it shows numerically the unit that they

8    leased.  It does not show the layout of the unit that

9    they leased.

10        Q    All right.  So you would need to, at least,

11   see something besides this --

12        A    Yes.

13        Q    -- written document in order to tell you

14   that?

15        A    Exactly.  What you want me to deem their

16   premises.

17        Q    Okay.  All right.

18              When we were talking earlier, you

19   mentioned that the tenants of the building at the 977

20   Northpoint Venture building would occupy as leased

21   space the space inside the demising walls and then

22   the depressed dock, you called it.

23              Tell me what you mean by the depressed

24   dock?

26

1        A    There is an area that abuts the exterior of

2    the building that provides a truck well for a dock --

3    for a truck to deposit their goods, ingress and

4    egress.

5        MR. POTTER:  I have no problem with him marking

6    a photo, or I can show him photos if you want to --

7        MR. HULL:  I'm asking what it means to him.

8        THE WITNESS:  That's what it means.

9    BY MR. HULL:

10       Q    All right.  So does it -- how much of the

11   space outside the wall of the building does it

12   encompass when you called it the depressed dock?

13       A    It abuts the building.  In this case it

14   abuts the building.

15       Q    What abuts the building?

16       A    The end of the depressed dock.

17       Q    Where is the beginning of the depressed

18   dock?

19       A    In the middle of the parking lot area.

20       Q    Is that the area where the depressed dock

21   rises back up to the parking lot level?

22       A    Yes.

23       Q    Is there some -- is there any marking or

24   structure or anything that indicates that that's the

27

1   beginning part of the --

2        A    Yes.

3        Q    And what is that?

4        A    There is a railing that marks the

5   indication of a railing.

6        Q    That marks the what?

7        A    Beginning and the end of it.

8        Q    Okay.  Mr. Rothbart, I want to show you --

9        MR. HULL:  Here, why don't you go ahead and

10  mark one of these.  We can call it Rothbart 1.

11                      (Whereupon, Rothbart Deposition

12                       Exhibit No. 1 was marked for

13                       identification.)

14  BY MR. HULL:

15       Q    Mr. Rothbart, I want to show you what we've

16  marked as Rothbart 1, which I understand to be your

17  Answers to Interrogatories -- or Answers to

18  Interrogatories prepared, at least, in part by you,

19  but, certainly, signed by you on the verification

20  page at the very end.

21            So take a minute and look at those and

22  make sure I've got the right document.

23       A    Yes.

24       Q    Is that your signature on the last page of

                                                      28

1    that document?

2         A    Yes, it is.

3         Q    Do you remember preparing these?

4         A    Yes.

5         Q    It was with your attorney preparing them, I

6    assume?

7         A    Yes.

8         Q    Anybody else work with you in preparing

9    these answers?

10        A    No.

11        Q    What I want to do is point you to question

12   number 2 on page 2.  Take a look at that.  It says,

13   Please state the name and address of the person, firm

14   entity, or corporatopm which had the responsibility

15   or duty for the maintenance of the area in question

16   at the time and place of the plaintiff's fall and for

17   the 30 days preceding the date of the plaintiff's

18   fall; you see that?

19        A    Mm-hmm.

20        Q    All right.  I will tell you --

21   unfortunately, she did not copy the first page of our

22   interrogatory that we sent, which had the definition

23   of the area in question.

24             And what it was was the -- I'll

                                                    29

1   represent to you the area in question was the area

2   where the plaintiff fell.  Okay.  Which is outside

3   near one of those railings that you just talked about

4   by the depressed dock, the beginning of the depressed

5   dock.  Okay.

6           I see that your answer to this --

7   subject to the objection properly raised by your

8   attorney -- is Precision Laboratories, an Illinois

9   Corporation, a tenant under the lease, had

10  maintenance responsibilities.

11          What do you mean by that answer?

12      MR. POTTER:  I have an objection.  We have not

13  deposed the plaintiff.  We do not know where

14  specifically you're referencing.

15          With that objection, if you have an

16  answer, you can provide an answer.

17      MS. ADAMS:  I join in the objection.  Maybe you

18  can give him a little bit more information concerning

19  how close to the railing or the depressed dock the

20  plaintiff fell because at this point in time, we

21  don't have any information to indicate that.

22      MR. POTTER:  Or even which railing.  Because as

23  I understand, there are two railings.  And they run

24  for some distance.

30

1  BY MR. HULL:

2      Q    All right.  Mr. Rothbart, did you answer

3  this question?

4      A    I answered these with my counsel.

5      Q    All right.  I'm asking you.  The answer

6  that you gave here, I'm asking you what you mean by

7  that?

