







DEPOSITION
EXHIBIT





PENGAD 800-631-6989

DEPOSITION
EXHIBIT





**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

| | | |
|---|---|---|
| BRUCE ROGERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 06 L 005376 |
| | ) | |
| ROTHBART PROPERTIES, PRECISION | ) | |
| LABORATORIES, INC., ROTHERBART | ) | |
| REALTY COMPANY, 977 NORTHPOINT | ) | |
| VENTURES, LLC., a/k/a 977 NORTHPOINT | ) | |
| VENTURES FUND, SLJ PROPERTIES, LLC, | ) | |
| ROTHBART CONSTRUCTION COMPANY, | ) | |
| INC. and ROTHBART CONSTRUCTION | ) | |
| COMPANY, INC. a/k/a ROTHBART | ) | |
| CONSTRUCTION REALTY | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S BRIEF IN SUPPORT OF HIS MOTION TO RECONSIDER THE**
**COURT'S RULING ON DEFENDANT PRECISION LABORATORY INC'S**
**MOTION TO DISMISS PURSUANT TO 735 ILCS 5/2-619(A)(9)**

I.    **Deposition of Gary Rothbart**

1   STATE OF ILLINOIS      )
                           )   SS:
2   COUNTY OF COOK         )

3       IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
              COUNTY DEPARTMENT - LAW DIVISION
4

5   BRUCE ROGERS,                    )
                                     )
6                      Plaintiff,    )
                                     )
7        vs.                         ) No. 06 L 005376
                                     )
8   ROTHBART PROPERTIES, PRECISION   )
    LABORATORIES, INC., ROTHBART     )
9   REALTY COMPANY, 977 NORTHPOINT   )
    VENTURES, LLC., a/k/a 977        )
10  NORTHPOINT VENTURES FUND, SLJ    )
    PROPERTIES, LLC, ROTHBART        )
11  CONSTRUCTION COMPANY, INC. and   )
    ROTHBART CONSTRUCTION COMPANY,   )
12  INC., a/k/a ROTHBART             )
    CONSTRUCTION REALTY,             )
13                                   )
                       Defendants.   )
14

15

16          The discovery deposition of

17  **GARY B. ROTHBART**, taken under oath on the 14th day of

18  November 2006, at Suite 3750, 70 W. Madison Street,

19  Chicago, Illinois, pursuant to the Rules of the

20  Supreme Court of Illinois and the Code of Civil

21  Procedure, before Adrienne White, a notary public in

22  and for the County of Cook and State of Illinois,

23  pursuant to notice.

24

                                                    1

1          APPEARANCES:

2              CUTLER & HULL, by
               MR. EDWIN J. HULL, ESQ.
3              70 W. Madison Street
               Suite 3750
4              Chicago, Illinois 60602
               (312)
5                  for the plaintiff;

6              LAW OFFICES of STEPHEN J. HASZTO, by
               MR. JOHN W. POTTER
7              225 W. Washington Street
               Suite 1400
8              Chicago, Illinois 60606
               (312) 827-2300
9                  for the defendants, Rothbart Realty,
                   977 Northpoint Realty, and SLJ
10                 Properties;

11             ADAMS SWATEK, LLC, by
               MS. MICHELLE L. ADAMS, P.C.
12             1250 Executive Place
               Suite 201
13             Geneva, Illinois 60134
               (630) 232-6440
14                 for Rothbart Construction;

15             IWAN CRAY HUBER HORSTMAN & VanAUSDAL, LLC,
               by
16             MR. RYAN F. FitzSIMMONS
               303 West Madison
17             Suite 2200
               Chicago, Illinois 60606
18             (312) 332-8521
                   for Precision Labs.

19

20

21

22

23

24

                                                        2

I N D E X

Witness:                                                   Page
Gary B. Rothbart
        Examination by:
                Mr. Hull                                    4
                Mr. FitzSimmons                             76
                Mr. Hull                                    86
                Mr. Potter                                 101
                Mr. FitzSimmons                            116

E X H I B I T S

Number                                                    Page
  1                                                        28
  2-4                                                      33

C E R T I F I E D   Q U E S T I O N S

Page                                                      Line
(None)

3

1                              (Witness sworn.)

