### *United States District Court for the Northern District of Illinois*

Case Number:  08CV822                    Assigned/Issued  By: DAJ

Judge Name:                              Designated Magistrate Judge:

---

## FEE INFORMATION

**Amount Due:**    ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP        ☐ No Fee        ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

## ISSUANCES

☐ Summons                        ☐ Alias Summons

☑ Third Party Summons            ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____

☐ Citation to Discover Assets           (Victim, Against and $ Amount)

☐ Writ _____
        (Type of Writ)

_1_ Original and _0_ _____ copies on 07/15/08 _____ as to PRECISION LABORATORIES
                                         (Date)
INC. _____