JWP/rm/7/30/08                                            Attorney No. 6216706

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BRUCE ROGERS,

     Plaintiff,

vs.                                                          NO. 08 CV 0822
ROTHBART PROPERTIES, PRECISION
LABORATORIES, INC., ROTHBART REALTY
COMPANY, 977 NORTHPOINT VENTURES,
LLC., a/k/a 977 NORTHPOINT VENTURES
FUND, SLJ PROPERTIES, LLC, ROTHBART
CONSTRUCTION COMPANY, INC. and
ROTHBART CONSTRUCTION COMPANY, INC.
a/k/a ROTHBART CONSTRUCTION REALTY,

     Defendants,
-------------------------------------------------------------
ROTHBART CONSTRUCTION COMPANY, INC.

     Third-Party Plaintiff,

vs.

SWIFT TRANSPORTATION COMPANY, INC.

     Third-Party Defendant.


## NOTICE OF ELECTRONIC FILING

To:    Edwin J. Hull, Esq.
       c/o Cutler & Hull
       70 W. Madison St., Suite 3750
       Chicago, Illinois 60602

       Steven Tefft, Esq.
       Adams Swatek, L.L.C.
       22 West State Street
       Geneva, Illinois 60134

       Donna Marie Bucko, Esq.
       Schroeder, Adams & Swatek
       1250 Executive Place, Suite 201
       Geneva, IL 60134

1

James A. Foster, Esq.
Matthew W. Miller, Esq.
c/o Cassiday Schade, LLP
20 North Wacker Drive, Suite 1040
Chicago, Illinois 60606

**PLEASE TAKE NOTICE** that on **July 30, 2008, Defendants/Third Party Plaintiffs, Rothbart Realty Company, 977 Northpoint Ventures, LLC. and SLJ Properties, LLC.' Notice of Proof of Service of Summons** was electronically filed with the Clerk of the Court, Dirksen Building, 219 S. Dearborn Street, Chicago, IL 60604, copies of which are attached hereto.

By: s/ John W. Potter

LAW OFFICES OF BRUNO G. PARA
225 West Washington Street, Suite 1400
Chicago, IL 60606
(312) 827-2300

**PROOF OF SERVICE**

The undersigned an attorney, under oath, certifies that he served this Notice of Filing and Defendants' documents referred to therein on the attorney(s) of record pursuant to ECF as to Filing Users.

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth are true and correct.

Date: 7/30/08                          s/ John W. Potter

2

AO 441  (Rev. 9/00) *Third Party Summons in a Civil Action*

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

PLAINTIFF

BRUCE ROGERS

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

ROTHBART REALTY COMPANY, 977 NORTHPOINT VENTURES, LLC. AND SLJ PROPERTIES, LLC.

| | |
|---|---|
| CASE NUMBER: | 08 CV 0822 |
| ASSIGNED JUDGE: | Joan B. Gottschall |
| DESIGNATED MAGISTRATE JUDGE: | Morton Denlow |

V. THIRD PARTY DEFENDANT

PRECISION LABORATORIES, INC.

TO: Name and address of Third Party Defendant

SERVE: PRECISION LABORATORIES, INC.
C/O STEPHEN N. ENGBERG, Reg. Agent
ONE N. LASALLE ST., SUITE 1450
CHICAGO, ILLINOIS 60602

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

EDWIN J. HULL, III. C/O CUTLER & HULL
70 W. MADISON ST., SUITE 3750
CHICAGO, IL 60602

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

JOHN W. POTTER C/O LAW OFF. OF BRUNO G. PARA
225 W. WASHINGTON ST., SUITE 1400
CHICAGO, ILLINOIS 60606

an answer to the third-party complaint which is herewith served upon you within **30** days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil

...anding judgment against you in ...es of Civil Procedure, in which s... ... the claim of the third-party plain...

**Michael W. Dobbins, Clerk**

**(By) DEPUTY CLERK**

**(By) DEPUTY CLERK**

**July 15, 2008**

Date

21 July January 2008

AO 441  (Rev. 09/00) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 21 July 2008 |

NAME OF SERVER *(PRINT)*
Raymond H. Boileaux

TITLE State of IL, Lic. Private Detective Lic # 115-000200

Check one box below to indicate appropriate method of service

**G** Served personally upon the third-party defendant. Place where _____

**G** Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

**G** Returned unexecuted: _____

**G** Other (specify): Served Registered Agent of Third Party Defendant Stephen N. Engberg Esq. via Substitute Service His Secretary Patricia Murray Accepted For Him.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

Executed on 7/21/2008
                Date

_signature_
Signature of Server

c/o Cardinal Security Researchers.
PO Box 95686
Hoffman Estates IL 60195
Address of Server

Signed and sworn to before me 23 July 2008

_signature_
Marilyn A. Moffett, Notary

OFFICIAL SEAL
MARILYN A MOFFETT
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 07/08/09

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.