8      A    I refer to my counsel.

9      MR. POTTER:  Yeah, there are maintenance

10  responsibilities for Precision Laboratories under

11  this lease.

12          Given the limited information we have,

13  that's the best answer we can provide in good faith.

14  BY MR. HULL:

15      Q    Are you familiar with the maintenance

16  responsibilities for Precision under this lease?

17      A    Yes, I am.

18      Q    What are they?

19      A    They are responsible for interior

20  maintenance and repair.  However, the question that

21  comes up is:  They also have a responsibility for any

22  items they may deposit outside of their unit or their

23  garbage outside the unit.  And I don't know where any

24  of this is.

31

1              They are responsible for garbage

2    removal, so I have no idea what was here or not here,

3    so they do have a maintenance obligation.

4         Q    All right.  Then why don't we go to this --

5    so let me ask you a question:  Are you telling me

6    that you didn't understand the question number 2 when

7    you answered it?

8         MR. POTTER:  Objection.

9         MR. HULL:  How can you object to that?

10        MR. POTTER:  What gives you an indication that

11   he didn't understand it?  He answered it.

12        MR. HULL:  I just asked him, I said are you

13   telling me --

14        MR. POTTER:  Did you understand the question?

15        THE WITNESS:  Yes.

16   BY MR. HULL:

17        Q    All right.  So you understood the question?

18        A    Yes.

19        Q    All right.  And the answer as given --

20   subject to the objection -- is an accurate answer,

21   isn't it?

22        A    Yes.

23        Q    Okay.  All right.  Now, let's go to

24   question number 3.  Did you understand that question?

                                                         32

1          A    Yes.

2          Q    And is the answer that you gave -- subject

3     to the objection -- an accurate answer?

4          A    Yes.

5          Q    All right.  Let's look at question number

6     4.   Did you understand that question when you

7     answered it?

8          A    Yes.

9          Q    And subject to the objection, is the answer

10    that you gave an accurate answer?

11         A    Yes.

12                        (Whereupon, Rothbart Deposition

13                         Exhibits Nos. 2, 3, and 4 were

14                         marked for identification.)

15    BY MR. HULL:

16         Q    Okay.  Mr. Rothbart, let me just show

17    you -- all right.  I'm going to show you two

18    photographs that we've marked as Rothbart Group 3,

19    and tell me if you recognize those or recognize

20    what's depicted in those?

21         A    Yes.

22         Q    That's a portion of this 977 Northpoint

23    Ventures Building; isn't it?

24         A    The top one is, yes.  Bottom one, I can't

                                                      33

1  read the numbers over the door.  My glasses aren't

2  sharp enough.

3      Q    Okay.

4      MR. POTTER:  Is there a number on the back of

5  this photo?

6      MR. HULL:  That's the one --

7      MR. POTTER:  No. 3.

8      MR. HULL:  -- No. 3.

9      MR. POTTER:  And this is the top one that you

10  referred to, correct?

11      THE WITNESS:  Yes.

12  BY MR. HULL:

13      Q    Your attorney can certainly look at them,

14  too.  I mean I see 965 and 959 over the two garage

15  doors here.

16      A    Okay.  If that's the case, then it is the

17  977 Northpoint Building.

18      Q    All right.  And let me -- if you can just

19  set those down for a minute.  I just want to ask you

20  a couple of questions.  Looking again at --

21      MR. HULL:  You know, we're going to have to

22  mark these Group 3A and B.  I'm just going to go

23  ahead and do that right now.  And that way we won't

24  get confused as we're talking here.

34

1     BY MR. HULL:

2         Q    Looking at 3B, this railing here

3     (indicating) is this the railing you were talking

4     about earlier?

5         A    Yes.

6         Q    So the depressed dock is that area that

7     goes down by these three entrances I'm pointing to on

8     the photograph; is that correct?

9         A    Yes.

10        Q    All right.  Now, I want to show you two

11    other photographs that we've marked as Rothbart 2A

12    and 2B?

13        A    Hold on one second, please.

14        Q    Sure.  Take your time.

15        MR. POTTER:  You don't want -- if you're

16    writing your own personal notes, that's fine.  If you

17    want to talk to me, we can leave the room and talk.

18    I don't want you writing notes to me in this dep.

19        THE WITNESS:  Okay.

20        MR. POTTER:  Okay.  Just so you know.

21        THE WITNESS:  All right.  Fine.

22    BY MR. HULL:

23        Q    All right.  Let me show you 2A and 2B and

24    again --

                                                               35

1          MR. POTTER:  The problem is he might object and

2     want to see your notes, and I don't want any of our

3     communications --

4          THE WITNESS:  Okay.  Fine.  No problem.

5     BY MR. HULL:

6          Q    All right.  You see in 2A -- you see this

7     white pipe that goes down?  And it comes out of the

8     building and then it goes down along the side of this

9     railing --

10         A    Yes.

11         Q    -- I'm pointing to.  What does that pipe

12    connect to on the inside of the building?