2                      **GARY B. ROTHBART,**

3    called as a witness herein, having been first duly

4    sworn, was examined and testified as follows:

5                      EXAMINATION

6                      BY

7                      MR. HULL:

8        Q    Would you please state your full name and

9    spell your last name for the court reporter.

10       A    Gary B. Rothbart, R-o-t-h-b-a-r-t.

11       Q    Mr. Rothbart, have you ever been deposed

12   before?

13       A    Yes.

14       Q    How many times?

15       A    More than once.

16       Q    Can you give me a guesstimate?

17       A    No.

18       Q    More than ten?

19       A    Maybe.

20       Q    More than 20?

21       A    No.

22       Q    All right.  Well, then were they civil

23   cases or criminal cases; what were they?

24       A    Civil cases.

                                                    4

1        Q    Okay.  All right.  Well, then you're

2    probably a little bit familiar with it, but let me

3    just point out a few things for you anyway.  Okay.

4        MR. HULL:  First of all, let the record reflect

5    that this deposition is being taken pursuant to

6    notice and agreement of the parties, and is being

7    taken for the purpose of the issues related to the

8    motion to dismiss filed by Precision Laboratories,

9    Inc., one of the defendants in the case.

10                The deposition is being taken pursuant

11   to all applicable Supreme Court Rules and the

12   applicable provisions of the Illinois Civil Practice

13   Act.

14   BY MR. HULL:

15       Q    Mr. Rothbart, I'm going to ask you a series

16   of questions.  We'll try to make it as brief as

17   possible for you today.

18                When I ask you a question, you need to

19   answer out loud.  You need to have a spoken word.

20   The court reporter can't take down shrug of the

21   shoulders or nods of the head or anything like that.

22                Secondly, in order to make her job a

23   little bit easier and to make the record as clear as

24   possible, let me finish my question even if you know

                                                        5

1    where I'm going, or you know what I'm going to ask,

2    let me finish my question, then you give your answer.

3                And I will do the same as far as your

4    answers are concerned.  Okay?  And that way then she

5    can take down only one of us at a time.  Okay?

6        A    Yes.

7        Q    All right.  Then -- secondly, if I ask any

8    questions that you don't understand or that are

9    confusing to you or somehow they don't make sense,

10    just tell me.

11                I'll be glad to rephrase or ask a new

12    question or do whatever I need to do to try to make

13    myself clear to you, so that you can give me a clear

14    answer.  Okay?

15        A    Yes.

16        Q    All right.  If you don't ask me about my

17    questions, I'm going to assume that you do understand

18    them and that whatever answer you give is your

19    response in answer to that question.

20        A    Okay.

21        Q    Fair enough?

22        A    Yes.

23        Q    All right.  Let me just get a little bit of

24    information first of all, what documents did you

                                                         6

1    review to prepare for this deposition?

2         A    I reviewed the Answers to the

3    Interrogatories, conversations with my attorneys, and

4    the file to date.

5         Q    Okay.  And this file to date, is that a

6    file that you keep or that Rothbart keeps or is that

7    a file kept by somebody else?

8         A    It's a file that pertains to this matter.

9         Q    And who keeps that?

10        A    I do.

11        Q    Okay.  And where do you keep that file?

12        A    My office.

13        Q    What kind of things are in that file?

14        MR. POTTER:  I'm going to object just on the

15   basis of some of it is privileged, so anything

16   excluding conversations between you and I, why don't

17   you let him know what's in your file.

18        THE WITNESS:  It would be the actual complaints

19   that were filed, the notes that -- that's really it.

20   Complaints, some initial correspondence from

21   Precision regarding the matter.

22             And that's really about it other than

23   the privileged conversations with my attorney.