13         A    It connects to nothing on the -- it

14    connects to a sump pit on the inside of the building,

15    which is the discharge of the water that is in the

16    dock well.

17         MR. POTTER:  And this is 2A that we're

18    referring to, correct?

19         MR. HULL:  Right.  2A.

20    BY MR. HULL:

21         Q    So if you can just describe a little bit

22    better for me, so if we go on the other side of this

23    wall where this white pipe goes in?

24         A    Mm-hmm.

                                                        36

1          Q    -- where is this sump pit?  Is it at the
2     level here (indicating) where this pipe goes into the
3     wall, or is it down at the level where the bottom of
4     the dock is or this depressed dock is?  Again, in the
5     same picture?
6          A    It's the --
7          MR. POTTER:  And you're asking him where the
8     top portion of the sump pit is located, at what
9     level; is that what you're asking?
10         MR. HULL:  That's where I'm starting, yes.
11         THE WITNESS:  I don't know what the top level
12    is, but I know what it is.
13    BY MR. HULL:
14         Q    Okay.  Well, tell me what you know then.
15         A    It's called a sump pit.  And it discharges
16    water and other items that have accumulated in the
17    depressed dock.
18         Q    And the depressed dock, are we talking
19    about this depressed dock that's on the outside of
20    this outer wall of the building?
21         A    Yes.
22         Q    And, again, correct me if I'm wrong, is
23    there some sort of drain down here in the bottom of
24    this (indicating)?

                                              37

1      A    I presume there is.  Where, I'm not too

2   sure based on how these pictures --

3      Q    But that's your recollection?

4      A    Yes.

5      Q    That there's a drain down there in the

6   outside portion of this depressed dock?

7      A    Yes.

8      Q    And that drains into this sump?

9      A    The inside portion of this depressed dock,

10  not on the outside.

11     Q    Inside meaning inside the --

12     A    Inside the dock -- the railings.

13     Q    Right.  Inside the railing, but outside of

14  this wall that shows these three doors on it?

15     A    Yes.

16     Q    Not inside the building?

17     A    Correct.

18     Q    But the sump pit, is that inside the

19  building?

20     A    Yes.

21     Q    And is that something that a tenant would

22  have access to?

23     A    Yes.

24     Q    So that sump pit would be within these

38

1   demised walls that we talked about at the beginning

2   of the deposition?

3       A   Yes.

4       Q   Is there a separate sump pit for each of

5   the five spaces that accommodate tenants in this

6   building?

7       A   Yes.

8       Q   Is there a -- does that sump pit receive

9   water and other materials from the drain that's

10  outside the depressed dock for that particular

11  tenant's space?

12      A   That's the way it's designed.

13      MR. POTTER:  Okay.  Yeah, that's the way it's

14  designed.

15  BY MR. HULL:

16      Q   Is there some sort of pump or pumping

17  mechanism inside the building that pumps the water

18  and other debris out of the sump pit into this white

19  pipe that we've been looking at?

20      A   Yes.

21      Q   And what is it?  Is it a sump pump or is it

22  some other kind of mechanism?

23      A   Sump pump.

24      Q   And who's responsible for maintaining that

                                                    39

1    sump pump?

2         A    Tenant.

3         Q    So material that's pumped out of the sump

4    pit is pumped into this white pipe and then expelled

5    at the end of that pipe?

6         A    Yes.

7         Q    The material that comes out of the end of

8    that white pipe, again, that we're looking at in

9    photograph 2A; is that material that the tenant is

10   responsible for cleaning up or is Rothbart

11   responsible for cleaning that up?

12        MR. POTTER:  Again, I'm just going to raise an

13   objection.  I think this is an ultimate issue for the

14   jury, but if you have an answer, you can provide

15   that.

16        THE WITNESS:  I don't have an answer.

17   BY MR. HULL:

18        Q    All right.  Let me show you a photo that

19   we've marked as Rothbart 2B, and I want to direct

20   your attention to the end of the railing right here

21   (indicating) where it at least looks to me like the

22   end of this white pipe that we're looking at ends;

23   you see that?

24        A    Mm-hmm.

40

1          Q    All right.  This area that's right at the

2    end of that white pipe --

3          MR. POTTER:  What photo are we looking at here?

4          MR. HULL:  This is 2A.

5    BY MR. HULL:

6          Q    This is area that's at the end of that

7    white pipe, who is responsible for that area?