24        MR. POTTER:  Or your notes with --

7

1          THE WITNESS:  Or my notes, right.

2     BY MR. HULL:

3          Q    Any correspondence generated by Rothbart or

4     a Rothbart entity?

5          MR. POTTER:  Other than to your attorneys.

6          THE WITNESS:  No.

7     BY MR. HULL:

8          Q    Any other documents, copy of the lease,

9     anything like that?

10         A    Copy of the lease.

11         Q    Any pictures?

12         A    No.

13         Q    Anything else you can think of?

14         A    No.

15         Q    Okay.  And which office is this Rothbart

16    file kept?

17         A    1945 Techny Road, Northbrook.

18         Q    And which entity -- whose office is that?

19         A    It's the office of Rothbart Construction

20    slash Rothbart Realty Company.

21         Q    Is that a separate legal entity?  Rothbart

22    Construction slash Rothbart Realty Company?

23         A    Rothbart Construction Company is a separate

24    entity.  Rothbart Realty is a separate entity.

                                                        8

1      Q     Are there any other entities that have

2   their offices at 1945 Techny Road?

3      A     Define -- what do you mean by separate

4   entities?

5      Q     Any other entities in which you have an

6   interest in.

7      A     Yes.

8      Q     Okay.  And what entities are those?

9      MR. POTTER:  Well, I don't think that you can

10  get into an asset type of deposition here, so if you

11  want to ask him about the entities that are related

12  to the property at issue, I'm okay with that.

13           If you want to go through the caption,

14  I'm okay with that, but I don't think you get to

15  identify every entity that he has an interest with if

16  it's not associated with this litigation.

17      MR. HULL:  Okay.  Fair enough.

18  BY MR. HULL:

19      Q     Let me ask you a few questions here, Mr.

20  Rothbart.  Where do you currently live?

21      A     Glencoe, Illinois.

22      Q     What's the address?

23      A     1177 Long Meadow.

24      Q     How long have you lived there?

                                                    9

1    A    23 years.

2    Q    Anybody else that you live there with?

3    A    My wife.

4    Q    Anybody else?

5    A    Nope.

6    Q    What's your highest level of education?

7    A    J.D.

8    Q    Where did you get your J.D.?

9    A    University of California, Hastings.

10    Q    And when did you get your J.D.?

11    A    '71.

12    Q    And where did you go to college?

13    A    Wisconsin.

14    Q    Madison?

15    A    Yes.

16    Q    When did you get the --

17    A    '68.   '68.

18    Q    Okay.  So did you ever practice law?

19    A    No.

20    Q    Do you have a current law license in

21    Illinois?

22    A    Yes, in Illinois.

23    Q    How long have you had that?

24    A    Since '71 or '72.

10

1       Q     Every year since then?

2       A     Yeah.   Wait.   Go back a second.   Did I ever

3   practice law per se?   No, I did tax law for a while

4   within a CPA firm, but I've never held myself out to

5   clients.

6       Q     And where was that?

7       A     Alexander Grant which then became Grant

8   Thornton.

9       Q     Was that here in Illinois?

10      A     Chicago.

11      Q     All right.   I'm going to be a little

12  inartful in asking this, but I'm trying to sort of

13  short circuit things for you because you've had a --

14  you would have had a relatively long work career, but

15  did there come a time when you started one of these

16  entities that's named in the complaint, Rothbart

17  Properties or Rothbart Realty Company?

18      A     I don't understand what you're asking.

19      Q     Did you start either of those entities?

20  Rothbart Properties or Rothbart Realty Company?

21      A     Yes.

22      Q     Okay.   And when did you start those?

23      A     I'd say approximately 1980, plus or minus.

24      Q     Okay.   Then prior to 1980, plus or minus,

11

1    what did you do for a living?

2        A    Worked for a company.

3        Q    And what company?

4        A    The Altar Group (phonetic), real estate

5    development.

6        Q    And where did you do that?

7        A    Chicago.

8        Q    Is that where you went to work after law

9    school?