8          MR. POTTER:  Objection to the broad nature of

9    the question.  If you have an answer, you can provide

10   it.  That's 2B.  Did he say 2B?

11         MR. HULL:  You're right.  I called it 2A.

12   That's 2B that we're looking at.

13         THE WITNESS:  I can go both ways.

14   BY MR. HULL:

15         Q    Well, then go both ways for me.

16         A    Depending on what may have been discharged

17   into the area from the interior of the unit -- and

18   there could be a lot of items -- they could have

19   washed the floors; they could have had spills, then

20   it would be the tenant's responsibility.

21              If it was natural run off coming from

22   water, I would probably have to say it could be our

23   responsibility depending on the nature of what is

24   being claimed was being discharged from that pipe.

                                                    41

1      Q   Okay.  How would water or other items from

2  the tenant's cleaning the floor inside the building

3  get into this sump pit?

4      A   Because what they could do is while they're

5  cleaning the floors, wipe and throw the excess into

6  the sump pit, and then in turn, it's discharged onto

7  the parking lot --

8      Q   In your experience --

9      A   -- or they could have washed a car in the

10  parking -- in the depressed dock.  And the water

11  discharged is then put into the sump pit and then

12  discharged onto the parking lot.

13      Q   And have you seen those things going on at

14  this building?

15      A   I've seen those things going on at a lot of

16  buildings.

17      Q   And your recollection about them going on

18  at this building?

19      A   Not offhand.

20      Q   Okay.

21      A   But that's not to say it didn't happen.

22      Q   I understand.  I'm just trying to find out

23  what you recall.  All right.  Let's go back to 2A,

24  where we have a picture of this pipe -- this white

42

1   pipe that's coming out that we now know is connected

2   to this pumping mechanism that ultimately connects to

3   the sump pit.  Okay.

4              Was this pipe present when the

5   building -- when the 977 Northpoint Ventures building

6   was built?

7        A    Yes.

8        Q    Was that part of the original design?

9        A    Yes, approved by the City.

10       Q    Was there a separate permit for that

11   particular pipe, or was it just part of the overall

12   plans?

13       A    Overall plans.

14       Q    To your knowledge has that pipe ever been

15   replaced since it was installed when the building was

16   built?

17       A    I have to refresh my recollection.

18       Q    And what might refresh your recollection?

19       A    I have to check records.

20       Q    Are these records that you have at Rothbart

21   Realtor offices?

22       A    It may or may not be.  I don't know.  I

23   would have to say as a property manager if this pipe

24   had been broken or damaged, we would have repaired

43

1   it.

2       Q    Okay.  And you might have records that

3   would indicate whether that has been --

4       A    I don't know.

5       Q    Okay.

6       MR. POTTER:  This lady can't take you both down

7   at the same time.

8       THE WITNESS:  Okay.  I'm sorry.

9       MR. POTTER:  I know what he's going to ask, and

10  you know what he's going to ask --

11      THE WITNESS:  I'm sorry.

12      MR. POTTER:  -- everybody does that, but just

13  let him finish his question first.

14      THE WITNESS:  Okay.

15  BY MR. HULL:

16      Q    Who is responsible for maintaining that

17  pipe?

18      A    I'll come back again, and I will say it

19  could go both ways depending on what happens.  Okay.

20           What happens if they have a truck

21  that's pulling in there, and they're using the

22  drive-in door that looks like it's to the west of

23  that pipe, and the guy's a terrible driver and runs

24  over the pipe?  I mean, it's the result of the

                                                    44

1      MR. POTTER:  He's asking for your definition of

2   the water system of the building; does it include the

3   pipe, I think.

4      THE WITNESS:  It's not part of the water

5   system.  It's part of the engineering system.

6   BY MR. HULL:

7      Q    Okay.  And what encompasses the engineering

8   system, does that include the plumbing and the water?

9      A    Now, that would be the exterior drainage of

10   the site.

11      Q    Okay.  All right.  Then let's look at --

12   let me show you one other thing.  Let me get this out

13   of the way.  This is what we've marked as Rothbart 4A

14   and 4B.  Okay.

15           I'll tell you my understanding of

16   what's depicted in those pictures, and you tell me if

17   it's something different.

18           My understanding is that that is the

19   portion of the 977 Northpoint Ventures building that

20   is away from the road.  So if you went all the way --

21   you know, from the road being in  the front, you go

22   all the way -- that's the back end of the building.

23      A    This is the eastern end of the building.

24      Q    Yeah, I don't have my north, south, east,

                                                        46

1   tenant.