10       A    No, I went to Grant Thornton.

11       Q    How long were you at Grant Thornton?

12       A    18 months.

13       Q    All right.  And after that did you go to

14   the Altar Group?

15       A    Yes.

16       Q    All right.  When you started -- which one

17   did you start first?  Rothbart Properties or Rothbart

18   Realty Company?

19       A    Rothbart Properties, there is no such

20   company.

21       Q    There's no such legal entity?

22       A    No.

23       Q    All right.  Then let's stick with Rothbart

24   Realty Company, when did you start that?

                                                    12

1    A    That was the successor corporation to a

2  previous corporation we had.

3    Q    An what was the previous corporation?

4    A    Imperial Development Company.

5    Q    And when was Imperial Development started?

6    A    I think about '74, '75.

7    Q    Were you still working with the Altar Group

8  when you were --

9    A    No.

10    Q    When did you leave the Altar Group?

11    A    '76.

12    Q    You left the Altar Group in '76?

13    A    Yes.

14    Q    You started Imperial Development in --

15    A    No, it was a corporation run by someone

16  else that I came into business with.

17    Q    Okay.  All right.  Then how did that

18  company turn into Rothbart Realty?

19    A    Name change.

20    Q    The other person that had an ownership

21  interest in Imperial Development, are they still

22  around?

23    A    Yes.

24    Q    Okay.  They're still part of Rothbart

13

1    Realty?

2         A    Yes.

3         Q    And what at the time -- when did that name

4    change take place; is that that 1980 or so?

5         A    Something like that.

6         Q    What was the business of Rothbart Realty at

7    that time?

8         A    All right.  We were the developers of

9    multi-tenant industrial buildings.

10        Q    And did that include this property that

11   we're here to talk about in Waukegan?

12        A    Yes.

13        Q    All right.  How do you guys refer to that

14   property?

15        A    977 Northpoint Venture.

16        Q    And that -- strike that.  So the property

17   that you guys refer to as 977 Northpoint Venture;

18   does that property include the addresses, 959 and 965

19   Northpoint Boulevard?

20        A    Yes.

21        Q    All right.  So if I refer to that property

22   Northpoint -- 977 Northpoint Ventures during this

23   deposition, you and I will understand that that is

24   the building that includes those addresses that I

                                                      14

1    just mentioned?

2          A    Yes.

3          Q    Okay.   When was the 977 Northpoint Ventures

4    built?

5          A    Approximately, I think, about 2001, 2002.

6          Q    And who built that building or which entity

7    built that building?

8          A    That building was built by Rothbart

9    Construction Company.

10          Q    Is the proper name for that company

11    Rothbart Construction Company or Rothbart

12    Construction Company, Inc.?

13          A    I think Rothbart Construction Company, Inc.

14          Q    Does Rothbart Construction Company, Inc.

15    have any ownership interest in the building?

16          A    No.

17          Q    They were just a company hired to build the

18    building?

19          A    Correct.

20          Q    All right.   And who hired them to build the

21    building?

22          A    The 977 Northpoint Venture, LLC.

23          Q    And is that the entity that owns the

24    building?

15

1        A     Yes.

2        Q     Does it currently own the building?

3        A     Yes.

4        Q     Has it owned the building since this 977

5   Northpoint Venture building was built?

6        A     Yes.

7        Q     Were there any other entities involved in

8   the construction of the building other than Rothbart

9   Construction Company, Inc.?

10       A     Don't understand your question.

11       Q     All right.   Was Rothbart Construction

12   Company, Inc. the general contractor for the

13   building?

14       A     Yes.

15       Q     All right.   Were there any other entities

16   besides Rothbart Construction Company, Inc. involved

17   in building the building?

18       A     Are you saying were there any other

19   subcontractors?

20       Q     Any other entities, whatever you want to

21   call them.

22       A     There were subcontractors.

23       Q     Okay.   Was there an architect?

24       A     Yes.

                                                    16

1        Q    Was there an engineer?

2        A    Yes.

3        Q    Were those separate entities from Rothbart

4    Construction Company?

5        A    Yes.

6        Q    Do you know who the architect and who the

7    engineer were?