2        Q    So then it's the tenant's responsibility?

3        A    In that case I would say it's the tenant's

4   responsibility.  If you're asking how the pipe gets

5   broken, that could be a reason.

6        Q    Mm-hmm.  What might be a circumstance under

7   which Rothbart Realty or Rothbart Construction is

8   responsible for maintaining that pipe?

9        A    If we drove by, and let's say we saw that

10  it was disconnected, or there was some cracks in it,

11  or there was water coming out of some other spots, we

12  would fix it as a matter of course.

13       Q    Would you keep any records of any work like

14  that that you did?

15       A    May or may not.

16       Q    But if you did keep records, would they be

17  at this Techny address that we talked about?

18       A    If we did have them, they could be, yes.

19  If we did have them, they would be at Techny.

20       Q    There's no other place that you would keep

21  records?

22       A    No.

23       Q    Okay.  Do you know whether this pipe is

24  part of the water system of the building?

45

1    west --

2        A    This is the eastern end of the building.

3        Q    Okay.  That's the end of the building

4    that's currently occupied by the dry foods business?

5        A    I believe, Quick Dry, yes.

6        Q    Again, let me point in this picture to

7    the -- again, we see this white pipe --

8        A    Mm-hmm.

9        Q    -- coming out.  And then we see what I know

10   to be -- but, again, in the photograph it looks to be

11   a collapsible or flexible black plastic extender

12   that's attached onto the end of the white pipe going

13   out some feet further toward wherever -- out in the

14   parking lot; did you see that?

15       A    Yes.

16       Q    Is that something that was attached by

17   Rothbart Realty or Rothbart Construction?

18       A    No idea.

19       Q    Do you know whether it was attached by

20   Quick Dry?

21       A    No idea.

22       Q    Have you ever seen this kind of attachment

23   on any of these white pipes other than down there by

24   Quick Dry?

                                                    47

1          MR. POTTER:  I'm going to object because this

2     is a photo taken from a very far distance, but if you

3     have an answer, you can provide it.

4          THE WITNESS:  Repeat the question.

5     BY MR. HULL:

6          Q    Have you ever seen -- we talked before

7     about each of the tenant spaces having the depressed

8     dock?

9          A    Mm-hmm.

10         Q    And then each of them having this white

11    pipe coming out from the sump pit --

12         A    Mm-hmm.

13         Q    -- that's in the interior space within the

14    demised walls.  Does something like this exist for

15    each of the tenants down the line in this building?

16         A    You mean this extension?

17         Q    No, no, just this white pipe connecting to

18    the sump pit near the depressed dock setup that we've

19    talked about?

20         A    Well, you see right here (indicating) if

21    it's -- on this dock, it's the same as the one

22    you're --

23         Q    And that's all I'm saying is that each one

24    of these tenants down the line has that same kind of

48

1    setup?

2         A    Yes.

3         Q    All right.  So my question is:  Have you

4    ever seen at this building attached to the end of

5    these white pipes that come out, this kind of black

6    flexible plastic pipe other than down there by Quick

7    Dry?

8         A    Don't recall.

9         Q    How many times do you go to the building?

10        A    I go on the average about twice a month.

11        Q    And has that been the case since tenants

12   started to occupy the building?

13        A    Yes.  Yes.

14        Q    And what's your purpose in going there?

15        A    I drive around to look and see for possible

16   maintenance issues or condition of the property, the

17   way tenants are keeping it clean, landscaping, et

18   cetera.

19        Q    Are you just looking at exterior things or

20   are you like also going inside their space?

21        A    Purely exterior.

22        Q    If you wanted to do anything other than

23   drive around, do you get out and walk around?

24        A    Sometimes, I do both.

49

1      Q    All right.  During the course of these

2   approximately twice monthly inspections that you just

3   told us about, do you ever recall seeing anything

4   other than liquid being discharged from the end of

5   these white pipes?

6      A    I don't understand the question.

7      Q    All right.  Is there anything -- when you

8   made these inspections, twice monthly inspections,

9   have you seen anything other than what appeared to

10  you to be water being discharged from the end of

11  these white pipes?  Any other kind of debris or...

12     A    Well, it would be a liquid debris, because

13  a solid debris couldn't go through those.

14                And, you know, again, on account of

15  the soil, I don't know the composure of the liquid.

16     Q    Is there a reason that solid can't go

17  through those pipes?

18     A    It's due to the size of the pipe.

19     Q    How big is the pipe?

20     A    It's probably about an inch, inch and a

21  half.  And it's got to get through the sump, too,

22  remember that.

23     Q    I understand that.  So it's your testimony

24  that no solid of any kind --

                                                    50