8        A    I have to look at my records.

9        Q    But you have records that show that?

10       A    I believe so.

11       Q    What entity was responsible for the design

12   of the 977 Northpoint Venture building?

13       A    Rothbart Construction Company.

14       Q    When was the first time there were tenants

15   in the 977 Northpoint Venture building?

16       A    I would say within about six months or

17   eight months after the building was finished.  And,

18   again, since I don't recall the exact construction

19   date, I can't give you the exact date.

20       Q    Okay.  That's fine.  All right.  At the

21   point in time when tenants started to occupy the 977

22   Northpoint Ventures building, at that point in time,

23   what entity or entities were responsible for the

24   maintenance of any part of that building?

17

1          MR. POTTER:   I'm going to make an objection on

2     the basis that maintenance probably is an ultimate

3     issue for the jury to decide, but putting -- and the

4     broad nature of that question -- but putting that

5     aside if you have an answer, you can provide it.   If

6     you need more information, tell him you need more

7     information.

8          THE WITNESS:   I would probably say Rothbart

9     Realty Company slash Rothbart Construction Company.

10    BY MR. HULL:

11         Q    Who do you consider the entity that manages

12    the building?

13         A    Rothbart Realty Company.

14         Q    All right.   And you've also been in the

15    business for a while, what do you consider to be

16    management of the building?   What's your definition

17    of that?

18         A    Interviewing tenants, executing leases,

19    obtaining financing, receiving rent checks, receiving

20    certificates of insurance, checking the general

21    condition of the building, tenant goodwill.

22         Q    Anything else?

23         A    Depends on what you want to throw in the

24    hopper.

18

1        Q     Well, I'm asking you --

2        A     No, I think that's a general area, general

3    definition.

4        Q     Okay.  So would all of those things then

5    would have been the responsibility of Rothbart Realty

6    Company with regard to the 977 Northpoint Venture

7    building after the point in time when tenants started

8    to occupy the building?

9        A     The majority of them.

10       Q     Is there anything they would not be

11   responsible for?

12       A     No, I think -- well, some of the asset

13   management is done at the individual -- like the

14   financing is done at the building level, not at the

15   company level.

16       Q     And when you say building level, what do

17   you mean?

18       A     I mean the 977 Northpoint Venture level.

19       Q     So 977 Northpoint Venture is LLC level?

20       A     Correct.

21       Q     All right.  Then with regard to this 977

22   Northpoint Venture Building that we've been talking

23   about, what do you consider the term maintenance of

24   the building to mean?

19

1      A    Well, I think I would deem it as checking

2  the building on a periodic basis as far as the

3  external condition, repair, replying to tenants that

4  may send in work orders as to items that may or may

5  not have to be done, tenant relations, collection of

6  rents, collection of certificates of insurance,

7  financing, that's what I deem maintenance of the

8  building.

9      Q    Okay.  And so all of those things would

10  have been the responsibility of Rothbart Realty

11  Company and Rothbart Construction Company, Inc.?

12      A    Correct.

13      Q    Again, during the time after tenants

14  started to occupy that building?

15      A    Yes.

16      MR. POTTER:  And we're talking generally here.

17  I mean, we're not -- I'm uncomfortable with the

18  generalities involved here.

19           I mean, you haven't directed us to any

20  specific location inside the building, outside the

21  building, you're just globally throwing things out.

22      MR. HULL:  I haven't even gotten there yet.

23      MR. POTTER:  Okay.

24

20

1    BY MR. HULL:

2         Q    All right.  Now, again, let's go back to

3    the 977 Northpoint Ventures Building, tell me what

4    does that encompass?

5              Does it just encompass the building,

6    or is there outlying property to the building?  Are

7    there parking lots?  Describe it for me.

8         A    It's a plat of land.  And on this plat of

9    land is parking areas, driveways, and the building.

10        Q    Okay.  Just one building?

11        A    One building.

12        Q    Is there a front and back to that building?

13        A    Yes.

14        Q    And they're front entrances and back

15   entrances?

16        A    Yes.

17        Q    Did there --

18        A    Go ahead.

19        Q    Go ahead.

20        A    There's back entrances.

21        Q    All right.  And when I say front and back,

22   I mean there are entrances on one side and there are

23   entrances on another side?

24        A    Yes.

                                                    21

1    Q    Is there an office maintained by Rothbart

2    Realty or Rothbart Construction Company in that

3    building?

4    A    No.

5    Q    Is there a central area that people go into

6    that building when they want to see any of the

7    tenants in that building or are they separate areas

8    for each of the tenants?

9    A    Separate areas for each of the tenants.

10    Q    So there's no main entrance to the

11    building?

12    A    No.

13    Q    All right.  What area -- how many tenants

14    are in that building now?

15    A    Five or six.

16    Q    Is that what the building accommodates or

17    can they accommodate more than that?

18    A    That's all.

19    Q    Which is it?  Five or six?  That it can

20    accommodate?

21    A    Five, I think.

22    Q    In your experience as a commercial real

23    estate person -- a person who has been in the

24    commercial real estate business, in the 977

22

1    Northpoint Ventures building, what is the leased

2    space or the space that tenants lease or rent out,

3    what does that encompass?

4         A    It encompasses the area inside their

5    demising walls plus the area that they have exclusive

6    use of being the depressed dock.

7         Q    The depressed dock is the area where the --

8         A    Yes.

9         Q    -- goes down for the trucks to load?

10        A    Yes.

11        Q    Are there any other outside areas that are

12   leased by the tenants?

13        A    In the term "lease"?  In the term defined

14   as premises or common areas?  I don't understand your

15   question.

16        Q    Well, I want to use what you understand.  I

17   don't want to --

18        A    Just tell me what you're --

19        Q    Okay.  I don't want to --

20        A    Just tell me what you're trying to --

21        Q    I don't want to impose my definition of

22   things.

23        A    Well, I'm having a hard time understanding

24   what you're thinking.

                                                        23

1        Q    All right.  That's fair enough.

2        A    So why don't you tell me what you want to

3    understand --

4        MR. POTTER:  Just tell him you don't

5    understand.

6        MR. HULL:  Yeah, that's fine.  No problem

7    there.

8        MS. ADAMS:  Are you asking him to interpret the

9    lease?

10       MR. HULL:  No, I haven't even showed him the

11   lease or anything.  I'm just -- you know, he's a guy

12   that's been in the commercial real estate business

13   for close to 30 years.

14   BY MR. HULL:

15       Q    I'm just trying to understand what some of

16   the terms are as you understand them.  Okay?

17            So when you say "lease the space",

18   what does that mean to you?

19       A    It means the area within the demising walls

20   and anything that they have exclusive dominion and

21   control over.

22       Q    And "they" meaning the tenant?

23       A    Correct.

24       Q    All right.  So let's go to the 977

                                                    24

1    Northpoint Venture building, did there come a time
2    when a company, Precision Laboratories, became a
3    tenant in that building or a portion of that
4    building?

5         A    Yes.

6         Q    Do you remember when they first became a
7    tenant?

8         A    I'd have to look at the lease.

9         Q    Okay.  Do you have any recollection of what
10   comprised their leased space, again, as you used the
11   term?

12        MR. POTTER:  I'm going to object.  If you're
13   asking him the specifics for this, he should be
14   allowed to look at the lease if he needs to do so.

15        THE WITNESS:  Is there a site plan on the
16   lease?

17        MR. POTTER:  I don't know.  If you need a site
18   plan, then, also, I would ask that he be allowed to
19   see the site plan.

20        THE WITNESS:  Yes, I'd like to.  This way I can
21   explain it exactly if you had a site plan.
22   BY MR. HULL:

23        Q    Okay.  I don't know if there is an
24   attachment.  I never got an attached site plan,

25